UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>Defendants. | Civil Action No. 1:11-cv-10952 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Franklin H. Levy and Katherine Y. Fergus of Duane Morris LLP as counsel for the Defendants Citicorp Mortgage Securities Inc. ("CMSI"), Citigroup Financial Products Inc. ("CFPI"), Citigroup Global Markets Inc. ("CGMI"), Citigroup Global Markets Realty Corp. ("CGMRC"), Citigroup Inc., Citigroup Mortgage Loan Trust Inc. ("CMLTI"), and CitiMortgage Inc. ("CMI," and collectively, "Citi") in the above-captioned matter.

Respectfully submitted,

Dated:  Boston, Massachusetts
        May 31, 2011

**DUANE MORRIS LLP**

By: */s/ Katherine Young Fergus*
Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2243
Tel: (857) 488-4200
Fax: (857) 488-4201
fhlevy@duanemorris.com
kyfergus@duanemorris.com

DM2\2869081.1

2

*Attorneys for Defendants Citicorp Mortgage Securities Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., and CitiMortgage Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 31, 2011.

             */s/ Katherine Y. Fergus*
             Katherine Young Fergus