UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10952-RGS

FEDERAL HOME LOAN BANK OF BOSTON

v.

ALLY FINANCIAL, INC. F/K/A GMAC, INC. ET AL.

ORDER OF RECUSAL

May 31, 2011

STEARNS, D.J.

As a shareholder in defendant Bank of America, I am required by law to recuse myself from presiding in this case.  See 28 U.S.C. § 455(b)(4).  The case will be returned to the Clerk to be redrawn.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE