UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>Plaintiff,<br>v.<br><br>ALLY FINANCIAL, INC., *et al.*<br><br>Defendants. | Civil Action No. 11-cv-10952<br><br>(Removed from the Superior Court of the Commonwealth of Massachusetts for Suffolk County, Civil Action No. 11-1533-BLS1) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corp., CWMBS, Inc., and CWALT, Inc. in the above-captioned matter.

SHEARMAN & STERLING LLP

/s/ Kirsten Nelson Cunha
Kirsten Nelson Cunha (BBO #634520)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4320
Fax: (646) 848-4320

*Attorneys for Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corp., CWALT, Inc., and CWMBS, Inc.*

Dated: May 31, 2011

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for plaintiff by electronic mail and by first class mail and upon counsel of record for all defendants by electronic mail on May 31, 2011.

/s/ Kirsten Nelson Cunha
Kirsten Nelson Cunha