UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON.<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ALLY FINANCIAL, INC. f/k/a GMAC, INC., *et al*.<br><br>　　　　　　Defendants. | Civil Action No. 11-CV-10952<br><br>(Superior Court of the Commonwealth of Massachusetts for Suffolk County Case No. 11-1533-BLS1) |

**CORPORATE DISCLOSURE STATEMENT**

　　　Defendants Ally Financial Inc. f/k/a GMAC Inc. f/k/a GMAC LLC ("Ally"), GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc. ("GMAC Mortgage"), Residential Accredit Loans, Inc. ("RALI"), and Residential Funding Company, LLC f/k/a Residential Funding Corporation ("Residential Funding") make the following disclosure pursuant to Fed. R. Civ. P. 7.1 and Local R. 7.3(A):

　　　Ally has no parent corporation. No publicly held company owns 10% of more of the shares in Ally, but the United States Department of the Treasury owns approximately 73.8% of the shares in Ally. GMAC Mortgage, RALI and Residential Funding are all wholly-owned, indirect subsidiaries of Ally.

　　　DATED this 1st day of June 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Joseph F. Ryan Mass. BBO# 435720
　　　　　　　　　　　　　　　　　　　　　　　　Lyne, Woodworth & Evarts LLP
　　　　　　　　　　　　　　　　　　　　　　　　12 Post Office Square
　　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02109
　　　　　　　　　　　　　　　　　　　　　　　　Tel:  (617) 523-6655
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (617) 248-9877
　　　　　　　　　　　　　　　　　　　　　　　　JRyan@lwelaw.com

*Certificate of Service*

  I certify that this document is being filed through the ECT system, designed to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that email copies will be sent to those indicated as non-registered participants in this case,

Dated: June 1, 2011            _____
                      Joseph F. Ryan Mass. BBO# 435720