UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL HOME LOAN BANK OF
BOSTON,

                    Plaintiff,

        v.

ALLY FINANCIAL, INC. F/K/A GMAC
LLC; BANC OF AMERICA FUNDING
CORPORATION; BANK OF AMERICA
CORPORATION; BANK OF AMERICA,
NATIONAL ASSOCIATION; BARCLAYS
CAPITAL INC.; BARRY J. O'BRIEN;
BCAP LLC; BEAR STEARNS ASSET
BACKED SECURITIES I LLC; CAPITAL
ONE FINANCIAL CORPORATION;
CAPITAL ONE, NATIONAL
ASSOCIATION; CHEVY CHASE
FUNDING LLC; CHRISTOPHER M.
O'MEARA; CITICORP MORTGAGE
SECURITIES, INC.; CITIGROUP
FINANCIAL PRODUCTS, INC.;
CITIGROUP GLOBAL MARKETS INC.;
CITIGROUP GLOBAL MARKETS
REALTY CORP.; CITIGROUP INC.;
CITIGROUP MORTGAGE LOAN TRUST
INC.; CITIMORTGAGE, INC.;
COUNTRYWIDE FINANCIAL
CORPORATION; COUNTRYWIDE HOME
LOANS, INC.; COUNTRYWIDE
SECURITIES CORP.; CREDIT SUISSE
(USA), INC.; CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITIES
CORP.; CREDIT SUISSE HOLDINGS
(USA), INC.; CREDIT SUISSE
SECURITIES (USA) LLC; CWALT, INC.;
CWMBS, INC.; DB STRUCTURED
PRODUCTS, INC.; DB U.S. FINANCIAL
MARKET HOLDING CORPORATION;
DEUTSCHE ALT-A SECURITIES, INC.;
DEUTSCHE BANK SECURITIES, INC.;
DLJ MORTGAGE CAPITAL, INC.;
EDWARD GRIEB; EMC MORTGAGE
CORPORATION; FITCH, INC.; GMAC

Civil Action No.  11-10952-JLT

**UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME IN
WHICH TO RESPOND TO
COMPLAINT**

*[caption continued on next page]*

MORTGAGE GROUP LLC F/K/A GMAC
MORTGAGE GROUP, INC.; GOLDMAN,
SACHS & CO.; IMH ASSETS CORP.;
IMPAC FUNDING CORPORATION;
IMPAC MORTGAGE HOLDINGS, INC.;
IMPAC SECURED ASSETS CORP.; J.P.
MORGAN ACCEPTANCE
CORPORATION I; J.P. MORGAN
MORTGAGE ACQUISITION CORP.; J.P.
MORGAN SECURITIES LLC F/K/A
BEAR, STEARNS & CO. INC. AND J.P.
MORGAN SECURITIES INC.; JAMES J.
SULLIVAN; JPMORGAN CHASE & CO.;
JPMORGAN SECURITIES HOLDINGS
LLC; KRISTINE SMITH; LANA FRANKS;
MARK L. ZUSY; MERRILL LYNCH &
CO., INC.; MERRILL LYNCH
MORTGAGE INVESTORS, INC.;
MERRILL LYNCH MORTGAGE
LENDING, INC.; MERRILL LYNCH,
PIERCE, FENNER & SMITH
INCORPORATED; MOODY'S
CORPORATION; MOODY'S INVESTORS
SERVICE, INC.; MORGAN STANLEY;
MORGAN STANLEY & CO. INC.;
MORGAN STANLEY CAPITAL I INC.;
MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC; MORTGAGE
ASSET SECURITIZATION
TRANSACTIONS, INC.; MORTGAGEIT
SECURITIES CORP.; MORTGAGEIT,
INC.; NOMURA ASSET ACCEPTANCE
CORPORATION; NOMURA CREDIT &
CAPITAL, INC.; NOMURA HOLDING
AMERICA, INC.; NOMURA SECURITIES
INTERNATIONAL, INC.; RBS
ACCEPTANCE INC. F/K/A GREENWICH
CAPITAL ACCEPTANCE, INC.; RBS
FINANCIAL PRODUCTS INC. F/K/A
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.; RBS HOLDINGS USA
INC. F/K/A GREENWICH CAPITAL
HOLDINGS, INC.; RBS SECURITIES INC.
F/K/A GREENWICH CAPITAL
MARKETS, INC.; RESIDENTIAL
ACCREDIT LOANS, INC.; RESIDENTIAL

*[caption continued on next page]*

FUNDING COMPANY, LLC F/K/A
RESIDENTIAL FUNDING
CORPORATION; RICHARD MCKINNEY;
RICHARD S. FULD, JR.; SAMIR TABET;
SANDLER O'NEILL + PARTNERS, L.P.;
STANDARD & POOR'S FINANCIAL
SERVICES LLC; STRUCTURED ASSET
MORTGAGE INVESTMENTS II INC.;
THE BEAR STEARNS COMPANIES LLC
F/K/A THE BEAR STEARNS
COMPANIES INC.; THE MCGRAW-HILL
COMPANIES, INC.; UBS AMERICAS
INC.; UBS REAL ESTATE SECURITIES
INC.; UBS SECURITIES LLC; WAMU
CAPITAL CORP.; WELLS FARGO &
COMPANY; WELLS FARGO ASSET
SECURITIES CORPORATION; WELLS
FARGO BANK, NATIONAL
ASSOCIATION; and DEFENDANTS JOHN
DOE 1-50,

                Defendants.

Defendants Banc of America Funding Corporation, Bank of America, N.A., Bank of America Corporation, BCAP LLC, Barclays Capital Inc, Bear Stearns Asset Backed Securities I LLC, Structured Asset Mortgage Investments II, Inc., J.P. Morgan Securities, LLC (f/k/a J.P. Morgan Securities, Inc. and Bear, Stearns & Co. Inc.), EMC Mortgage Corporation, The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies Inc.), Chevy Chase Funding LLC, Citicorp Mortgage Securities, Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., CitiMortgage, Inc., Citigroup Financial Products, Inc., Citigroup Inc., CWALT, Inc., CWMBS, Inc., Countrywide Securities Corp., Countrywide Home Loans, Inc., Countrywide Financial Corporation, Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC,  DLJ Mortgage Capital, Inc., Credit Suisse (USA), Inc., Credit Suisse Holdings (USA), Inc., Deutsche Alt-A Securities, Inc , Deutsche Bank Securities Inc., DB Structured Products, Inc., DB U.S. Financial Market Holding

Corporation, Goldman, Sachs & Co., RBS Acceptance Inc. (f/k/a Greenwich Capital Acceptance, Inc.), RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., RBS Financial Products Inc. f/k/a Greenwich Capital Financial Products, Inc., RBS Holdings USA Inc. f/k/a Greenwich Capital Holdings, Inc., IMH Assets Corp., Impac Secured Assets Corp., Impac Funding Corporation, Impac Mortgage Holdings, Inc., J.P. Morgan Acceptance Corporation I., J.P. Morgan Mortgage Acquisition Corp., JPMorgan Securities Holdings, LLC, JPMorgan Chase & Co., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch, Pierce Fenner & Smith Incorporated, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch & Co., Inc., Morgan Stanley Capital I Inc., Morgan Stanley & Co. Incorporated, Morgan Stanley Mortgage Capital Holdings LLC, Morgan Stanley, MortgageIT Securities Corp., MortgageIT, Inc., Nomura Asset Acceptance Corporation, Nomura Securities International, Inc., Nomura Credit & Capital, Inc., Nomura Holding America, Inc., Residential Accredit Loans, Inc., Residential Funding Company, LLC f/k/a Residential Funding Corporation, GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc., Ally Financial, Inc. f/k/a GMAC LLC, Sandler, O'Neill & Partners, L.P., Mortgage Asset Securitization Transactions, Inc., UBS Securities LLC, UBS Real Estate Securities Inc., UBS Americas Inc., WaMu Capital Corp., Wells Fargo & Co., Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., Moody's Corporation, Moody's Investors Service, Inc., Standard & Poor's Financial Services LLC, Fitch, Inc. and The McGraw-Hill Companies, Inc., (collectively the "Moving Defendants") hereby move for an enlargement of time in which to respond to the complaint in the above-captioned action. Defendants Lana Franks, Richard S. Fuld, Jr., Edward Grieb, Richard McKinney, Christopher O'Meara, Kristine Smith, James J. Sullivan, Samir Tabel, Mark Zusy filed a separate notice of removal, in which defendant Barry J. O'Brien ("collectively, the "Individual Defendants") joined, which was assigned docket number 11-cv-10924-JLT.  The Individual Defendants are not party to this motion.

As grounds for their motion, the Moving Defendants state as follows:

1.      Plaintiff commenced this action (the "Action") on April 20, 2011 by filing a complaint (the "Complaint") captioned *Federal Home Loan Bank of Boston v. Ally Financial, Inc., et al.*, Case No. 11-1533-BLS1, in the Superior Court of the Commonwealth of Massachusetts for Suffolk County (the "State Court").  In the Complaint, Plaintiff alleges that it purchased approximately 105 residential mortgage-backed securities totaling over five billion dollars issued or underwritten by over 75 named defendants.

2.      On May 17, 2011, Plaintiff and the Moving Defendants entered into and filed in State Court a Stipulation And [Proposed] Order Regarding Time In Which To Respond To Complaint (the "Stipulation and Order"), extending the time in which the Moving Defendants had to file or serve their answers or other responsive pleadings and/or any other motions with respect to the Complaint, until August 31, 2011.  The Order was executed by Judge Lauriat of the Business Litigation Session.  An executed copy of that Stipulation and Order is attached as Exhibit A hereto.

3.      Fed. R. Civ. P. 81(c)(2)(C) provides that "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within . . . 7 days after the notice of removal is filed."

4.      28 U.S.C. § 1450 provides that "[a]ll injunctions, orders, and other proceedings had in [an action removed from state court to federal court] prior to its removal shall remain in full force and effect until dissolved or modified by the district court."

5.      The Moving Defendants request that the same terms of the Stipulation and Order entered in State Court in this matter be extended to the proceedings in this Court.

6.      Without waiver of any argument, including but not limited to with respect to jurisdiction, Plaintiff has indicated it does not oppose this motion.

WHEREFORE, the Moving Defendants respectfully request that the same terms of the Stipulation and Order entered in State Court in this matter be extended to the proceedings in this Court, and that they be allowed to file their answers or other responsive pleadings and/or any

other motions with respect to the Complaint, on or before August 31, 2011.

**SO ORDERED:**

_____

Dated:  June 2, 2011

Respectfully submitted,

Defendants:

BEAR STEARNS ASSET BACKED
SECURITIES I LLC; THE BEAR STEARNS
COMPANIES LLC F/K/A THE BEAR
STEARNS COMPANIES INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.; EMC MORTGAGE
CORPORATION; J.P. MORGAN
ACCEPTANCE CORPORATION I; J.P.
MORGAN MORTGAGE ACQUISITION
CORP.; J.P. MORGAN SECURITIES LLC
F/K/A BEAR, STEARNS & CO. INC. AND
J.P. MORGAN SECURITIES INC.;
JPMORGAN CHASE & CO.; JPMORGAN
SECURITIES HOLDINGS LLC; WAMU
CAPITAL CORP.,

By their attorneys,
    /s/ Beth I.Z. Boland
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Kenneth I. Schacter
Theo J. Robins
Brandyne S. Warren
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378

6

BANC OF AMERICA FUNDING
CORPORATION; BANK OF AMERICA
CORPORATION; BANK OF AMERICA,
NATIONAL ASSOCIATION; MERRILL
LYNCH & CO., INC.; MERRILL LYNCH
MORTGAGE INVESTORS, INC.; MERRILL
LYNCH MORTGAGE LENDING, INC.;
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,

By their attorneys,
     /s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, MA  02108
Tel: (617) 573-4800
Fax: (617) 573-4822


UBS AMERICAS INC.; UBS REAL ESTATE
SECURITIES INC.; UBS SECURITIES LLC;
MORTGAGE ASSET SECURITIZATION
TRANSACTIONS, INC.,

By their attorneys,
     /s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, MA  02108
Tel: (617) 573-4800
Fax: (617) 573-4822

A/74304702.3

BARCLAYS CAPITAL INC. AND BCAP
LLC,

By their attorneys,

     /s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG LLP
One International Place
Boston, MA  02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Ihsan Dogramaci
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY  10019
Tel: (212) 506-5155
Fax: (212) 506-5151

CAPITAL ONE FINANCIAL
CORPORATION; CAPITAL ONE,
NATIONAL ASSOCIATION; CHEVY CHASE
FUNDING LLC,

By their attorneys,

     /s/ Patrick T. Voke
Patrick T. Voke (BBO #553033)
Kevin G. Kenneally (BBO #550050)
Kenneth J. DeMoura (BBO #548910)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
One International Place, 11th Floor
Boston, MA  02110
Tel: (617) 502-8229
Fax: (617) 502-8201

James A. Murphy
Cameron S. Matheson (BBO # 636628)
MURPHY & MCGONIGLE, P.C.
4870 Sadler Rd., Suite 301
Glen Allen, VA  23060
Tel: (804) 762-5330
Fax: (804) 762-5360

CITICORP MORTGAGE SECURITIES, INC.;
CITIGROUP FINANCIAL PRODUCTS, INC.;
CITIGROUP GLOBAL MARKETS INC.;
CITIGROUP GLOBAL MARKETS REALTY
CORP.; CITIGROUP INC.; CITIGROUP
MORTGAGE LOAN TRUST INC.;
CITIMORTGAGE, INC.,

By their attorneys,

___/s/ Franklin H. Levy_____
Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel: (857) 488-4200
Fax: (857) 488-4201

Brad S. Karp
Susanna M. Buergel
Charles E. Davidow
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3553
Fax: (212) 492-0553

COUNTRYWIDE FINANCIAL
CORPORATION; COUNTRYWIDE HOME
LOANS, INC.; COUNTRYWIDE
SECURITIES CORP.; CWALT, INC.;
CWMBS, INC.,

By their attorneys,

___/s/ Kirsten Nelson Cunha_____
Kirsten Nelson Cunha (BBO #634520)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Tel: (212) 848-4320
Fax: (646) 848-4320

9

Adam S. Hakki
Daniel Lewis
Brian Burke
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Tel: (212) 848-4320
Fax: (646) 848-4320

CREDIT SUISSE (USA), INC.; CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.; CREDIT SUISSE
HOLDINGS (USA), INC.; CREDIT SUISSE
SECURITIES (USA) LLC; DLJ MORTGAGE
CAPITAL, INC.,

By their attorneys,

_____/s/ Jonathan Sablone_____
Jonathan Sablone (BBO #632998)
Matthew T. McLaughlin (BBO #660878)
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110
Tel: (617) 345-1000
Fax: (617) 345-1300

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700

A/74304702.3

DB STRUCTURED PRODUCTS, INC.; DB
U.S. FINANCIAL MARKET HOLDING
CORPORATION; DEUTSCHE ALT-A
SECURITIES, INC.; DEUTSCHE BANK
SECURITIES INC.; MORTGAGEIT
SECURITIES CORP.; MORTGAGEIT, INC.,

By their attorneys,

    /s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763

Richard D. Owens
Jamie L. Wine
Jason C. Hegt
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Tel: (212) 906-1396
Fax: (212) 751-4864

John M. Falzone
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, NJ  07101
Tel:  (973) 639-7099
Fax:  (973) 639-7298

GOLDMAN, SACHS & CO.

By their attorneys,

    /s/ Matthew A. Martel
Matthew A. Martel (BBO #641064)
Anthony A. Bongiorno (BBO #554356)
Kevin M. Bolan (BBO #657841)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4000
Fax: (617) 535-3800

A/74304702.3

Richard H. Klapper
Theodore Edelman
Christopher J. Dunne
Jessica P. Stokes
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

RBS ACCEPTANCE INC. F/K/A
GREENWICH CAPITAL ACCEPTANCE,
INC.; RBS FINANCIAL PRODUCTS INC.
F/K/A GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.; RBS HOLDINGS USA
INC. F/K/A GREENWICH CAPITAL
HOLDINGS, INC.; RBS SECURITIES INC.
F/K/A GREENWICH CAPITAL MARKETS,
INC.,

By their attorneys,

___/s/ Kathy B. Weinman_____
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO # 670325)
COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA  02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Thomas C. Rice
Alan C. Turner
Jason Meltzer
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017
Tel: (212) 455-2000
Fax: (212) 455-2502

IMH ASSETS CORP.; IMPAC FUNDING
CORPORATION; IMPAC MORTGAGE
HOLDINGS, INC.; IMPAC SECURED
ASSETS CORP.,

By their attorneys,

___/s/ Philip A. O'Connell, Jr._____
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Tel: (617) 235-6802
Fax: (617) 235-6899

Justin N. Kattan
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

MORGAN STANLEY; MORGAN STANLEY
& CO. INC.; MORGAN STANLEY CAPITAL
I INC.; MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC,

By their attorneys,

___/s/ Frances S. Cohen_____
Frances S. Cohen (BBO #542811)
Brandon L. Bigelow (BBO #651143)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02109
Tel: (617) 951-8000
Fax: (617) 951-8736

James P. Rouhandeh
Edmund Polubinski III (BBO #643548)
Daniel J. Schwartz
Nicole Vanatko
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Tel: (212) 450-4000
Fax: (212) 701-5800

NOMURA ASSET ACCEPTANCE
CORPORATION; NOMURA CREDIT &
CAPITAL, INC.; NOMURA HOLDING
AMERICA, INC.; NOMURA SECURITIES
INTERNATIONAL, INC.,

By their attorneys,

____/s/ Stephen D. Poss_____
Stephen D. Poss (BBO #551760)
Daniel P. Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1886
Fax: (617) 523-1231

RESIDENTIAL ACCREDIT LOANS, INC.;
RESIDENTIAL FUNDING COMPANY, LLC
F/K/A RESIDENTIAL FUNDING
CORPORATION; ALLY FINANCIAL, INC.
F/K/A GMAC LLC; GMAC MORTGAGE
GROUP LLC F/K/A GMAC MORTGAGE
GROUP, INC.,

By their attorneys,

____/s/ Joseph F. Ryan_____
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts  02109
Tel: (617) 523-6655
Fax: (617) 248-9877

SANDLER O'NEILL & PARTNERS, L.P.,

By their attorneys,

_____/s/ Richard M. Zielinski_____
Richard M. Zielinski (BBO #540060)
Richard J. Rosenweig (BBO # 639547)
Marshall D. Senterfitt (BBO # 669939)
GOULSTON & STORRS, P.C.
400 Atlantic Ave
Boston, MA  02110
Tel: (617) 482-1776
Fax: (617) 574-4112

WELLS FARGO & CO.; WELLS FARGO
ASSET SECURITIES CORPORATION;
WELLS FARGO BANK, N.A.,

By their attorneys,

_____/s/ David L. Ward_____
David L. Ward (BBO #565813)
John K. Wells (BBO #671345)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square, 4th Floor
Boston, MA 02109
Tel: (617) 350-4040
Fax: (617) 350-4050

George M. Garvey
Christian K. Wrede
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave.
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (415) 683-5153

Michael J. Mongan
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA  94105
Tel: (415) 521-4051
Fax: (415) 644-6951

FITCH, INC.,

By their attorneys,

_____/s/ Bruce E. Falby_____
Bruce E. Falby (BBO # 554143)
DLA PIPER LLP
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100

Julia Tarver-Mason Wood
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3029
Fax: (212) 492-0029

STANDARD & POOR'S FINANCIAL
SERVICES LLC AND THE MCGRAW-HILL
COMPANIES, INC.,

By their attorneys,

_____/s/ William T. Hogan III_____
William T. Hogan III (BBO# 237710)
Patrick T. Clendenen (BBO# 564165)
Heather L. Bennett (BBO# 673083)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, MA 02109-2127
Tel: (617) 573-4700
Fax: (617) 573-4710

Floyd Abrams
Susan Buckley
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005
Tel: (212) 701-3000
Fax: (212) 269-5420

A/74304702.3

MOODY'S CORPORATION AND MOODY'S
INVESTORS SERVICE, INC.,

By their attorneys,

_____/s/ Ralph T. Lepore, III_____
Ralph T. Lepore, III (BBO #294420)
Elizabeth M. Mitchell (BBO # 638146)
HOLLAND & KNIGHT
10 St. James Avenue, 11th Floor
Boston, MA  02116
Tel: (617) 523-2700
Fax: (617) 523-6850

James J. Coster
Joshua M. Rubins
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 818-9200
Fax: (212) 818-9606

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served, pursuant to agreement, upon counsel of record for plaintiffs by electronic mail and upon counsel of record for all defendants by ECF on June 2, 2011.

____/s/ Beth I.Z. Boland
Beth I.Z. Boland

18

A/74304702.3