UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL HOME LOAN BANK OF BOSTON
    Plaintiff,

V

ALLY FINANCIAL INC.,
BANK OF AMERICA, ET AL
    Defendants.

CA 11-10952-JLT

ORDER

June 3, 2011

TAURO, J.,

I hereby recuse myself from this case in order to avoid a potential conflict of interest. See 28 U.S.C. Sec. 455(b)(4).

Joseph L. Tauro,

/s/ Tauro
United States District Judge