UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALLY FINANCIAL, INC. F/K/A GMAC LLC; | ) |
| BANC OF AMERICA FUNDING CORPORATION; | ) |
| BANK OF AMERICA CORPORATION; BANK OF | ) CIVIL ACTION |
| AMERICA, NATIONAL ASSOCIATION; | ) NO. 11-10952 |
| BARCLAYS CAPITAL INC.; BARRY J. O'BRIEN; | ) |
| BCAP LLC; BEAR STEARNS ASSET BACKED | ) |
| SECURITIES I LLC; CAPITAL ONE FINANCIAL | ) |
| CORPORATION; CAPITAL ONE, NATIONAL | ) |
| ASSOCIATION; CHEVY CHASE FUNDING LLC; | ) |
| CHRISTOPHER M. O'MEARA; CITICORP | ) **NOTICE OF APPEARANCE** |
| MORTGAGE SECURITIES, INC.; CITIGROUP | ) **OF BETH I.Z. BOLAND** |
| FINANCIAL PRODUCTS, INC.; CITIGROUP | ) |
| GLOBAL MARKETS INC.; CITIGROUP GLOBAL | ) |
| MARKETS REALTY CORP.; CITIGROUP INC.; | ) |
| CITIGROUP MORTGAGE LOAN TRUST INC.; | ) |
| CITIMORTGAGE, INC.; COUNTRYWIDE | ) |
| FINANCIAL CORPORATION; COUNTRYWIDE | ) |
| HOME LOANS, INC.; COUNTRYWIDE | ) |
| SECURITIES CORP.; CREDIT SUISSE (USA), | ) |
| INC.; CREDIT SUISSE FIRST BOSTON | ) |
| MORTGAGE SECURITIES CORP.; CREDIT | ) |
| SUISSE HOLDINGS (USA), INC.; CREDIT SUISSE | ) |
| SECURITIES (USA) LLC; CWALT, INC.; CWMBS, | ) |
| INC.; DB STRUCTURED PRODUCTS, INC.; DB | ) |
| U.S. FINANCIAL MARKET HOLDING | ) |
| CORPORATION; DEUTSCHE ALT-A | ) |
| SECURITIES, INC.; DEUTSCHE BANK | ) |
| SECURITIES INC.; DLJ MORTGAGE CAPITAL, | ) |
| INC.; EDWARD GRIEB; EMC MORTGAGE | ) |
| CORPORATION; FITCH, INC.; GMAC | ) |
| MORTGAGE GROUP LLC F/K/A GMAC | ) *[caption continued on next page]* |
| MORTGAGE GROUP, INC.; GOLDMAN, SACHS | ) |
| & CO.; IMH ASSETS CORP.; IMPAC FUNDING | ) |
| CORPORATION; IMPAC MORTGAGE | ) |
| HOLDINGS, INC.; IMPAC SECURED ASSETS | ) |
| CORP.; J.P. MORGAN ACCEPTANCE | ) |
| CORPORATION I; J.P. MORGAN MORTGAGE | ) |

A/74309937.1/3004000-0000351289

ACQUISITION CORP.; J.P. MORGAN )
SECURITIES LLC F/K/A BEAR, STEARNS & CO. )
INC. AND J.P. MORGAN SECURITIES INC.; )
JAMES J. SULLIVAN; JPMORGAN CHASE & CO.; )
JPMORGAN SECURITIES HOLDINGS LLC; )
KRISTINE SMITH; LANA FRANKS; MARK L. )
ZUSY; MERRILL LYNCH & CO., INC.; MERRILL )
LYNCH MORTGAGE INVESTORS, INC.; )
MERRILL LYNCH MORTGAGE LENDING, INC.; )
MERRILL LYNCH, PIERCE, FENNER & SMITH )
INCORPORATED; MOODY'S CORPORATION; )
MOODY'S INVESTORS SERVICE, INC.; )
MORGAN STANLEY; MORGAN STANLEY & CO. )
INC.; MORGAN STANLEY CAPITAL I INC.; )
MORGAN STANLEY MORTGAGE CAPITAL )
HOLDINGS LLC; MORTGAGE ASSET )
SECURITIZATION TRANSACTIONS, INC.; )
MORTGAGEIT SECURITIES CORP.; )
MORTGAGEIT, INC.; NOMURA ASSET )
ACCEPTANCE CORPORATION; NOMURA )
CREDIT & CAPITAL, INC.; NOMURA HOLDING )
AMERICA, INC.; NOMURA SECURITIES )
INTERNATIONAL, INC.; RBS ACCEPTANCE INC. )
F/K/A GREENWICH CAPITAL ACCEPTANCE, )
INC.; RBS FINANCIAL PRODUCTS INC. F/K/A )
GREENWICH CAPITAL FINANCIAL PRODUCTS, )
INC.; RBS HOLDINGS USA INC. F/K/A )
GREENWICH CAPITAL HOLDINGS, INC.; RBS )
SECURITIES INC. F/K/A GREENWICH CAPITAL )
MARKETS, INC.; RESIDENTIAL ACCREDIT )
LOANS, INC.; RESIDENTIAL FUNDING )
COMPANY, LLC F/K/A RESIDENTIAL FUNDING )
CORPORATION; RICHARD MCKINNEY; )
RICHARD S. FULD, JR.; SAMIR TABET; )
SANDLER O'NEILL + PARTNERS, L.P.; )
STANDARD & POOR'S FINANCIAL SERVICES )
LLC; STRUCTURED ASSET MORTGAGE )
INVESTMENTS II INC.; THE BEAR STEARNS )
COMPANIES LLC F/K/A THE BEAR STEARNS )
COMPANIES INC.; THE MCGRAW-HILL )
COMPANIES, INC.; UBS AMERICAS INC.; UBS )
REAL ESTATE SECURITIES INC.; UBS )
SECURITIES LLC; WAMU CAPITAL CORP.; )
WELLS FARGO & COMPANY; WELLS FARGO )
ASSET SECURITIES CORPORATION; WELLS )
FARGO BANK, NATIONAL ASSOCIATION; and )

*[caption continued on next page]*

A/74309937.1/3004000-0000351289

| DEFENDANTS JOHN DOE 1-50, | ) |
|---|---|
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF BETH I.Z. BOLAND

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Beth I.Z. Boland of the law firm of Bingham McCutchen LLP, One Federal Street, Boston, MA, as counsel for Defendants Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage Corporation, J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.), JPMorgan Chase & Co., JPMorgan Securities Holdings, LLC, Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies Inc.), and WaMu Capital Corp.

This notice is not intended to affect the appearances of any other attorneys, including those of other attorneys from the law firm of Bingham McCutchen LLP already on record as counsel in the above-captioned matter.

Respectfully submitted,

/s/ Beth I.Z. Boland
Beth I.Z. Boland, BBO # 553654
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA  02110
(617) 951-8000
(617) 951-8736 (fax)
beth.boland@bingham.com

Dated:  June 6, 2011

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for plaintiffs by first class mail and, pursuant to agreement, upon counsel of record for all defendants by electronic mail, on June 6, 2011.

/s/  Beth I.Z. Boland
Beth I.Z. Boland

- 3 -