UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>            Plaintiff,<br>      v.<br><br>ALLY FINANCIAL, INC., *et al*.<br><br>            Defendants. | Civil Action No. 1:11-cv-10952-GAO |

**STATEMENT OF DEFENDANTS THE MCGRAW-HILL
COMPANIES, INC. AND STANDARD & POOR'S FINANCIAL
SERVICES, LLC PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill"), whose wholly-owned subsidiary Standard & Poor's Financial Services LLC is also named as a defendant, states that:

1. McGraw-Hill has no parent corporation.

2. No publicly held corporation owns 10% or more of McGraw-Hill stock.

Dated: June 7, 2011

By: /s/ Heather L. Bennett
William T. Hogan III (BBO# 237710)
Bill.hogan@nelsonmullins.com
Patrick T. Clendenen (BBO# 564165)
Patrick.clendenen@nelsonmullins.com
Heather L. Bennett (BBO# 673083)
Heather.bennett@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109-2127
Tel: 617.573.4700
Fax: 617.573.4710

        Floyd Abrams
        Susan Buckley
        Tammy L. Roy
        (*pro hac vice* applications to be submitted)
        CAHILL GORDON & REINDEL LLP
        80 Pine Street
        New York, New York 10005
        Telephone: 212-701-3000
        Facsimile: 212-269-5430

        *Attorneys for Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC*

**CERTIFICATE OF SERVICE**

I, Heather L. Bennett, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and, pursuant to agreement, upon counsel of record for all parties by electronic mail.

Date: June 7, 2011          */s/ Heather L. Bennett*
                                        Heather L. Bennett