UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                    Plaintiff,<br>         v.<br><br>ALLY FINANCIAL, INC., *et al*.<br><br>                    Defendants. | Civil Action No.  1:11-cv-10952-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of William T. Hogan III of Nelson Mullins Riley & Scarborough LLP, One Post Office Square, 30th Floor, Boston, Massachusetts 02109 on behalf of Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC, in the above-captioned matter.

                                                        Respectfully submitted,

                                                        /s/ William T. Hogan III
                                                        William T. Hogan III (BBO# 237710)
                                                        bill.hogan@nelsonmullins.com
                                                        Nelson Mullins Riley & Scarborough LLP
                                                        One Post Office Square, 30th Floor
                                                        Boston, MA 02109
                                                        p. (617) 573-4700
                                                        f. (617) 573-4756

Dated: June 7, 2011

## CERTIFICATE OF SERVICE

I, William T. Hogan III, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and, pursuant to agreement, upon counsel of record for all parties by electronic mail.

Dated: June 7, 2011                    /s/ William T. Hogan III
                                       William T. Hogan III

~#4834-8160-7689 v.1~