UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>      Plaintiff,<br>  v.<br><br>ALLY FINANCIAL, INC., *et al*.<br><br>      Defendants. | Civil Action No.  1:11-cv-10952-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Heather L. Bennett of Nelson Mullins Riley & Scarborough LLP, One Post Office Square, 30th Floor, Boston, Massachusetts 02109 on behalf of Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC, in the above-captioned matter.

                 Respectfully submitted,

                 /s/ *Heather L. Bennett*
                 Heather L. Bennett (BBO# 673083)
                 Heather.bennett@nelsonmullins.com
                 Nelson Mullins Riley & Scarborough LLP
                 One Post Office Square, 30th Floor
                 Boston, MA 02109
                 p. (617) 573-4700
                 f. (617) 573-4756

Dated: June 7, 2011

## CERTIFICATE OF SERVICE

I, Heather L. Bennett, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and, pursuant to agreement, upon counsel of record for all parties by electronic mail.

Dated: June 7, 2011        /s/ *Heather L. Bennett*
                 Heather L. Bennett

~#4828-6163-7129 v.1~