# Unable to Scan

Due to the Size of the Document.