UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>ALLY FINANCIAL, INC., *et al*.<br><br>　　　　　　　　　Defendants. | Civil Action No. 11-10952-RGS<br><br>(Superior Court of the Commonwealth of Massachusetts for Suffolk County, Civil Action No. 11-1533-BLS1) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Stephen D. Poss of Goodwin Procter LLP as counsel for Nomura Asset Acceptance Corporation, Nomura Credit & Capital, Inc., Nomura Holding America, Inc., and Nomura Securities International, Inc. in the above-captioned matter.

Dated: June 8, 2011

Respectfully submitted,

NOMURA ASSET ACCEPTANCE CORPORATION, NOMURA CREDIT & CAPITAL, INC., NOMURA HOLDING AMERICA, INC., and NOMURA SECURITIES INTERNATIONAL, INC.

By their attorneys,

/s/ Stephen D. Poss

Stephen D. Poss (BBO# 551760)
Daniel Roeser (BBO# 675223)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231
sposs@goodwinprocter.com
droeser@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2011.

                                              /s/ Stephen D. Poss