UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>    Plaintiff,<br> v.<br><br>ALLY FINANCIAL, INC., *et al*.<br><br>    Defendants. | Civil Action No. 11-10952-RGS<br><br>(Superior Court of the Commonwealth of Massachusetts for Suffolk County, Civil Action No. 11-1533-BLS1) |

### **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A), defendants Nomura Asset Acceptance Corporation, Nomura Credit and Capital, Inc., Nomura Holding America, Inc., and Nomura Securities International, Inc. disclose the following information:

#### **Nomura Asset Acceptance Corporation**

Parent Corporation: Nomura America Mortgage Finance, LLC.

Publicly-Held Companies Owning 10% or More of Nomura Asset Acceptance Corporation: None.

#### **Nomura Credit and Capital, Inc.**

Parent Corporation: Nomura America Mortgage Finance, LLC.

Publicly-Held Companies Owning 10% or More of Nomura Credit and Capital, Inc.: None.

#### **Nomura Holding America, Inc.**

Parent Corporation: Nomura Holdings, Inc.

<u>Publicly-Held Companies Owning 10% or More of Nomura Holding America, Inc.</u>:

Nomura Holdings, Inc.

**Nomura Securities International, Inc.**

<u>Parent Corporation</u>:   Nomura Holding America, Inc.

<u>Publicly-Held Companies Owning 10% or More of Nomura Securities International, Inc.</u>:

None.

| | |
|---|---|
| Dated: June 8, 2011 | Respectfully submitted,<br><br>NOMURA ASSET ACCEPTANCE CORPORATION, NOMURA CREDIT AND CAPITAL, INC., NOMURA HOLDING AMERICA, INC., AND NOMURA SECURITIES INTERNATIONAL, INC.<br><br>By their attorneys,<br><br>/s/ Stephen D. Poss_____<br><br>Stephen D. Poss (BBO# 551760)<br>Daniel Roeser (BBO# 675223)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Tel: (617) 570-1000<br>Fax: (617) 523-1231<br>sposs@goodwinprocter.com<br>droeser@goodwinprocter.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2011.

                /s/ Stephen D. Poss_____