# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          :
FEDERAL HOME LOAN BANK OF BOSTON,         :
                                          :   Case No. 11-cv-10952
                                          :
            Plaintiff,                    :
                                          :
      v.                                  :
                                          :
ALLY FINANCIAL, INC., et al.,             :
                                          :
            Defendants.                   :
_____:

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK FITZMAURICE

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Patrick Fitzmaurice of SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020, be admitted to appear on behalf of Defendants *Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets Corp.,* and *IMH Assets Corp.* and to practice before this Court in the above-entitled action.  As grounds for this motion, the undersigned counsel respectfully represents the following:

    1. Mr. Fitzmaurice is a Partner with the law firm of SNR Denton US LLP and practices under the firm letterhead:

        SNR Denton US LLP
        1221 Avenue of the Americas
        New York, New York 10020
        Telephone:  (212) 768-6802
        Fax:  (212) 768-6800
        E-mail:  patrick.fitzmaurice@snrdenton.com

2. Mr. Fitzmaurice is and has been a member in good standing of the bars of the following courts since the following dates:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York | November 2002 | 4093852 |

3. There are no disciplinary proceedings pending against Mr. Fitzmaurice as a member of the bar in any jurisdiction;

4. Mr. Fitzmaurice has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5. In further support of this motion, Mr. Fitzmaurice has submitted as Exhibit A hereto his Certificate of Good Standing as required by Local Rule 83.5.3;

6. Plaintiff has indicated that it does not oppose this motion; and

7. Payment in the amount of $50.00 is being submitted electronically concurrent with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully moves Mr. Fitzmaurice's admission to practice before this Court *pro hac vice*.

Dated: June 9, 2011					SNR DENTON US LLP

/s/Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR Denton US LLP
101 Federal Street, Suite 2750
Boston, MA 021109
Tel: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

*Attorneys for Defendants Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets Corp.,* and *IMH Assets Corp.*

- 3 -

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Defendants *Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets Corp.,* and *IMH Assets Corp.* conferred in good faith with counsel for Plaintiff in an effort to narrow and resolve the issues raised in this motion, and Plaintiff has indicated that it does not oppose this motion.

          /s/Philip A. O'Connell, Jr.
          Phillip A. O'Connell, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on June 9, 2011.

          /s/Philip A. O'Connell, Jr.
          Phillip A. O'Connell, Jr.

# EXHIBIT A

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | |
| Plaintiff, | Case No. 11-cv-10952 |
| v. | |
| ALLY FINANCIAL, INC., et al., | |
| Defendants. | |

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Patrick Fitzmaurice, hereby certify that: (1) I am admitted to the bars of the Courts set forth in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

/s/ Patrick Fitzmaurice, Esq.
Patrick Fitzmaurice, Esq.

Dated: June 9, 2011