UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | Case No. 1:11-cv-10924-GAO |
| Plaintiff, | |
| v. | |
| FRANKS, et al., | |
| Defendants. | |

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | Case No. 1:11-cv-10952-GAO |
| Plaintiff, | |
| v. | |
| ALLY FINANCIAL INC. et al., | |
| Defendants. | |

**[PROPOSED] ORDER ALLOWING MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF PAGE LIMIT**

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to File Memorandum in Excess of Page Limit for Plaintiff's Motion to Remand. The Court, being duly advised, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the page limits in connection with Plaintiff's Motion to Remand shall be as follows:

1. Plaintiff shall have an additional 15 pages, for a total of up to 35 pages, for its Memorandum in Support of Motion to Remand.

2. The JPMC Defendants shall have an additional 15 pages, for a total of up to 35

1

pages, for their Memorandum in Support of their opposition to Plaintiff's Motion to Remand.

DATED:_____                                  _____
                                                                            Judge, U.S. District Court

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on June 10, 2011.

/s/ Adam M. Stewart
Adam M. Stewart, BBO No. 661090