UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | Case No. 1:11-cv-10924-GAO |
| Plaintiff, | |
| v. | |
| FRANKS, et al., | |
| Defendants. | |

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | Case No. 1:11-cv-10952-GAO |
| Plaintiff, | |
| v. | |
| ALLY FINANCIAL INC. et al., | |
| Defendants. | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local R. 7.3(A) of the U.S. District Court for the District of Massachusetts, Plaintiff Federal Home Loan Bank of Boston, by and through its undersigned counsel of record, states the following:

1. Plaintiff has no parent corporation.

2

  2.  No publicly held corporation owns more than 10% of Plaintiff's stock.

Dated: June 13, 2011

                By <u>/s/ Lynn Lincoln Sarko</u>
                  Lynn Lincoln Sarko
                  lsarko@kellerrohrback.com
                  Derek W. Loeser
                  dloeser@kellerrohrback.com
                  Amy Williams-Derry
                  awilliams-derry@kellerrohrback.com
                  Elizabeth A. Leland
                  bleland@kellerrohrback.com
                  KELLER ROHRBACK L.L.P.
                  1201 Third Avenue, Suite 3200
                  Seattle, Washington 98101
                  (206) 623-1900, Fax (206) 623-3384

                  Thomas G. Shapiro, BBO No. 454680
                  tshapiro@shulaw.com
                  Adam M. Stewart, BBO No. 661090
                  astewart@shulaw.com
                  SHAPIRO HABER & URMY, LLP
                  53 State Street
                  Boston, MA  02109
                  (617) 439-3939,  Fax:  (617) 439-0134

                  KELLER ROHRBACK P.L.C.*
                  Gary A. Gotto
                  ggotto@kellerrohrback.com
                  3101 North Central Avenue, Suite 1400
                  Phoenix, Arizona 85012
                  (602) 248-0088, Fax (602) 248-2822

                  ***Attorneys for Plaintiff Federal Home Loan Bank of Boston***

                  *Pending admission pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on June 13, 2011.

/s/ Lynn Lincoln Sarko
Lynn Lincoln Sarko