UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALLY FINANCIAL, INC., *et al.*<br><br>                    Defendants. | Civil Action No. 11-cv-10952 |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL LEWIS AS COUNSEL FOR DEFENDANTS COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE SECURITIES CORPORATION, CWALT, INC., AND CWMBS, INC.**

Kirsten N. Cunha, a member of the bar of this Court and a member of the firm of Shearman & Sterling LLP, respectfully moves for the admission to the bar of this Court, *pro hac vice*, of Daniel Lewis as counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWALT, Inc., and CWMBS, Inc.  In support of this Motion, attached as Exhibit A is a Certificate For Admission *Pro Hac Vice* of Daniel Lewis certifying that (1) Mr. Lewis is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against Mr. Lewis as a member of the bar of any jurisdiction; and (3) Mr. Lewis is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Daniel Lewis be admitted to the bar of this Court, *pro hac vice*, to appear as counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWALT, Inc., and CWMBS, Inc.

Respectfully submitted,

SHEARMAN & STERLING LLP

/s/ Kirsten Nelson Cunha
Kirsten Nelson Cunha (BBO #634520)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4320
Fax: (646) 848-4320

*Attorneys for Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corp., CWALT, Inc., and CWMBS, Inc.*

Dated: June 13, 2011

RULE 7.1(A)(2) CERTIFICATE

I, Kirsten N. Cunha, hereby certify that my firm has conferred with counsel for plaintiff and they have ASSENTED to the allowance of this motion.

/s/ Kirsten Nelson Cunha
Kirsten Nelson Cunha

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for plaintiffs by electronic mail and by first class mail and upon counsel of record for all defendants by electronic mail on June 13, 2011.

/s/ Kirsten Nelson Cunha
Kirsten Nelson Cunha

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                Plaintiff,<br>    v.<br><br>ALLY FINANCIAL, INC., *et al.*<br><br>                Defendants. | Civil Action No. 11-cv-10952 |

## CERTIFICATE FOR ADMISSION *PRO HAC VICE* OF DANIEL LEWIS

I, Daniel Lewis, hereby depose on oath and say:

1. I am a member of the bars of the State of New York and the District of Columbia and am admitted to practice in the following federal court: the U.S. District Court for the Southern District of New York.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13TH DAY OF JUNE 2011.

_____
Daniel Lewis, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179