## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                              Plaintiff,<br><br>       v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>                              Defendants. | Civil Action No 11-cv-10952<br><br>(Removed from the Superior Court of the Commonwealth of Massachusetts for Suffolk County, Civil Action No. 11-1533-BLS1) |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendants Wells Fargo Asset Securities Corporation, Wells Fargo & Company and Wells Fargo Bank, N.A. in the above-captioned action.

Dated:  June 14, 2011                    Respectfully submitted,

*/s/ John K. Wells*_____
John K. Wells (BBO #671345)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square, 4th Floor
Boston, MA 02109
Tel: (6 17) 350-4040
Fax: (617) 350-4050
jkw@michaelsward.com

*Attorney for Defendants Wells Fargo Asset Securities Corporation, Wells Fargo & Company and Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I, John K. Wells, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, and pursuant to agreement, upon counsel of record for all defendants by electronic mail.

>	*/s/ John K. Wells*
>	John K. Wells

Dated: June 14, 2011