UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | Case No. 1:11-cv-10924-GAO |
| Plaintiff, | |
| v. | |
| FRANKS, et al., | |
| Defendants. | |

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | Case No. 1:11-cv-10952-GAO |
| Plaintiff, | |
| v. | |
| ALLY FINANCIAL INC. et al., | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO REMAND IN EXCESS OF PAGE LIMIT**

Plaintiff Federal Home Loan Bank of Boston hereby withdraws its Unopposed Motion for Leave to File Memorandum in Support of Motion to Remand in Excess of Page Limit submitted June 10, 2011 (the "Motion"). *See* Case No. 11-10924, Dkt. 21; Case No. 11-

10952, Dkt. 98.  The reason for the withdrawal is that the Motion is now moot, as Plaintiff no longer seeks permission to file an over-length brief.

Dated:  June 22, 2011

By /s/ Lynn Lincoln Sarko
    Lynn Lincoln Sarko
    lsarko@kellerrohrback.com
    Derek W. Loeser
    dloeser@kellerrohrback.com
    Amy Williams-Derry
    awilliams-derry@kellerrohrback.com
    Elizabeth A. Leland
    bleland@kellerrohrback.com
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101
    (206) 623-1900, Fax (206) 623-3384

  Thomas G. Shapiro, BBO No. 454680
    tshapiro@shulaw.com
    Adam M. Stewart, BBO No. 661090
    astewart@shulaw.com
    SHAPIRO HABER & URMY LLP
    53 State Street
    Boston, MA  02109
    (617) 439-3939,  Fax:  (617) 439-0134

    KELLER ROHRBACK P.L.C.*
    Gary A. Gotto
    ggotto@kellerrohrback.com
    3101 North Central Avenue, Suite 1400
    Phoenix, Arizona 85012
    (602) 248-0088, Fax (602) 248-2822

    ***Attorneys for Plaintiff Federal Home Loan Bank of Boston***

    *Pending admission pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on June 22, 2011.

/s/ Lynn Lincoln Sarko
Lynn Linconln Sarko