# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | Case No. 1:11-cv-10952-GAO |
| Plaintiff, | |
| v. | |
| ALLY FINANCIAL INC. et al., | |
| Defendants. | |

## PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. §§ 1447(c), 1334(c)(2), and 1452(b), and Plaintiff hereby moves the Court to remand the above captioned proceeding to state court.

Because the Bank also believes that this action was improperly separated into two actions, and that resolution of its motion to remand would proceed most efficiently as one civil action, the Bank concurrently files this motion to close one of these case numbers, Case Nos. 11-10924 and 11-10952, and proceed with resolving its Motion to Remand in a single case as it was originally filed in the State Court.

The grounds for this motion are stated in the accompanying Memorandum of Law in Support of Plaintiff's Motion to Remand. For the reasons stated therein, Plaintiff respectfully requests that this Court issue an order remanding this action to state court.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I certify pursuant to Local Rule 7.1(A)(2) that the moving party has conferred in good faith with opposing counsel on the matter set forth herein and was unable to resolve or narrow the issues.

Dated:  June 22, 2011

By /s/ Lynn Lincoln Sarko
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

Thomas G. Shapiro, BBO No. 454680
tshapiro@shulaw.com
Adam M. Stewart, BBO No. 661090
astewart@shulaw.com
SHAPIRO HABER & URMY, LLP
53 State Street
Boston, MA  02109
(617) 439-3939,  Fax:  (617) 439-0134

KELLER ROHRBACK P.L.C.*
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822

*Attorneys for Plaintiff Federal Home Loan Bank of Boston*

*Pending admission pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on June 22, 2011.

          /s/ Lynn Lincoln Sarko
          Lynn Lincoln Sarko