# APPENDIX I
## BONDS AND LOANS RELATED TO ORIGINATORS IDENTIFIED IN COMPLAINT



