**APPENDIX II - PLMBS PURPORTEDLY INCLUDING LOANS ORIGINATED BY BANKRUPT ORIGINATORS**

| Originator Identified by Defendants as In Bankruptcy | PLMBS Purported to be Backed by Mortgages Issued by Bankrupt Originator: | Identified as Originator in Offering Documents | Percentage (if any) of Loans Originated Underlying Tranche Purchased by Bank* | Evidence Substantiating Relation to PLMBS |
|---|---|---|---|---|
| Accredited Mortgage | BALTA 2005-10 11A1 | No | Originator Not Identified | None |
| Aegis Mortgage Corporation | BALTA 2005-10 11A1 | No | Originator Not Identified | None |
|  | BALTA 2006-1 11A1 | No | Originator Not Identified | None |
|  | BALTA 2006-6 1A1 | No | Originator Not Identified | None |
|  | BSMF 2007-AR4 1A1 | No | Originator Not Identified | None |
|  | BSMF 2007-AR5 1A1A | No | Originator Not Identified | None |
|  | SAMI 2005-AR3 1A1 | No | Originator Not Identified | None |
| Alliance Bancorp | JPALT 2007-A2 12A1 | No | Originator Not Identified | None |
|  | NAA 2006-AF2 5A1 | Yes | 39.57% | Pros. Sup. |
| American Home Mortgage Acceptance, Inc. | AHM 2005-2 1A1 | No | Originator Not Identified | None |

* Prospectus Supplements ("Pros. Sup.") did not generally identify originators that originated less than 10% of the loans underlying a mortgage pool

**APPENDIX II - PLMBS PURPORTEDLY INCLUDING LOANS ORIGINATED BY BANKRUPT ORIGINATORS**

| Originator Identified by Defendants as In Bankruptcy | PLMBS Purported to be Backed by Mortgages Issued by Bankrupt Originator: | Identified as Originator in Offering Documents | Percentage (if any) of Loans Originated Underlying Tranche Purchased by Bank* | Evidence Substantiating Relation to PLMBS |
|---|---|---|---|---|
| American Home Mortgage Corporation | AHM 2005-2 1A1 | No | Originator Not Identified | None |
| | AHMA 2007-5 A1 | Yes | 100.00% | Pros. Sup. |
| | BALTA 2005-10 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-5 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-6 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| | BSMF 2006-AR2 1A1 | No | Originator Not Identified | None |
| | BSMF 2007-AR4 1A1 | No | Originator Not Identified | None |
| | DBALT 2006-AR2 1A1 & 1A2 | Yes | 15.37% | Pros. Sup. |
| | DBALT 2006-AR4 A1 | No | Originator Not Identified | None |
| | DBALT 2006-AR5 1A1 | No | Originator Not Identified | None |
| | DBALT 2007-AR1 A1 | Yes | 22.78% | Pros. Sup. |
| | HVMLT 2006-7 2A1A | Yes | 100.00% | Pros. Sup. |
| | JPALT 2006-A3 1A1 | No | Originator Not Identified | None |
| | JPALT 2007-A2 12A1 | Yes | 20.02% | Pros. Sup. |
| | LUM 2006-7 2A1 | Yes | 74.41% | Pros. Sup. |
| | MARM 2005-8 1A1 | No | Originator Not Identified | None |
| | MSM 2006-16AX 2A1 | Yes | 13.51% | Pros. Sup. |
| | MSM 2006-8AR 1A2 | No | Originator Not Identified | None |
| | MSM 2006-9AR A3 | No | Originator Not Identified | None |
| | MSM 2007-2AX 2A2 | No | Originator Not Identified | None |
| | MSM 2007-5AX 2A2 | No | Originator Not Identified | None |
| | MSM 2007-7AX 2A1 | No | Originator Not Identified | None |
| | NAA 2007-3 A1 | Yes | 14.18% | Pros. Sup. |

* Prospectus Supplements ("Pros. Sup.") did not generally identify originators that originated less than 10% of the loans underlying a mortgage pool

**APPENDIX II - PLMBS PURPORTEDLY INCLUDING LOANS ORIGINATED BY BANKRUPT ORIGINATORS**

| Originator Identified by Defendants as In Bankruptcy | PLMBS Purported to be Backed by Mortgages Issued by Bankrupt Originator: | Identified as Originator in Offering Documents | Percentage (if any) of Loans Originated Underlying Tranche Purchased by Bank* | Evidence Substantiating Relation to PLMBS |
|---|---|---|---|---|
| American Home Mortgage Investment Corp. | AHM 2005-2 1A1 | No | Originator Not Identified | None |
| | AHMA 2006-6 A1A | Yes | 100.00% | Pros. Sup. |
| | AHMA 2007-2 A1 | Yes | 100.00% | Pros. Sup. |
| American Mortgage and Financial Services | BALTA 2006-5 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-6 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| American Mortgage Resources | BALTA 2006-5 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-6 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |

\* Prospectus Supplements ("Pros. Sup.") did not generally identify originators that originated less than 10% of the loans underlying a mortgage pool

**APPENDIX II - PLMBS PURPORTEDLY INCLUDING LOANS ORIGINATED BY BANKRUPT ORIGINATORS**

| Originator Identified by Defendants as In Bankruptcy | PLMBS Purported to be Backed by Mortgages Issued by Bankrupt Originator: | Identified as Originator in Offering Documents | Percentage (if any) of Loans Originated Underlying Tranche Purchased by Bank* | Evidence Substantiating Relation to PLMBS |
|---|---|---|---|---|
| Bear Stearns Residential Mortgage Corporation | BALTA 2005-10 11A1 | No | Originator Not Identified | None |
| | BALTA 2005-8 11A1 | No | Originator Not Identified | None |
| | BALTA 2005-9 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-1 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-3 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-5 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-6 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | Yes | 14.34% | Pros. Sup. |
| | BALTA 2007-3 1A1 | Yes | 21.71% | Pros. Sup. |
| | BSMF 2006-AR1 1A1 | Yes | 56.36% | Pros. Sup. |
| | BSMF 2006-AR2 1A1 | Yes | 37.98% | Pros. Sup. |
| | BSMF 2006-AR3 1A1 | Yes | 38.24% | Pros. Sup. |
| | BSMF 2006-AR5 1A1 | Yes | 35.97% | Pros. Sup. |
| | BSMF 2007-AR1 1A1 | Yes | 38.86% | Pros. Sup. |
| | BSMF 2007-AR4 1A1 | Yes | 56.24% | Pros. Sup. |
| | BSMF 2007-AR5 1A1A | Yes | 48.84% | Pros. Sup. |
| | LUM 2006-3 11A1 | No | Originator Not Identified | None |
| | SAMI 2006-AR4 4A1 | No | Originator Not Identified | None |
| Cal Coast Mortgage Corporation | BSMF 2006-AR2 1A1 | No | Originator Not Identified | None |
| Cameron Financial Group, Inc. | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| | BSMF 2007-AR5 1A1A | No | Originator Not Identified | None |
| Choice Capital Funding | BALTA 2006-7 1A1 | No | Originator Not Identified | None |

\* Prospectus Supplements ("Pros. Sup.") did not generally identify originators that originated less than 10% of the loans underlying a mortgage pool

**APPENDIX II - PLMBS PURPORTEDLY INCLUDING LOANS ORIGINATED BY BANKRUPT ORIGINATORS**

| Originator Identified by Defendants as In Bankruptcy | PLMBS Purported to be Backed by Mortgages Issued by Bankrupt Originator: | Identified as Originator in Offering Documents | Percentage (if any) of Loans Originated Underlying Tranche Purchased by Bank* | Evidence Substantiating Relation to PLMBS |
|---|---|---|---|---|
| ComUnity Lending, Inc. | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| | BSMF 2006-AR2 1A1 | No | Originator Not Identified | None |
| | BSMF 2007-AR4 1A1 | No | Originator Not Identified | None |
| | BSMF 2007-AR5 1A1A | No | Originator Not Identified | None |
| | JPALT 2007-A2 12A1 | No | Originator Not Identified | None |
| | SAMI 2006-AR4 4A1 | No | Originator Not Identified | None |
| Delta Funding Corporation | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| First Magnus Financial Corporation | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| First NLC Financial Services LLC | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| Franklin Bank Corporation | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |

* Prospectus Supplements ("Pros. Sup.") did not generally identify originators that originated less than 10% of the loans underlying a mortgage pool

**APPENDIX II - PLMBS PURPORTEDLY INCLUDING LOANS ORIGINATED BY BANKRUPT ORIGINATORS**

| Originator Identified by Defendants as In Bankruptcy | PLMBS Purported to be Backed by Mortgages Issued by Bankrupt Originator: | Identified as Originator in Offering Documents | Percentage (if any) of Loans Originated Underlying Tranche Purchased by Bank* | Evidence Substantiating Relation to PLMBS |
|---|---|---|---|---|
| Home Capital Funding, Inc. | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| | BSMF 2006-AR1 1A1 | No | Originator Not Identified | None |
| | BSMF 2006-AR2 1A1 | No | Originator Not Identified | None |
| | BSMF 2007-AR4 1A1 | No | Originator Not Identified | None |
| | SAMI 2005-AR3 1A1 | No | Originator Not Identified | None |
| | SAMI 2005-AR6 2A1 | No | Originator Not Identified | None |
| | SAMI 2006-AR4 4A1 | No | Originator Not Identified | None |
| Homebanc Mortgage Corporation | BALTA 2005-8 11A1 | No | Originator Not Identified | None |
| | BALTA 2005-9 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-1 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-3 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-5 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-7 1A1 | Yes | 5.32% | Pros. Sup. |
| | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| | BSMF 2006-AR2 1A1 | No | Originator Not Identified | None |
| | LUM 2007-2 1A1 | Yes | 45.64% | Pros. Sup. |
| | SAMI 2005-AR3 1A1 | No | Originator Not Identified | None |
| IndyMac Bank, F.S.B. | INDX 2006-AR19 1A1 | Yes | Loans Not Indicated | Pros. Sup. |
| | LUM 2006-7 2A1 | Yes | 25.59% | Pros. Sup. |

\* Prospectus Supplements ("Pros. Sup.") did not generally identify originators that originated less than 10% of the loans underlying a mortgage pool

**APPENDIX II - PLMBS PURPORTEDLY INCLUDING LOANS ORIGINATED BY BANKRUPT ORIGINATORS**

| Originator Identified by Defendants as In Bankruptcy | PLMBS Purported to be Backed by Mortgages Issued by Bankrupt Originator: | Identified as Originator in Offering Documents | Percentage (if any) of Loans Originated Underlying Tranche Purchased by Bank* | Evidence Substantiating Relation to PLMBS |
|---|---|---|---|---|
| Lancaster Mortgage Bankers, LLC | BALTA 2005-10 11A1 | No | Originator Not Identified | None |
| | BALTA 2005-8 11A1 | No | Originator Not Identified | None |
| | BALTA 2005-9 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-1 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-3 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-5 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-6 1A1 | No | Originator Not Identified | None |
| Loan Link Financial Services | BALTA 2005-10 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-3 1A1 | No | Originator Not Identified | None |
| | BSMF 2007-AR5 1A1A | No | Originator Not Identified | None |
| | JPALT 2007-A2 12A1 | No | Originator Not Identified | None |
| | SAMI 2006-AR4 4A1 | No | Originator Not Identified | None |
| Mortgage Lenders Network USA, Inc. | MANA 2007-A3 A2A | Yes | 23.09% | Pros. Sup. |
| Mountain View Mortgage Company | BALTA 2006-6 1A1 | No | Originator Not Identified | None |
| | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| | BSMF 2006-AR1 1A1 | No | Originator Not Identified | None |
| | BSMF 2006-AR2 1A1 | No | Originator Not Identified | None |
| Oak Street Mortgage LLC | BALTA 2005-9 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-3 1A1 | No | Originator Not Identified | None |

* Prospectus Supplements ("Pros. Sup.") did not generally identify originators that originated less than 10% of the loans underlying a mortgage pool

**APPENDIX II - PLMBS PURPORTEDLY INCLUDING LOANS ORIGINATED BY BANKRUPT ORIGINATORS**

| Originator Identified by Defendants as In Bankruptcy | PLMBS Purported to be Backed by Mortgages Issued by Bankrupt Originator: | Identified as Originator in Offering Documents | Percentage (if any) of Loans Originated Underlying Tranche Purchased by Bank* | Evidence Substantiating Relation to PLMBS |
|---|---|---|---|---|
| Own-IT Mortgage Solutions, Inc. | ARMT 2006-1 6A1 | Yes | 14.04% | Pros. Sup. |
| | BALTA 2006-3 1A1 | No | Originator Not Identified | None |
| Realty Mortgage Corporation | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| | BSMF 2006-AR2 1A1 | No | Originator Not Identified | None |
| | BSMF 2007-AR5 1A1A | No | Originator Not Identified | None |
| The Mortgage Company | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| Thornburg Mortgage Home Loans, Inc. | TMST 2007-1 A2A | Yes | 95.41% | Pros. Sup. |
| United Financial Mortgage Corporation | BALTA 2005-10 11A1 | No | Originator Not Identified | None |
| | BALTA 2006-7 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-1 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-2 1A1 | No | Originator Not Identified | None |
| | BALTA 2007-3 1A1 | No | Originator Not Identified | None |
| | BSMF 2006-AR2 1A1 | No | Originator Not Identified | None |

* Prospectus Supplements ("Pros. Sup.") did not generally identify originators that originated less than 10% of the loans underlying a mortgage pool