AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| _____ ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                                    _____
                                                                            *Attorney's signature*

                                                                            _____
                                                                            *Printed name and bar number*

                                                                            _____
                                                                            *Address*

                                                                            _____
                                                                            *E-mail address*

                                                                            _____
                                                                            *Telephone number*

                                                                            _____
                                                                            *FAX number*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on June 22, 2011.

                                             /s/ Amy Williams-Derry
                                              Amy Williams-Derry