UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>         Plaintiff,<br><br>   v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC; BANC OF AMERICA FUNDING CORPORATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; BARCLAYS CAPITAL INC.; BARRY J. O'BRIEN; BCAP LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE, NATIONAL ASSOCIATION; CHEVY CHASE FUNDING LLC; CHRISTOPHER M. O'MEARA; CITICORP MORTGAGE SECURITIES, INC.; CITIGROUP FINANCIAL PRODUCTS, INC.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP GLOBAL MARKETS REALTY CORP.; CITIGROUP INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIMORTGAGE, INC.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE SECURITIES CORP.; CREDIT SUISSE (USA), INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE HOLDINGS (USA), INC.; CREDIT SUISSE SECURITIES (USA) LLC; CWALT, INC.; CWMBS, INC.; DB STRUCTURED PRODUCTS, INC.; DB U.S. FINANCIAL MARKET HOLDING CORPORATION; DEUTSCHE ALT-A SECURITIES, INC.; DEUTSCHE BANK SECURITIES INC.; DLJ MORTGAGE CAPITAL, INC.; EDWARD GRIEB; EMC MORTGAGE CORPORATION; FITCH, INC.; GMAC | Civil Action No.  11-10952-GAO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REMAND BRIFING SCHEDULE**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*[caption continued on next page]* |

MORTGAGE GROUP LLC F/K/A GMAC
MORTGAGE GROUP, INC.; GOLDMAN,
SACHS & CO.; IMH ASSETS CORP.;
IMPAC FUNDING CORPORATION;
IMPAC MORTGAGE HOLDINGS, INC.;
IMPAC SECURED ASSETS CORP.; J.P.
MORGAN ACCEPTANCE
CORPORATION I; J.P. MORGAN
MORTGAGE ACQUISITION CORP.; J.P.
MORGAN SECURITIES LLC F/K/A
BEAR, STEARNS & CO. INC. AND J.P.
MORGAN SECURITIES INC.; JAMES J.
SULLIVAN; JPMORGAN CHASE & CO.;
JPMORGAN SECURITIES HOLDINGS
LLC; KRISTINE SMITH; LANA FRANKS;
MARK L. ZUSY; MERRILL LYNCH &
CO., INC.; MERRILL LYNCH
MORTGAGE INVESTORS, INC.;
MERRILL LYNCH MORTGAGE
LENDING, INC.; MERRILL LYNCH,
PIERCE, FENNER & SMITH
INCORPORATED; MOODY'S
CORPORATION; MOODY'S INVESTORS
SERVICE, INC.; MORGAN STANLEY;
MORGAN STANLEY & CO. INC.;
MORGAN STANLEY CAPITAL I INC.;
MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC; MORTGAGE
ASSET SECURITIZATION
TRANSACTIONS, INC.; MORTGAGEIT
SECURITIES CORP.; MORTGAGEIT,
INC.; NOMURA ASSET ACCEPTANCE
CORPORATION; NOMURA CREDIT &
CAPITAL, INC.; NOMURA HOLDING
AMERICA, INC.; NOMURA SECURITIES
INTERNATIONAL, INC.; RBS
ACCEPTANCE INC. F/K/A GREENWICH
CAPITAL ACCEPTANCE, INC.; RBS
FINANCIAL PRODUCTS INC. F/K/A
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.; RBS HOLDINGS USA
INC. F/K/A GREENWICH CAPITAL
HOLDINGS, INC.; RBS SECURITIES INC.
F/K/A GREENWICH CAPITAL
MARKETS, INC.; RESIDENTIAL
ACCREDIT LOANS, INC.; RESIDENTIAL

*[caption continued on next page]*

FUNDING COMPANY, LLC F/K/A
RESIDENTIAL FUNDING
CORPORATION; RICHARD MCKINNEY;
RICHARD S. FULD, JR.; SAMIR TABET;
SANDLER O'NEILL + PARTNERS, L.P.;
STANDARD & POOR'S FINANCIAL
SERVICES LLC; STRUCTURED ASSET
MORTGAGE INVESTMENTS II INC.;
THE BEAR STEARNS COMPANIES LLC
F/K/A THE BEAR STEARNS
COMPANIES INC.; THE MCGRAW-HILL
COMPANIES, INC.; UBS AMERICAS
INC.; UBS REAL ESTATE SECURITIES
INC.; UBS SECURITIES LLC; WAMU
CAPITAL CORP.; WELLS FARGO &
COMPANY; WELLS FARGO ASSET
SECURITIES CORPORATION; WELLS
FARGO BANK, NATIONAL
ASSOCIATION; and DEFENDANTS JOHN
DOE 1-50,

                    Defendants.

## STIPULATION AND [PROPOSED] ORDER REGARDING
## REMAND BRIEFING SCHEDULE

Plaintiff Federal Home Loan Bank of Boston ("Plaintiff") and Defendants Banc of America Funding Corporation, Bank of America, N.A., Bank of America Corporation, BCAP LLC, Barclays Capital Inc, Bear Stearns Asset Backed Securities I LLC, Structured Asset Mortgage Investments II Inc., J.P. Morgan Securities LLC f/k/a Bear, Stearns & Co. Inc., EMC Mortgage Corporation, The Bear Stearns Companies LLC f/k/a The Bear Stearns Companies Inc., Chevy Chase Funding LLC, Citicorp Mortgage Securities, Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., CitiMortgage, Inc., Citigroup Financial Products, Inc., Citigroup Inc., CWALT, Inc., CWMBS, Inc., Countrywide Securities Corp., Countrywide Home Loans, Inc., Countrywide Financial Corporation, Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC,  DLJ Mortgage Capital, Inc., Credit Suisse (USA), Inc., Credit Suisse Holdings

(USA), Inc., Deutsche Alt-A Securities, Inc , Deutsche Bank Securities Inc., DB Structured Products, Inc., DB U.S. Financial Market Holding Corporation, Goldman, Sachs & Co., RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc., RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., RBS Financial Products Inc. f/k/a Greenwich Capital Financial Products, Inc., RBS Holdings USA Inc. f/k/a Greenwich Capital Holdings, Inc., IMH Assets Corp., Impac Secured Assets Corp., Impac Funding Corporation, Impac Mortgage Holdings, Inc., J.P. Morgan Acceptance Corporation I., J.P. Morgan Securities Inc., J.P. Morgan Mortgage Acquisition Corp., JPMorgan Securities Holdings LLC., JPMorgan Chase & Co., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch, Pierce Fenner & Smith Incorporated, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch & Co., Inc., Morgan Stanley Capital I Inc., Morgan Stanley & Co. Incorporated, Morgan Stanley Mortgage Capital Holdings LLC, Morgan Stanley, MortgageIT Securities Corp., MortgageIT, Inc., Nomura Asset Acceptance Corporation, Nomura Securities International, Inc., Nomura Credit & Capital, Inc., Nomura Holding America, Inc., Residential Accredit Loans, Inc., Residential Funding Company, LLC f/k/a Residential Funding Corporation, GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc., Ally Financial, Inc. f/k/a GMAC LLC, Sandler, O'Neill & Partners, L.P., Mortgage Asset Securitization Transactions, Inc., UBS Securities LLC, UBS Real Estate Securities Inc., UBS Americas Inc., WaMu Capital Corp., Wells Fargo & Co., Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., Moody's Corporation, Moody's Investors Service, Inc., Standard & Poor's Financial Services LLC, Fitch, Inc. and The McGraw-Hill Companies, Inc., (collectively "Defendants") state as follows:

WHEREAS, on April 20, 2011 Plaintiff filed a complaint (the "Complaint") captioned *Federal Home Loan Bank of Boston v. Ally Financial, Inc., et al.*, Case No. 11-1533-BLS1, in the Superior Court of the Commonwealth of Massachusetts for Suffolk County (the "State Court");

WHEREAS, on May 26, 2011, Defendants Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage Corporation, J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage

Acquisition Corp., J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.), JPMorgan Chase & Co., JPMorgan Securities Holdings, LLC, Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies Inc.), and WaMu Capital Corp. filed a Notice of Removal to this Court, while reserving all rights and defenses;

**WHEREAS**, the remaining Defendants have assented to or joined in the Notice of Removal;

**WHEREAS**, Plaintiff filed a motion to remand the Action to State Court on June 22, 2011; and

**WHEREAS**, the parties have met and conferred, and have agreed to the briefing schedule outlined in this stipulation.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff and Defendants, through their undersigned counsel and subject to the Court's approval, as follows:

1.      Defendants shall file and serve their opposition to remand on or before July 22, 2011.

2.      Plaintiff shall be allowed to file and serve a reply memorandum in support of its remand motion, and shall do so on or before August 5, 2011.

3.      By entering into this Stipulation, neither Plaintiff nor Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the applicable deadlines.

4.      By entering into this Stipulation, the parties do not waive, and expressly preserve, any rights, claims, or defenses, including without limitation, those relating to jurisdiction, venue, and arbitrability, and all such rights, claims, and defenses are preserved.

Dated:  July 1, 2011

**SO ORDERED:**

_____

George A. O'Toole
United States District Judge

Respectfully submitted,

Plaintiff:

FEDERAL HOME LOAN BANK OF
BOSTON,

By their attorneys,

   /s/ Amy Williams-Derry
Lynn Lincoln Sarko (admitted Pro Hac Vice)
Derek W. Loeser (admitted Pro Hac Vice)
Amy Williams-Derry (admitted Pro Hac Vice)
Elizabeth A. Leland (admitted Pro Hac Vice)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington  98101
(206) 623-1900, Fax: (206) 623-3384
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
Awilliams-derry@kellerrohrback.com
bleland@kellerrohrback.com

KELLER ROHRBACK P.L.C.
Gary A. Gotto*
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona  85012
(602) 248-0088, Fax: (602) 248-2822
*Pending admission pro hac vice*

SHAPIRO HABER & URMY LLP
Thomas G. Shapiro, BBO No. 454680
Adam M. Stewart, BBO No. 661090
53 State Street
Boston, MA  02109
(617) 439-3939, Fax: (617) 439-0134
tshapiro@shulaw.com
astewart@shulaw.com

Defendants:

BEAR STEARNS ASSET BACKED
SECURITIES I LLC; THE BEAR STEARNS
COMPANIES LLC F/K/A THE BEAR
STEARNS COMPANIES INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.; EMC MORTGAGE
CORPORATION; J.P. MORGAN
ACCEPTANCE CORPORATION I; J.P.
MORGAN MORTGAGE ACQUISITION
CORP.; J.P. MORGAN SECURITIES LLC
F/K/A BEAR, STEARNS & CO. INC. AND
J.P. MORGAN SECURITIES INC.;
JPMORGAN CHASE & CO.; JPMORGAN
SECURITIES HOLDINGS LLC; WAMU
CAPITAL CORP.,

By their attorneys,
   /s/ Beth I.Z. Boland
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Kenneth I. Schacter
Theo J. Robins
Brandyne S. Warren
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378

BANC OF AMERICA FUNDING
CORPORATION; BANK OF AMERICA
CORPORATION; BANK OF AMERICA,
NATIONAL ASSOCIATION; MERRILL
LYNCH & CO., INC.; MERRILL LYNCH
MORTGAGE INVESTORS, INC.; MERRILL
LYNCH MORTGAGE LENDING, INC.;
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,

By their attorneys,
     /s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, MA  02108
Tel: (617) 573-4800
Fax: (617) 573-4822


UBS AMERICAS INC.; UBS REAL ESTATE
SECURITIES INC.; UBS SECURITIES LLC;
MORTGAGE ASSET SECURITIZATION
TRANSACTIONS, INC.,

By their attorneys,
     /s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, MA  02108
Tel: (617) 573-4800
Fax: (617) 573-4822

BARCLAYS CAPITAL INC. AND BCAP
LLC,

By their attorneys,

       /s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG LLP
One International Place
Boston, MA  02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Ihsan Dogramaci
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY  10019
Tel: (212) 506-5155
Fax: (212) 506-5151

CAPITAL ONE FINANCIAL
CORPORATION; CAPITAL ONE,
NATIONAL ASSOCIATION; CHEVY CHASE
FUNDING LLC,

By their attorneys,

       /s/ Patrick T. Voke
Patrick T. Voke (BBO #553033)
Kevin G. Kenneally (BBO #550050)
Kenneth J. DeMoura (BBO #548910)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
One International Place, 11th Floor
Boston, MA  02110
Tel: (617) 502-8229
Fax: (617) 502-8201

James A. Murphy
Cameron S. Matheson (BBO # 636628)
MURPHY & MCGONIGLE, P.C.
4870 Sadler Rd., Suite 301
Glen Allen, VA  23060
Tel: (804) 762-5330
Fax: (804) 762-5360

CITICORP MORTGAGE SECURITIES, INC.;
CITIGROUP FINANCIAL PRODUCTS, INC.;
CITIGROUP GLOBAL MARKETS INC.;
CITIGROUP GLOBAL MARKETS REALTY
CORP.; CITIGROUP INC.; CITIGROUP
MORTGAGE LOAN TRUST INC.;
CITIMORTGAGE, INC.,

By their attorneys,

___/s/ Franklin H. Levy_____
Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel: (857) 488-4200
Fax: (857) 488-4201

Brad S. Karp*
Susanna M. Buergel*
Charles E. Davidow*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3553
Fax: (212) 492-0553
*Pending admission pro hac vice*

COUNTRYWIDE FINANCIAL
CORPORATION; COUNTRYWIDE HOME
LOANS, INC.; COUNTRYWIDE
SECURITIES CORP.; CWALT, INC.;
CWMBS, INC.,

By their attorneys,

    /s/ Kirsten Nelson Cunha
Kirsten Nelson Cunha (BBO #634520)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Tel: (212) 848-4320
Fax: (646) 848-4320


Adam S. Hakki
Daniel Lewis
Brian Burke
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Tel: (212) 848-4320
Fax: (646) 848-4320

CREDIT SUISSE (USA), INC.; CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.; CREDIT SUISSE
HOLDINGS (USA), INC.; CREDIT SUISSE
SECURITIES (USA) LLC; DLJ MORTGAGE
CAPITAL, INC.,

By their attorneys,

    /s/ Jonathan Sablone
Jonathan Sablone (BBO #632998)
Matthew T. McLaughlin (BBO #660878)
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110
Tel: (617) 345-1000
Fax: (617) 345-1300

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700

DB STRUCTURED PRODUCTS, INC.; DB
U.S. FINANCIAL MARKET HOLDING
CORPORATION; DEUTSCHE ALT-A
SECURITIES, INC.; DEUTSCHE BANK
SECURITIES INC.; MORTGAGEIT
SECURITIES CORP.; MORTGAGEIT, INC.,

By their attorneys,

    /s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763

Richard D. Owens
Jamie L. Wine
Jason C. Hegt
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Tel: (212) 906-1396
Fax: (212) 751-4864

John M. Falzone
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, NJ  07101
Tel:  (973) 639-7099
Fax:  (973) 639-7298

GOLDMAN, SACHS & CO.

By their attorneys,

___/s/ Matthew A. Martel_____
Matthew A. Martel (BBO #641064)
Anthony A. Bongiorno (BBO #554356)
Kevin M. Bolan (BBO #657841)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4000
Fax: (617) 535-3800

Richard H. Klapper
Theodore Edelman
Christopher J. Dunne
Jessica P. Stokes
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

RBS ACCEPTANCE INC. F/K/A
GREENWICH CAPITAL ACCEPTANCE,
INC.; RBS FINANCIAL PRODUCTS INC.
F/K/A GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.; RBS HOLDINGS USA
INC. F/K/A GREENWICH CAPITAL
HOLDINGS, INC.; RBS SECURITIES INC.
F/K/A GREENWICH CAPITAL MARKETS,
INC.,

By their attorneys,

____/s/ Kathy B. Weinman_____
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO # 670325)
COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA  02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Thomas C. Rice
Alan C. Turner
Jason Meltzer
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017
Tel: (212) 455-2000
Fax: (212) 455-2502

IMH ASSETS CORP.; IMPAC FUNDING
CORPORATION; IMPAC MORTGAGE
HOLDINGS, INC.; IMPAC SECURED
ASSETS CORP.,

By their attorneys,


___/s/ Philip A. O'Connell, Jr._____
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Tel: (617) 235-6802
Fax: (617) 235-6899

Justin N. Kattan
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

MORGAN STANLEY; MORGAN STANLEY
& CO. INCORPORATED; MORGAN
STANLEY CAPITAL I INC.; MORGAN
STANLEY MORTGAGE CAPITAL
HOLDINGS LLC,

By their attorneys,

_____/s/ Frances S. Cohen_____
Frances S. Cohen (BBO #542811)
Brandon L. Bigelow (BBO #651143)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02109
Tel: (617) 951-8000
Fax: (617) 951-8736

James P. Rouhandeh
Edmund Polubinski III (BBO #643548)
Daniel J. Schwartz
Nicole Vanatko
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

NOMURA ASSET ACCEPTANCE
CORPORATION; NOMURA CREDIT &
CAPITAL, INC.; NOMURA HOLDING
AMERICA, INC.; NOMURA SECURITIES
INTERNATIONAL, INC.,

By their attorneys,

_____/s/ Stephen D. Poss_____
Stephen D. Poss (BBO #551760)
Daniel P. Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1886
Fax: (617) 523-1231

RESIDENTIAL ACCREDIT LOANS, INC.;
RESIDENTIAL FUNDING COMPANY, LLC
F/K/A RESIDENTIAL FUNDING
CORPORATION; ALLY FINANCIAL, INC.
F/K/A GMAC LLC; GMAC MORTGAGE
GROUP LLC F/K/A GMAC MORTGAGE
GROUP, INC.,

By their attorneys,

____/s/ Joseph F. Ryan_____
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts  02109
Tel: (617) 523-6655
Fax: (617) 248-9877


SANDLER O'NEILL & PARTNERS, L.P.,

By their attorneys,

____/s/ Richard M. Zielinski_____
Richard M. Zielinski (BBO #540060)
Richard J. Rosenweig (BBO # 639547)
Marshall D. Senterfitt (BBO # 669939)
GOULSTON & STORRS, P.C.
400 Atlantic Ave
Boston, MA  02110
Tel: (617) 482-1776
Fax: (617) 574-4112

WELLS FARGO & CO.; WELLS FARGO
ASSET SECURITIES CORPORATION;
WELLS FARGO BANK, N.A.,

By their attorneys,

   /s/ David L. Ward
David L. Ward (BBO #565813)
John K. Wells (BBO #671345)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square, 4th Floor
Boston, MA 02109
Tel: (617) 350-4040
Fax: (617) 350-4050

George M. Garvey
Christian K. Wrede
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave.
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (415) 683-5153

Michael J. Mongan
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA  94105
Tel: (415) 521-4051
Fax: (415) 644-6951

FITCH, INC.,

By their attorneys,

____/s/ Bruce E. Falby_____
Bruce E. Falby (BBO # 554143)
DLA PIPER LLP
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100

Julia Tarver-Mason Wood
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3029
Fax: (212) 492-0029

STANDARD & POOR'S FINANCIAL
SERVICES LLC AND THE MCGRAW-HILL
COMPANIES, INC.,

By their attorneys,

____/s/ William T. Hogan III_____
William T. Hogan III (BBO# 237710)
Patrick T. Clendenen (BBO# 564165)
Heather L. Bennett (BBO# 673083)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, MA 02109-2127
Tel: (617) 573-4700
Fax: (617) 573-4710

Floyd Abrams
Susan Buckley
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005
Tel: (212) 701-3000
Fax: (212) 269-5420

MOODY'S CORPORATION AND MOODY'S
INVESTORS SERVICE, INC.,

By their attorneys,

<u>    /s/ Ralph T. Lepore, III            </u>
Ralph T. Lepore, III (BBO #294420)
Elizabeth M. Mitchell (BBO # 638146)
HOLLAND & KNIGHT
10 St. James Avenue, 11th Floor
Boston, MA  02116
Tel: (617) 523-2700
Fax: (617) 523-6850

James J. Coster
Joshua M. Rubins
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 818-9200
Fax: (212) 818-9606

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served, pursuant to agreement, upon counsel of record for plaintiffs by electronic mail and upon counsel of record for all defendants by ECF on July 1, 2011.

/s/ Nikki Jean Fisher
Nikki Jean Fisher