UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>　　　　　Defendants. | CASE NO. 11-cv-10952 (GAO)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

　　　Please enter my appearance as counsel in the above-captioned matter for Defendants Deutsche Bank Securities Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (k/n/a MIT Holdings, Inc.), MortgageIT, Inc., and MortgageIT Securities Corp.  I certify that I am admitted to practice in this court.

July 26, 2011

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Giordano
　　　　　　　　　　　　　　　　　　　　　　　Jennifer L. Giordano (BBO # 650537)
　　　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　　　555 Eleventh Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004-1304
　　　　　　　　　　　　　　　　　　　　　　　Tel: 202-637-1013
　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-637-2201
　　　　　　　　　　　　　　　　　　　　　　　jennifer.giordano@lw.com

**LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE**

　　　I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2011.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Giordano
　　　　　　　　　　　　　　　　　　　　　　　Jennifer L. Giordano