UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>Defendants. | CASE NO. 11-cv-10952 (GAO)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

     Pursuant to Local Rule 83.5.2, please withdrawal the appearance of Ethan J. Brown on behalf of Defendants Deutsche Bank Securities Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (k/n/a MIT Holdings, Inc.), MortgageIT, Inc., and MortgageIT Securities Corp. (together, "Defendants").  Attorney Jennifer L. Giordano is appearing as counsel for Defendants and attorneys Jamie L. Wine, John M. Falzone, Vincent Mekles, and Jason C. Hegt continue to serve as counsel for Defendants.

July 26, 2011

                                              /s/ Ethan J. Brown
                                              Ethan J. Brown (BBO # 634982)
                                              LATHAM & WATKINS LLP
                                              355 South Grand Avenue
                                              Los Angeles, CA 90071-1560
                                              Tel: 213-891-8192
                                              Fax: 213-891-8763
                                              ethan.brown@lw.com

## LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2011.

                                              /s/ Ethan J. Brown
                                              Ethan J. Brown