UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL HOME LOAN BANK OF                    Case No. 1:11-cv-10952-GAO
BOSTON,

                              Plaintiff,

    v.

ALLY FINANCIAL INC. et al.,

                              Defendants.

_____

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF
MEMORANDUM IN SUPPORT OF MOTION TO REMAND**

Plaintiff Federal Home Loan Bank of Boston hereby seeks leave of Court to file a Reply

Brief in support of its Motion to Remand this action, as previously stipulated to by the parties.  In

support of its motion, Plaintiff states as follows:

1.      On June 22, 2011, Plaintiff filed a motion to remand this action to State Court.

Dkt. No. 113.

2.      On July 1, 2011 all parties in the above-captioned action stipulated and agreed,

through their undersigned counsel and subject to the Court's approval, as follows:

    i.   Defendants shall file and serve their opposition to remand on or before July 22,
         2011.

    ii.  Plaintiff shall be allowed to file and serve a reply memorandum in support of its
         remand motion, and shall do so on or before August 5, 2011.

    iii. By entering into this Stipulation, neither Plaintiff nor Defendants waive their
         rights to seek from each other or the Court additional adjournments or
         extensions of the applicable deadlines.

    iv.  By entering into this Stipulation, the parties do not waive, and expressly
         preserve, any rights, claims, or defenses, including without limitation, those

relating to jurisdiction, venue, and arbitrability, and all such rights, claims, and defenses are preserved.

Dkt. No. 118.

3.     On July 22, 2011, pursuant to the terms of the above-referenced stipulation, Defendants filed a Joint Memorandum of Law in Opposition to Plaintiff's Motion to Remand. ("Opposition to Remand").  Dkt. No. 122.

4.     To date, the Court has not yet entered the parties' stipulation.

5.     As a result, and out of an abundance of caution, Plaintiff respectfully requests leave of Court to file a Reply Brief in support of its Motion to Remand, in accordance with the parties' above-referenced stipulation.

6.     This motion has not been filed to cause delay or for any other improper purpose. The motion shall cause no prejudice to any party or to the Court's docket.

7.     The Defendants have assented to the request for leave to file a reply brief, but take no position as to the length of the proposed brief.

WHEREFORE, Plaintiff respectfully requests that the Court enter the following order:

1.     Plaintiff shall be granted leave to file and serve a reply memorandum in support of its remand motion, and shall do so on or before August 5, 2011.

Dated:  August 5, 2011                    Respectfully submitted,

/s/ Lynn Lincoln Sarko
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
KELLER ROHRBACK L.L.P.

1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

Thomas G. Shapiro, BBO No. 454680
tshapiro@shulaw.com
Adam M. Stewart, BBO No. 661090
astewart@shulaw.com
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
Tel: (617) 439-3939
Fax:  (617) 439-0134

KELLER ROHRBACK P.L.C.*
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Tel:  (602) 248-0088
Fax:  (602) 248-2822

***Attorneys for Plaintiff Federal Home Loan Bank of Boston***

*Pending admission pro hac vice

BEAR STEARNS ASSET BACKED SECURITIES
I, LLC; THE BEAR STEARNS COMPANIES,
LLC (F/K/A THE BEAR STEARNS COMPANIES
INC.); STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; EMC MORTGAGE
CORPORATION; J.P. MORGAN ACCEPTANCE
CORPORATION I; J.P. MORGAN MORTGAGE
ACQUISITION CORP.; J.P. MORGAN
SECURITIES, LLC (F/K/A BEAR, STEARNS &
CO. INC. AND J.P. MORGAN SECURITIES,
INC.); JPMORGAN CHASE & CO.; JPMORGAN
SECURITIES HOLDINGS, LLC; WAMU
CAPITAL CORP.,

By their attorneys,


/s/ Nikki Jean Fisher
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Kenneth I. Schacter
Theo J. Robins
Bethany M. Jones
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 705-7000
Fax: (212) 752-5378

BANC OF AMERICA FUNDING
CORPORATION; BANK OF AMERICA
CORPORATION; BANK OF AMERICA,
NATIONAL ASSOCIATION; MERRILL LYNCH
& CO., INC.; MERRILL LYNCH MORTGAGE
INVESTORS, INC.; MERRILL LYNCH
MORTGAGE LENDING, INC.; MERRILL
LYNCH, PIERCE, FENNER & SMITH
INCORPORATED,

By their attorneys,


/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Beacon Street
Boston, MA 02108
Tel: (617) 573-4800
Fax: (617) 573-4822


UBS AMERICAS INC.; UBS REAL ESTATE
SECURITIES INC.; UBS SECURITIES LLC;
MORTGAGE ASSET SECURITIZATION
TRANSACTIONS, INC.,

By their attorneys,


/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Beacon Street
Boston, MA 02108
Tel: (617) 573-4800
Fax: (617) 573-4822

BARCLAYS CAPITAL INC. AND BCAP LLC,

By their attorneys,


/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Ihsan Dogramaci
ORRICK HERRINGTON &
SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Tel: (212) 506-5155
Fax: (212) 506-5151


CAPITAL ONE FINANCIAL
CORPORATION; CAPITAL ONE,
NATIONAL ASSOCIATION; CHEVY CHASE
FUNDING LLC,

By their attorneys,


/s/ Patrick T. Voke
Patrick T. Voke (BBO #553033)
Kevin G. Kenneally (BBO #550050)
Kenneth J. DeMoura (BBO #548910)
LECLAIR RYAN,
A PROFESSIONAL CORPORATION
One International Place, 11th Floor
Boston, MA 02110
Tel: (617) 502-8229
Fax: (617) 502-8201

James A. Murphy
Cameron S. Matheson (BBO # 636628)
MURPHY & MCGONIGLE, P.C.
4870 Sadler Rd., Suite 301
Glen Allen, VA 23060
Tel: (804) 762-5330
Fax: (804) 762-5360


CITICORP MORTGAGE SECURITIES, INC.;
CITIGROUP FINANCIAL PRODUCTS, INC.;
CITIGROUP GLOBAL MARKETS INC.;
CITIGROUP GLOBAL MARKETS REALTY
CORP.; CITIGROUP INC.; CITIGROUP
MORTGAGE LOAN TRUST INC.;
CITIMORTGAGE, INC.,

By their attorneys,


/s/ Frankin H. Levy
Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel: (857) 488-4200
Fax: (857) 488-4201

Brad S. Karp
Susanna M. Buergel
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

COUNTRYWIDE FINANCIAL CORPORATION;
COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE SECURITIES CORP.; CWALT,
INC.; CWMBS, INC.,

By their attorneys,


/s/ Kirsten Nelson Cunha
Kirsten Nelson Cunha (BBO #634520)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4320
Fax: (646) 848-4320

Adam S Hakki
Daniel Lewis
Brian Burke
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4320
Fax: (646) 848-4320


CREDIT SUISSE (USA), INC.; CREDIT SUISSE
FIRST BOSTON MORTGAGE SECURITIES
CORP.; CREDIT SUISSE HOLDINGS (USA),
INC.; CREDIT SUISSE SECURITIES (USA) LLC;
DLJ MORTGAGE CAPITAL, INC.,

By their attorneys,


/s/ Jonathan Sablone
Jonathan Sablone (BBO #632998)
Matthew T. McLaughlin (BBO #660878)
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110
Tel: (617) 345-1000
Fax: (617) 345-1300

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700


DB STRUCTURED PRODUCTS, INC.; DB U.S.
FINANCIAL MARKET HOLDING
CORPORATION; DEUTSCHE ALT-A
SECURITIES, INC.; DEUTSCHE BANK
SECURITIES INC.; MORTGAGEIT SECURITIES
CORP.; MORTGAGEIT, INC.,

By their attorneys,


/s/ Jennifer L. Giordano
Jennifer L. Giordano (BBO #650537)
LATHAM & WATKINS LLP
555 Eleventh Street N.W., Suite 100
Washington, DC  20004-1304
Tel: (202) 637-1013
Fax: (202) 637-2201

Richard D. Owens
Jamie L. Wine
Jason C. Hegt
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Tel: (212) 906-1396
Fax: (212) 751-4864

John M. Falzone
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, NJ 07101
Tel: (973) 639-7099
Fax: (973) 639-7298

GOLDMAN, SACHS & CO.

By their attorneys,


/s/ Matthew A. Martel
Matthew A. Martel (BBO #641064)
Anthony A. Bongiorno (BBO #554356)
Kevin M. Bolan (BBO #657841)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4000
Fax: (617) 535-3800

Richard H. Klapper
Theodore Edelman
Christopher J. Dunne
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588


RBS ACCEPTANCE INC. F/K/A GREENWICH
CAPITAL ACCEPTANCE, INC.; RBS
FINANCIAL PRODUCTS INC. F/K/A
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.; RBS HOLDINGS USA INC.
F/K/A GREENWICH CAPITAL HOLDINGS,
INC.; RBS SECURITIES INC. F/K/A
GREENWICH CAPITAL MARKETS, INC.,


By their attorneys,


/s/ Kathy B. Weinman
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO # 670325)
COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Thomas C. Rice
Alan C. Turner
Jason Meltzer
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

IMH ASSETS CORP.; IMPAC FUNDING
CORPORATION; IMPAC MORTGAGE
HOLDINGS, INC.; IMPAC SECURED ASSETS
CORP.,

By their attorneys,


/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Tel: (617) 235-6802
Fax: (617) 235-6899

Justin N. Kattan
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

MORGAN STANLEY; MORGAN STANLEY &
CO. INC.; MORGAN STANLEY CAPITAL I
INC.; MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC,

By their attorneys,


/s/ Frances S. Cohen
Frances S. Cohen (BBO #542811)
Brandon L. Bigelow (BBO #651143)
BINGHAM MCCUTCHEN LLP
One Federal Street Boston, MA 02109
Tel: (617) 951-8000
Fax: (617) 951-8736

James P. Rouhandeh
Edmund Polubinski III (BBO #643548)
Daniel J. Schwartz
Nicole Vanatko
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800


NOMURA ASSET ACCEPTANCE
CORPORATION; NOMURA CREDIT &
CAPITAL, INC.; NOMURA HOLDING
AMERICA, INC.; NOMURA SECURITIES
INTERNATIONAL, INC.,

By their attorneys,


/s/ Stephen D. Poss
Stephen D. Poss (BBO #551760)
Daniel P. Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1886
Fax: (617) 523-1231

RESIDENTIAL ACCREDIT LOANS, INC.;
RESIDENTIAL FUNDING COMPANY, LLC
F/K/A RESIDENTIAL FUNDING
CORPORATION; ALLY FINANCIAL, INC.
F/K/A GMAC LLC; GMAC MORTGAGE
GROUP LLC F/K/A GMAC MORTGAGE
GROUP, INC.,

By their attorneys,


/s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts 02109
Tel: (617) 523-6655
Fax: (617) 248-9877


SANDLER O'NEILL & PARTNERS, L.P.,

By their attorneys,


/s/ Richard M. Zielinski
Richard M. Zielinski (BBO #540060)
Richard J. Rosenweig (BBO # 639547)
Marshall D. Senterfitt (BBO # 669939)
GOULSTON & STORRS, P.C.
400 Atlantic Ave
Boston, MA 02110
Tel: (617) 482-1776
Fax: (617) 574-4112

WELLS FARGO & CO.; WELLS FARGO ASSET
SECURITIES CORPORATION; WELLS FARGO
BANK, N.A.,

By their attorneys,


/s/ David L. Ward
David L. Ward (BBO #565813)
John K. Wells (BBO #671345)
MICHAELS, WARD & RABINOVITZ, LLP
12 Post Office Square, 4th Floor
Boston, MA 02109
Tel: (617) 350-4040
Fax: (617) 350-4050

George M. Garvey
Christian K. Wrede
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave.
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (415) 683-5153

Michael J. Mongan
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105
Tel: (415) 521-4051
Fax: (415) 644-6951


FITCH, INC.,

By their attorneys,


/s/ Bruce E. Falby
Bruce E. Falby (BBO # 554143)
DLA PIPER LLP
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100

Martin Flumenbaum
Julia Tarver-Mason Wood
Tobias J. Stern
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3029
Fax: (212) 492-0029

STANDARD & POOR'S FINANCIAL SERVICES
LLC AND THE MCGRAW-HILL COMPANIES,
INC.,

By their attorneys,


/s/ William T Hogan III
William T Hogan III (BBO# 237710)
Patrick T. Clendenen (BBO# 564165)
Heather L. Bennett (BBO# 673083)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, MA 02109-2127
Tel: (617) 573-4700
Fax: (617) 573-4710

Floyd Abrams
Susan Buckley
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

MOODY'S CORPORATION AND MOODY'S
INVESTORS SERVICE, INC.,

By their attorneys,

/s/ Ralph T. Lepore, III
Ralph T. Lepore, III (BBO #294420)
Elizabeth M. Mitchell (BBO # 638146)
HOLLAND & KNIGHT
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

James J. Coster
Joshua M. Rubins
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 818-9200
Fax: (212) 818-9606

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be sent via U.S. first class mail to those indicated as non-registered participants

on August 5, 2011.

/s/ Lynn Lincoln Sarko
Lynn Linconln Sarko