UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FEDERAL HOME LOAN BANK OF BOSTON,

Plaintiff

v.

ALLY FINANCIAL, INC., et al.,
and STEPHEN LANE,

Defendants.

C.A. No. 1:11-cv-10952-GAO

**NOTICE OF CHANGE OF FIRM ADDRESS**

Now comes the counsel for the Defendants, Citicorp Mortgage Securities Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., and CitiMortgage Inc., and notifies this court and all counsel of record of a change of firm address. Effective August 29, 2011, the undersigned counsel's new address became:

DUANE MORRIS LLP
100 High Street
Suite 2400
Boston, MA 02110-1724

The telephone numbers, facsimile and email of Duane Morris LLP remain the same.

Respectful Submitted,

DUANE MORRIS LLP

*/s/ Katherine Y. Fergus*

Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO# 637989)
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel: (857) 488-4200
Fax: (857) 488-4201
Email: fhlevy@duanemorris.com
kyfergus@duanemorris.com

*Attorneys for Defendants Citicorp Mortgage Securities Inc, Citigroup Financial Products Inc.,Citigroup Global Markets Inc:, Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., CitiMortgage Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September 2011, I caused the Notice of Change of Firm Address, to be filed and served upon all counsel of record through the Court's ECF filing system. Notice was sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing.

*<u>/s/ Katherine Y. Fergus</u>*
Katherine Y. Fergus