**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                                        Plaintiff,<br><br>          v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>                                        Defendants. | Civil Action No 11-cv-10952<br><br>(Removed from the Superior Court of the Commonwealth of Massachusetts for Suffolk County, Civil Action No. 11-1533-BLS1) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

Now comes the counsel for the Defendants, Wells Fargo Asset Securities Corporation, Wells Fargo & Company and Wells Fargo Bank, N.A., and notifies this court and all counsel of record of a change of firm address. Effective September 23, 2001, the undersigned counsel's new address becomes:

Michaels, Ward & Rabinovitz, LLP
One Beacon Street
2nd Floor
Boston, MA 02108

The telephone numbers, facsimile and email of Michaels, Ward & Rabinovitz, LLP, remain the same.

Dated:  September 26, 2011          Respectfully submitted,

          */s/ John K. Wells*_____
          John K. Wells (BBO #671345)
          MICHAELS, WARD & RABINOVITZ, LLP
          12 Post Office Square, 4th Floor
          Boston, MA 02109
          Tel: (617) 350-4040
          Fax: (617) 350-4050
          jkw@michaelsward.com

          *Attorney for Defendants Wells Fargo Asset Securities*
          *Corporation, Wells Fargo & Company and Wells Fargo*
          *Bank, N.A.*

**CERTIFICATE OF SERVICE**

I, John K. Wells, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, and pursuant to agreement, upon counsel of record for all defendants by electronic mail.

                                                   */s/ John K. Wells*
                                                   John K. Wells

Dated: September 26, 2011