UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ALLY FINANCIAL, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 1:11-cv-10952-GAO |

## NOTICE OF APPEARANCE OF COUNSEL

In connection with the above captioned action, please enter the appearance of Michael R. Gottfried as counsel for the Defendants, Citicorp Mortgage Securities Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., and CitiMortgage Inc.

Dated: October 28, 2011

Respectful Submitted,

DUANE MORRIS LLP

*/s/ Michael R. Gottfried*
Michael R. Gottfried (BBO # 542156)
Katherine Y. Fergus (BBO# 637989)
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel:   (857) 488-4200
Fax:   (857) 488-4201
Email:  mrgottfried@duanemorris.com
           kyfergus@duanemorris.com

*Attorneys for Defendants Citicorp Mortgage*

2

*Securities Inc, Citigroup Financial Products Inc.,Citigroup Global Markets Inc:, Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., CitiMortgage Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October 2011, I caused the Notice of Appearance, to be filed and served upon all counsel of record through the Court's ECF filing system. Notice was sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing.

*/s/ Michael R. Gottfried*
Michael R. Gottfried