UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ALLY FINANCIAL, INC., et al., )<br>)<br>Defendants. )<br>) | C.A. No. 1:11-cv-10952-GAO |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Franklin H. Levy as counsel for the Defendants, Citicorp Mortgage Securities Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., and CitiMortgage Inc. ("Citigroup") is hereby withdrawn. Co-counsel at Duane Morris LLP will continue to represent these Citigroup defendants.

Dated: October 28, 2011

Respectful Submitted,

DUANE MORRIS LLP

*/s/ Franklin H. Levy*
Franklin H. Levy (BBO #297720)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston MA  02210-2414
T:  617.431.5385
flevy@lawson-weitzen.com

*Attorneys for Defendants Citicorp Mortgage Securities Inc, Citigroup Financial Products Inc.,Citigroup Global Markets Inc:, Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., CitiMortgage Inc.*

DM1\2933501.1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of October 2011, I caused the Notice of Withdrawal of Counsel, to be filed and served upon all counsel of record through the Court's ECF filing system. Notice was sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing.

                                            */s/ Franklin H. Levy*
                                            Franklin H. Levy