UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br>　　　　　　Defendants. | Civil Action No. 1:11-cv-10952<br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the undersigned counsel of record for Defendants Citicorp Mortgage Securities Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., and CitiMortgage Inc. certifies as follows:

　　　　1.　　Defendant Citicorp Mortgage Securities Inc. is wholly owned by Defendant CitiMortgage Inc., which is wholly owned by Citibank Domestic Investment Corp., which is wholly owned by Citibank, N.A., chartered under the National Bank Act, which is wholly owned by Citicorp, which in turn is wholly owned by Defendant Citigroup Inc.

　　　　2.　　Defendants Citigroup Global Markets Inc., and Citigroup Mortgage Loan Trust Inc. are wholly owned by Defendant Citigroup Financial Products Inc., which is wholly owned by Citigroup Global Market Holdings Inc., which in turn is wholly owned by Defendant Citigroup Inc.

　　　　3.　　Defendant Citigroup Global Markets Realty Corp. is wholly owned by Defendant Citigroup Inc.

4.  Defendant Citigroup Inc. is a publicly-traded corporation that has no parent corporation. No publicly-held corporation holds 10 percent of more of the stock of Citigroup Inc.

Dated: Boston, Massachusetts
November 10, 2011

Respectfully submitted,

DUANE MORRIS LLP

By: /s/ *Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
Katherine Y. Fergus (BBO #637989)
100 High Street, Suite 2400
Boston, Massachusetts 02210-1724
Tel. (857) 488-4200
Fax: (857) 488-4201
mrgottfried@duanemorris.com
kyfergus@duanemorris.com

*Attorneys for Defendants Citicorp Mortgage Securities Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., and CitiMortgage Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November 2011, I caused a true copy of the above document, the Amended Corporate Disclosure Statement, to be filed and served upon all counsel of record through the Court's ECF filing system. Notice was sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing.

/s/ *Michael R. Gottfried*
Michael R. Gottfried

Dated: November 10, 2011