UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, <br><br> Plaintiff, <br><br> v. <br><br> ALLY FINANCIAL, INC. F/K/A GMAC LLC; BANC OF AMERICA FUNDING CORPORATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; BARCLAYS CAPITAL INC.; BCAP LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE, NATIONAL ASSOCIATION; CHEVY CHASE FUNDING LLC; CITICORP MORTGAGE SECURITIES, INC.; CITIGROUP FINANCIAL PRODUCTS, INC.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP GLOBAL MARKETS REALTY CORP.; CITIGROUP INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIMORTGAGE, INC.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE SECURITIES CORP.; CREDIT SUISSE (USA), INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE HOLDINGS (USA), INC.; CREDIT SUISSE SECURITIES (USA) LLC; CWALT, INC.; CWMBS, INC.; DB STRUCTURED PRODUCTS, INC.; DB U.S. FINANCIAL MARKET HOLDING CORPORATION; DEUTSCHE ALT-A SECURITIES, INC.; DEUTSCHE BANK SECURITIES INC.; DLJ MORTGAGE CAPITAL, INC.; EMC MORTGAGE CORPORATION; FITCH, INC.; GMAC MORTGAGE GROUP LLC F/K/A GMAC MORTGAGE GROUP, INC.; GOLDMAN, SACHS & CO.; IMH ASSETS | Civil Action No. 11-10952-GAO <br><br><br><br> **REMOVING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE SUPPPLEMENTAL NOTICE OF REMOVAL** <br><br><br> **ORAL ARGUMENT REQUESTED ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL NOTICE OF REMOVAL** <br><br><br><br><br><br><br><br><br> *[caption continued on next page]* |

CORP.; IMPAC FUNDING
CORPORATION; IMPAC MORTGAGE
HOLDINGS, INC.; IMPAC SECURED
ASSETS CORP.; J.P. MORGAN
ACCEPTANCE CORPORATION I; J.P.
MORGAN MORTGAGE ACQUISITION
CORP.; J.P. MORGAN SECURITIES LLC
F/K/A BEAR, STEARNS & CO. INC. AND
J.P. MORGAN SECURITIES INC.;
JPMORGAN CHASE & CO.; JPMORGAN
SECURITIES HOLDINGS LLC;
MERRILL LYNCH & CO., INC.;
MERRILL LYNCH MORTGAGE
INVESTORS, INC.; MERRILL LYNCH
MORTGAGE LENDING, INC.; MERRILL
LYNCH, PIERCE, FENNER & SMITH
INCORPORATED; MOODY'S
CORPORATION; MOODY'S INVESTORS
SERVICE, INC.; MORGAN STANLEY;
MORGAN STANLEY & CO. INC.;
MORGAN STANLEY CAPITAL I INC.;
MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC; MORTGAGE
ASSET SECURITIZATION
TRANSACTIONS, INC.; MORTGAGEIT
SECURITIES CORP.; MORTGAGEIT,
INC.; NOMURA ASSET ACCEPTANCE
CORPORATION; NOMURA CREDIT &
CAPITAL, INC.; NOMURA HOLDING
AMERICA, INC.; NOMURA SECURITIES
INTERNATIONAL, INC.; RBS
ACCEPTANCE INC. F/K/A GREENWICH
CAPITAL ACCEPTANCE, INC.; RBS
FINANCIAL PRODUCTS INC. F/K/A
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.; RBS HOLDINGS USA
INC. F/K/A GREENWICH CAPITAL
HOLDINGS, INC.; RBS SECURITIES INC.
F/K/A GREENWICH CAPITAL
MARKETS, INC.; RESIDENTIAL
ACCREDIT LOANS, INC.; RESIDENTIAL
FUNDING COMPANY, LLC F/K/A
RESIDENTIAL FUNDING
CORPORATION; SANDLER O'NEILL +
PARTNERS, L.P.; STANDARD & POOR'S
FINANCIAL SERVICES LLC;

*[caption continued on next page]*

STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.; THE BEAR
STEARNS COMPANIES LLC F/K/A THE
BEAR STEARNS COMPANIES INC.; THE
MCGRAW-HILL COMPANIES, INC.; UBS
AMERICAS INC.; UBS REAL ESTATE
SECURITIES INC.; UBS SECURITIES
LLC; WAMU CAPITAL CORP.; WELLS
FARGO & COMPANY; WELLS FARGO
ASSET SECURITIES CORPORATION;
WELLS FARGO BANK, NATIONAL
ASSOCIATION; and DEFENDANTS JOHN
DOE 1-50,

                                  Defendants.

Pursuant to Rule 7.1(b)(3) of the Local Rules of the District Court for the District of Massachusetts, the Removing Defendants,[1] by and through their counsel, Bingham McCutchen LLP, respectfully move this Court for leave to file a reply brief of ten (10) pages in further support of Removing Defendant's Motion for Leave to File Supplemental Notice of Removal (the "Reply").

In support of this motion, the Removing Defendants state the Reply is necessary to respond to new issues and legal theories raised in Plaintiff's 20-page opposition brief, including Plaintiff's arguments regarding the circumstances under which a notice of removal may be amended and the limited scope of Section 632 of the Edge Act, which were not previously addressed by the Removing Defendants.  The Removing Defendants believe the Reply will assist the Court in ruling on the pending Motion for Leave to File Supplemental Notice of Removal.

---

[1] The Removing Defendants are Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage Corporation, J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.), JPMorgan Chase & Co., JPMorgan Securities Holdings, LLC, Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies Inc.), and WaMu Capital Corp.

Plaintiff FHLB-Boston does not believe a reply is appropriate here, but does not oppose this motion for leave to file a reply brief to the extent the Removing Defendants do not raise in their reply new grounds for affirmative relief.

BINGHAM McCUTCHEN LLP

/s/  Jacqueline Syrnick
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
Jacqueline Syrnick (BBO #676284)
One Federal Street
Boston, Massachusetts 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
beth.boland@bingham.com
nikki.fisher@bingham.com
jacqueline.syrnick@bingham.com

Of Counsel:

Kenneth I. Schacter, admitted *pro hac vice*
Theo J. Robins, admitted *pro hac vice*
399 Park Avenue
New York, New York 10022
Tel:  (212) 705-7000
Fax:  (212) 753-5378
kenneth.schacter@bingham.com
theo.robins@bingham.com

*Attorneys for Defendants Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage Corporation, J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.), JPMorgan Chase & Co., JPMorgan Securities Holdings, LLC, Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies Inc.), and WaMu Capital Corp.*

KELLER ROHRBACK L.L.P.

/s/  Amy Williams-Derry
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

SHAPIRO HABER & URMY LLP
Thomas G. Shapiro, BBO No. 454680
tshapiro@shulaw.com
Adam M. Stewart, BBO No. 661090
astewart@shulaw.com
53 State Street
Boston, MA 02109
(617) 439-3939, Fax: (617) 439-0134

KELLER ROHRBACK P.L.C.*
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822

*Attorneys for Plaintiff Federal Home
Loan Bank of Boston*

*Pending admission pro hac vice

Dated:  December 8, 2011

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

I, Jacqueline Syrnick, hereby certify that I have conferred with Amy Williams-Derry, Esq., of Keller Rohrback, counsel for Plaintiff, concerning the within Motion for Leave to File Reply Brief.  I further certify that Ms. Williams-Derry stated Plaintiff's position as set forth above.

/s/ Jacqueline Syrnick
Jacqueline Syrnick

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that copies will be sent via electronic mail to those indicated as non registered participants on December 8, 2011.

/s/ Jacqueline Syrnick
Jacqueline Syrnick

A/74620467.3