# Appendix A
# Defendants With Foreign Parents/Members

| Named Defendant | Country of Foreign Parent/Member | Source Information | Certificates at Issue |
|---|---|---|---|
| Barclays Capital Inc. | United Kingdom | Statement Pursuant to Federal Rule of Civil Procedure 7.1 [Dkt: 52] and http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=19071 | BCAP 2006-AA1 A1 |
| BCAP LLC | United Kingdom | Statement Pursuant to Federal Rule of Civil Procedure 7.1 [Dkt: 52] and http://group.barclays.com/Investor-Relations/Shareholder-information/Share-price-tools/Share-price-history | BCAP 2006-AA1 A1 |
| UBS Securities LLC | Switzerland | Corporate Disclosure Statement of UBS Defendants [Dkt:23] | MARM 2007-R5 A1<br>AHM 2005-2 1A1<br>CWALT 2005-16 A4<br>CWALT 2006-OA8 1A1<br>IMM 2005-7 A1<br>IMSA 2005-2 A1<br>LUM 2006-3 11A1<br>MARM 2005-8 1A1<br>MHL 2006-1 1A2<br>NAA 2006-AR4 A2<br>RALI 2005-QA9 NB41 |
| UBS Real Estate Securities Inc. | Switzerland | Corporate Disclosure Statement of UBS Defendants [Dkt:23] | MARM 2005-7 2A1<br>MARM 2005-8 1A1 |
| UBS Americas Inc. | Switzerland | Corporate Disclosure Statement of UBS Defendants [Dkt:23] | Allegedly Controlling Entity of Mortgage Asset Securitization Transactions, Inc. and UBS Real Estate Securities Inc., and the parent company of UBS Securities LLC. |
| Mortgage Asset Securitization Transactions, Inc. (MAST) | Switzerland | Corporate Disclosure Statement of UBS Defendants [Dkt:23] | MARM 2005-7 2A1<br>MARM 2005-8 1A1<br>MARM 2007-R5 A1 |
| Credit Suisse First Boston Mortgage Securities Corp. | Switzerland | Corporate Disclosure Statement of Credit Suisse Defendants [Dkt:18] | ARMT 2006-1 6A1<br>ARMT 2006-2 6A1<br>ARMT 2006-3 4A2<br>ARMT 2007-1 5A1<br>ARMT 2007-2 2A21 |
| DLJ Mortgage Capital, Inc. | Switzerland | Corporate Disclosure Statement of Credit Suisse Defendants [Dkt:18] | ARMT 2006-2 6A1 |

# Appendix A
# Defendants With Foreign Parents/Members

| Named Defendant | Country of Foreign Parent/Member | Source Information | Certificates at Issue |
|---|---|---|---|
| Credit Suisse Securities (USA) LLC | **Switzerland** | Corporate Disclosure Statement of Credit Suisse Defendants [Dkt:18] | ARMT 2006-1 6A1<br>ARMT 2006-3 4A2<br>ARMT 2007-1 5A1<br>ARMT 2007-2 2A21<br>CCMFC 2006-2A A1<br>CCMFC 2007-1A A1<br>CCMFC 2007-2A A1<br>MHL 2006-1 1A2<br>TMST 2007-1 A2A<br>WFMBS 2006-AR12 1A1 |
| Credit Suisse Holdings (USA), Inc. | **Switzerland** | Corporate Disclosure Statement of Credit Suisse Defendants [Dkt:18] | Allegedly Controlling Entity of Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC, DLJ Mortgage Capital, Inc. and Credit Suisse (USA) Inc. |
| Credit Suisse (USA), Inc. | **Switzerland** | Corporate Disclosure Statement of Credit Suisse Defendants [Dkt:18] | Allegedly Controlling Entity of Credit Suisse Securities (USA) LLC and DLJ Mortgage Capital Inc. |
| DB Structured Products, Inc. | **Germany** | Corporate Disclosure Statement of Deutsche Bank Defendants [Dkt:35] and http://www.db.com/ir/en/content/ordinary_share.htm | DBALT 2006-AR2 1A1<br>DBALT 2006-AR2 1A2<br>DBALT 2006-AR3 A2<br>DBALT 2006-AR4 A1<br>DBALT 2006-AR5 1A1<br>DBALT 2007-AR1 A1<br>DBALT 2007-AR3 2A1 |
| Deutsche Alt-A Securities, Inc. | **Germany** | Corporate Disclosure Statement of Deutsche Bank Defendants [Dkt:35] and http://www.db.com/ir/en/content/ordinary_share.htm | DBALT 2006-AR2 1A1<br>DBALT 2006-AR2 1A2<br>DBALT 2006-AR3 A2<br>DBALT 2006-AR4 A1<br>DBALT 2006-AR5 1A1<br>DBALT 2007-AR1 A1<br>DBALT 2007-AR3 2A1 |
| Deutsche Bank Securities Inc. | **Germany** | Corporate Disclosure Statement of Deutsche Bank Defendants [Dkt:35] and http://www.db.com/ir/en/content/ordinary_share.htm | DBALT 2006-AR2 1A1<br>DBALT 2006-AR2 1A2<br>DBALT 2006-AR3 A2<br>DBALT 2006-AR4 A1<br>DBALT 2006-AR5 1A1<br>DBALT 2007-AR1 A1<br>DBALT 2007-AR2 2A1<br>DBALT 2007-AR3 2A1<br>JPMMT 2007-ALT1 2A1<br>RALI 2006-QA3 A1 |

# Appendix A
# Defendants With Foreign Parents/Members

| Named Defendant | Country of Foreign Parent/Member | Source Information | Certificates at Issue |
|---|---|---|---|
| Mortgage IT, Inc. | **Germany** | Corporate Disclosure Statement of Deutsche Bank Defendants [Dkt:35] and http://www.db.com/ir/en/content/ordinary_share.htm | MHL 2006-1 1A2 |
| Mortgage IT Securities Corp. | **Germany** | Corporate Disclosure Statement of Deutsche Bank Defendants [Dkt:35] and http://www.db.com/ir/en/content/ordinary_share.htm | MHL 2005-5A1 |
| RBS Acceptance Inc., FKA Greenwich Capital Acceptance Inc. | **Scotland** | Corporate Disclosure Statement of RBS Defendants [Dkt: 11], Capital IQ and http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=291222 | DSLA 2005-AR1 2A1A<br>DSLA 2005-AR2 2A1A<br>HVMLT 2005-10 2A1A<br>HVMLT 2006-7 2A1A<br>HVMLT 2006-8 2A1A<br>HVMLT 2007-1 2A1A<br>MHL 2006-1 1A2 |
| RBS Financial Products Inc., FKA Greenwich Financial Products, Inc. | **Scotland** | Corporate Disclosure Statement of RBS Defendants [Dkt: 11] and http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=12787116 | DSLA 2005-AR1 2A1A<br>DSLA 2005-AR2 2A1A<br>HVMLT 2005-10 2A1A<br>HVMLT 2006-7 2A1A<br>HVMLT 2006-8 2A1A<br>HVMLT 2007-1 2A1A |
| RBS Securities Inc., FKA Greenwich Capital Markets, Inc. | **Scotland** | Corporate Disclosure Statement of RBS Defendants [Dkt: 11] and http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=716949 | AHM 2005-2 1A1<br>CMALT 2007-AR4 1A7<br>DSLA 2005-AR1 2A1A<br>DSLA 2005-AR2 2A1A<br>HVMLT 2005-10 2A1A<br>HVMLT 2006-7 2A1A<br>HVMLT 2006-8 2A1A<br>HVMLT 2007-1 2A1A<br>INDX 2005-AR4 2A1A<br>INDX 2005-AR8 2A1A<br>INDX 2005-AR12 2A1A<br>LUM 2007-2 1A1<br>MHL 2006-1 1A2<br>NAA 2006-AR4 A2<br>NAA 2007-1 2A1<br>TMST 2007-1 A2A |

# Appendix A
# Defendants With Foreign Parents/Members

| Named Defendant | Country of Foreign Parent/Member | Source Information | Certificates at Issue |
|---|---|---|---|
| RBS Holdings USA Inc., FKA Greenwich Capital Holdings, Inc. | Scotland | Corporate Disclosure Statement of RBS Defendants [Dkt: 11], and http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=291222 | Allegedly Controlling Entity of Greenwich Capital Acceptance, Inc., Greenwich Capital Markets, Inc. and Greenwich Capital Financial Products, Inc. |
| Nomura Asset Acceptance Corp. | Japan | Corporate Disclosure Statement of Nomura Defendants [Dkt: 88] and http://www.nomuraholdings.com/company/group/ | NAA 2006-AF2 5A1<br>NAA 2006-AR4 A2<br>NAA 2007-1 2A1<br>NAA 2007-3 A1 |
| Nomura Credit & Capital Inc. | Japan | Corporate Disclosure Statement of Nomura Defendants [Dkt: 88] and http://www.nomuraholdings.com/company/group/ | NAA 2006-AF2 5A1<br>NAA 2006-AR4 A2<br>NAA 2007-1 2A1<br>NAA 2007-3 A1 |
| Nomura Securities International, Inc. | Japan | Corporate Disclosure Statement of Nomura Defendants [Dkt: 88] and http://www.nomuraholdings.com/company/group/ | NAA 2006-AF2 5A1 |
| Nomura Holding America, Inc. | Japan | Corporate Disclosure Statement of Nomura Defendants [Dkt: 88] and http://www.nomuraholdings.com/company/group/ | Allegedly Controlling Entity of Nomura Asset Acceptance Corporation, Nomura Securities International, Inc. and Nomura Credit & Capital, Inc. |