# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FEDERAL HOME LOAN BANK OF           :
BOSTON,                             :
                                    :
                Plaintiff,          :   Civil Action No.  11-10952-GAO
        v.                          :
                                    :
ALLY FINANCIAL, INC. F/K/A          :
GMAC LLC, ET AL.                    :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF GREGORY C. SHIH

Please take notice that Gregory C. Shih hereby withdraws his appearance of record on behalf of defendant Goldman, Sachs & Co.  Defendant Goldman, Sachs & Co. continues to be represented by counsel of record from McDermott Will & Emery, 28 State Street, Boston, MA and Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY.

Respectfully submitted,

 Gregory C. Shih /s/
Gregory C. Shih
shihg@sullcrom.com
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-7943
Fax: (212) 291-9493
Attorney for Goldman, Sachs & Co.

Dated:  January 27, 2012

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 27, 2012.

                                                                 Gregory C. Shih /s/

DM_US 31550886-1.022714.0198