```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

**FEDERAL HOME LOAN BANK OF BOSTON**

V.                                        Civil Action No. 11-10952-DJC

**ALLY FINANCIAL, INC., ET AL**

### ORDER OF RECUSAL

CASPER, J.

    I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. section 455.

SO ORDERED.

                                      /s/ Denise J. Casper
                                      U.S. District Judge

Date:  February 6, 2012