UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br>           Plaintiff,<br>v.<br><br>ALLY FINANCIAL, INC., ET ALS<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 11-cv-10952-GAO<br>)<br>) |

**NOTICE OF APPEARANCE FOR DEFENDANTS RESIDENTIAL ACCREDIT LOANS, INC. AND RESIDENTIAL FUNDING COMPANY, LLC**

Please enter my appearance as attorney for Defendants Residential Accredit Loans, Inc. and Residential Funding Company, LLC in the above-entitled case.

                Defendants,
                RESIDENTIAL ACCREDIT LOANS, INC. and
                RESIDENTIAL FUNDING COMPANY, LLC
                By its attorneys,

                */s/ Amy B. Hackett*
                Amy B. Hackett, BBO # 676345
                ahackett@princelobel.com
                PRINCE LOBEL TYE LLP
                100 Cambridge Street, Suite 2200
                Boston, MA 02114
Dated: March 9, 2012      Tel: 617.456.8000

CERTIFICATE OF SERVICE

I, Amy B. Hackett, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first-class mail to those indicated as non-registered participants on March 9, 2012.

                */s/ Amy B. Hackett*
                Amy B. Hackett

1486442.1