UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 11-cv-10952-GAO |
| ALLY FINANCIAL, INC., ET ALS | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE FOR DEFENDANTS RESIDENTIAL ACCREDIT LOANS, INC. AND RESIDENTIAL FUNDING COMPANY, LLC**

Please WITHDRAW my appearance for defendants (1) Residential Accredit Loans, Inc. and (2) Residential Funding Company, LLC in the above-entitled case. Successor counsel have filed appearances for these defendants.

Please note that I remain as counsel of record for defendants (1) Ally Financial Inc. f/k/a GMAC Inc. f/k/a GMAC LLC, and (2) GMAC Mortgage Group LLC f/k/a GMAC Mortgage Group, Inc.

For reference, my Appearance was Document No. 61 filed May 30, 2011.

*/s/ Joseph F. Ryan*
Joseph F. Ryan, BBO# 435720
Lyne, Woodworth & Evarts LLP
12 Post Office Square
Boston, MA 02109
Tel: (617) 523-6655
Fax: (617) 248-9877
jryan@lwelaw.com

Dated: March  16 , 2012

CERTIFICATE OF SERVICE

      I, Joseph F. Ryan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first-class mail to those indicated as non-registered participants on March  16  , 2012.

                                                */s/ Joseph F. Ryan, Esq.*
                                                Joseph F. Ryan, Esq.