UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>    Defendants. | Case No. 11-CV-10952 (GAO) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that John M. Falzone hereby withdraws his appearance of record on behalf of Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (n/k/a MIT Holdings, Inc.), MortgageIT, Inc., and MortgageIT Securities Corp., in this matter.

PLEASE TAKE FURTHER NOTICE that Jennifer L. Giordano, Jamie L. Wine, Vincent Mekles, and Jason C. Hegt of Latham & Watkins LLP, remain counsel of record for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (n/k/a MIT Holdings, Inc.), MortgageIT, Inc., and MortgageIT Securities Corp.

Dated: March 19, 2012

                                              Respectfully submitted,

                                              LATHAM & WATKINS LLP

                              By:   /s/ John M. Falzone_____
                                     John M. Falzone (*admitted pro hac vice*)
                                     One Newark Center

16th Floor
Newark, NJ 07101
Tel: (973) 639-7099
john.falzone@lw.com

*Attorneys for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (n/k/a MIT Holdings, Inc.), MortgageIT, Inc., and MortgageIT Securities Corp.*

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 19, 2012.

/s/ John M. Falzone  _____
John M. Falzone