# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
FEDERAL HOME LOAN BANK OF BOSTON,

                Plaintiff,

      v.

ALLY FINANCIAL, INC. F/K/A GMAC LLC, ET AL.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 1:11-cv-10952

## NOTICE OF APPEARANCE

Please take notice that Kevin M. Bolan hereby enters his appearance of record on behalf of defendant Goldman, Sachs & Co.

                                      Respectfully submitted,

                                        /s/ Kevin M. Bolan
                                        Kevin M. Bolan (BBO# 657841)
                                        McDermott Will & Emery LLP
                                        28 State Street
                                        Boston, MA 02109-1775
                                        Telephone: (617) 535-4000
                                        Facsimile: (617) 535-3800
                                        kbolan@mwe.com

Dated: March 28, 2012

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 28, 2012.

/s/ Kevin M. Bolan
Kevin M. Bolan

DM_US 32972826-1.022714.0198