UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                              Plaintiff,<br><br>        v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC, et al.,<br><br>                            Defendants. | Civil Action No. 11-10952-GAO |

## CORPORATE DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned counsel for Defendants Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage LLC (f/k/a EMC Mortgage Corporation) , J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.), J.P. Morgan Chase & Co., JPMorgan Securities Holdings, LLC, Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), and WaMu Capital Corporation in the above-captioned action certifies the following:

       Defendant Bear Stearns Asset Backed Securities I, LLC is a wholly-owned subsidiary of The Bear Stearns Companies LLC, which is a wholly owned subsidiary of J.P. Morgan Chase & Co. ("JPMC").

       Defendant JPMC is a publicly-held company whose shares are traded on the New York Stock Exchange. JPMC has no parent company and no publicly-held company owns more than 10% of JPMC's shares.

A/74977418.3

Defendant EMC Mortgage LLC (f/k/a EMC Mortgage Corporation) is a wholly-owned subsidiary of The Bear Stearns Companies LLC, which is a wholly-owned subsidiary of JPMC.

Defendant J.P. Morgan Acceptance Corporation I is a wholly-owned subsidiary of JPMorgan Securities Holdings LLC, which is a wholly owned subsidiary of JPMC.

Defendant J.P. Morgan Mortgage Acquisition Corp. is a wholly-owned subsidiary of JPMC.

Defendant J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.) is a wholly-owned subsidiary of J.P. Morgan Broker-Dealer Holdings Inc., which is a wholly-owned subsidiary of JPMC.

Defendant JPMorgan Securities Holdings LLC is a wholly owned subsidiary of JPMC.

Defendant Structured Asset Mortgage Investments II, Inc. is a wholly-owned subsidiary of The Bear Stearns Companies LLC, which is a wholly-owned subsidiary of JPMC.

Defendant The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.) is a wholly owned subsidiary of JPMC.

Defendant WaMu Capital Corporation is a wholly-owned subsidiary of JPMorgan Chase Bank, N. A. ("JPMC Bank").  JPMC Bank is a wholly-owned subsidiary of JPMC.

Respectfully submitted,
**BEAR STEARNS ASSET BACKED SECURITIES I, LLC; EMC MORTGAGE LLC (F/K/A EMC MORTGAGE CORPORATION); J.P. MORGAN ACCEPTANCE CORPORATION I, J.P. MORGAN MORTGAGE ACQUISITION CORP., J.P. MORGAN SECURITIES LLC (F/K/A BEAR, STEARNS & CO. INC. AND J.P. MORGAN SECURITIES INC.), J.P. MORGAN CHASE & CO., JPMORGAN SECURITIES HOLDINGS, LLC, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., THE BEAR STEARNS COMPANIES LLC (F/K/A THE BEAR STEARNS COMPANIES INC.), AND WAMU CAPITAL CORPORATION**

A/74977418.3

By their attorneys,

/s/ Jacqueline S. Delbasty
Beth I.Z. Boland, BBO #553654
Christina N. Davilas, BBO #655477
Jacqueline S. Delbasty, BBO #676284
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA  02110
Tel: (617) 951-8000
Fax: (617) 951-8736
beth.boland@bingham.com
christina.davilas@bingham.com
jacqueline.delbasty@bingham.com

Of Counsel:

Kenneth I. Schacter (*admitted pro hac vice*)
Theo J. Robins (*admitted pro hac vice*)
399 Park Avenue
New York, New York  10022
Tel: (212) 705-7000
Fax: (212) 753-5378
kenneth.schacter@bingham.com
theo.robins@bingham.com

Robert H. Baron (*admitted pro hac vice*)
Karin A. DeMasi (*admitted pro hac vice*)
J. Wesley Earnhardt (*admitted pro hac vice*)
Christopher D. Belelieu (*admitted pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
rbaron@cravath.com
kdemasi@cravath.com
wearnhardt@cravath.com
cbelelieu@cravath.com

Dated: June 22, 2012

A/74977418.3

## CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that copies will be sent via electronic mail to those indicated as non-registered participants on June 22, 2012.

/s/ Jacqueline S. Delbasty
Jacqueline S. Delbasty

A/74977418.3