UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL HOME LOAN BANK OF
BOSTON,

                    Plaintiff,

          v.

ALLY FINANCIAL, INC. F/K/A GMAC
LLC; BANC OF AMERICA FUNDING
CORPORATION; BANK OF AMERICA
CORPORATION; BANK OF AMERICA,
NATIONAL ASSOCIATION; BARCLAYS
CAPITAL INC.; BCAP LLC; BEAR
STEARNS ASSET BACKED SECURITIES
I LLC; CAPITAL ONE FINANCIAL
CORPORATION; CAPITAL ONE,
NATIONAL ASSOCIATION; CHEVY
CHASE FUNDING LLC; CITICORP
MORTGAGE SECURITIES, INC.;
CITIGROUP FINANCIAL PRODUCTS,
INC.; CITIGROUP GLOBAL MARKETS
INC.; CITIGROUP GLOBAL MARKETS
REALTY CORP.; CITIGROUP INC.;
CITIGROUP MORTGAGE LOAN TRUST
INC.; CITIMORTGAGE, INC.;
COUNTRYWIDE FINANCIAL
CORPORATION; COUNTRYWIDE HOME
LOANS, INC.; COUNTRYWIDE
SECURITIES CORP.; CREDIT SUISSE
(USA), INC.; CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITIES
CORP.; CREDIT SUISSE HOLDINGS
(USA), INC.; CREDIT SUISSE
SECURITIES (USA) LLC; CWALT, INC.;
CWMBS, INC.; DB STRUCTURED
PRODUCTS, INC.; DB U.S. FINANCIAL
MARKET HOLDING CORPORATION;
DEUTSCHE ALT-A SECURITIES, INC.;
DEUTSCHE BANK SECURITIES INC.;
DLJ MORTGAGE CAPITAL, INC.; EMC
MORTGAGE CORPORATION; FITCH,
INC.; GMAC MORTGAGE GROUP LLC
F/K/A GMAC MORTGAGE GROUP, INC.;
GOLDMAN, SACHS & CO.; IMH ASSETS

Civil Action No.  11-10952-GAO

**NOTICE OF DISMISSAL WITH
PREJUDICE OF SANDLER
O'NEIL & PARTNERS, L.P.**

*[caption continued on next page]*

CORP.; IMPAC FUNDING
CORPORATION; IMPAC MORTGAGE
HOLDINGS, INC.; IMPAC SECURED
ASSETS CORP.; J.P. MORGAN
ACCEPTANCE CORPORATION I; J.P.
MORGAN MORTGAGE ACQUISITION
CORP.; J.P. MORGAN SECURITIES LLC
F/K/A BEAR, STEARNS & CO. INC. AND
J.P. MORGAN SECURITIES INC.;
JPMORGAN CHASE & CO.; JPMORGAN
SECURITIES HOLDINGS LLC;
MERRILL LYNCH & CO., INC.;
MERRILL LYNCH MORTGAGE
INVESTORS, INC.; MERRILL LYNCH
MORTGAGE LENDING, INC.; MERRILL
LYNCH, PIERCE, FENNER & SMITH
INCORPORATED; MOODY'S
CORPORATION; MOODY'S INVESTORS
SERVICE, INC.; MORGAN STANLEY;
MORGAN STANLEY & CO. INC.;
MORGAN STANLEY CAPITAL I INC.;
MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC; MORTGAGE
ASSET SECURITIZATION
TRANSACTIONS, INC.; MORTGAGEIT
SECURITIES CORP.; MORTGAGEIT,
INC.; NOMURA ASSET ACCEPTANCE
CORPORATION; NOMURA CREDIT &
CAPITAL, INC.; NOMURA HOLDING
AMERICA, INC.; NOMURA SECURITIES
INTERNATIONAL, INC.; RBS
ACCEPTANCE INC. F/K/A GREENWICH
CAPITAL ACCEPTANCE, INC.; RBS
FINANCIAL PRODUCTS INC. F/K/A
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.; RBS HOLDINGS USA
INC. F/K/A GREENWICH CAPITAL
HOLDINGS, INC.; RBS SECURITIES INC.
F/K/A GREENWICH CAPITAL
MARKETS, INC.; RESIDENTIAL
ACCREDIT LOANS, INC.; RESIDENTIAL
FUNDING COMPANY, LLC F/K/A
RESIDENTIAL FUNDING
CORPORATION; SANDLER O'NEILL +
PARTNERS, L.P.; STANDARD & POOR'S
FINANCIAL SERVICES LLC;

*[caption continued on next page]*

STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.; THE BEAR
STEARNS COMPANIES LLC F/K/A THE
BEAR STEARNS COMPANIES INC.; THE
MCGRAW-HILL COMPANIES, INC.; UBS
AMERICAS INC.; UBS REAL ESTATE
SECURITIES INC.; UBS SECURITIES
LLC; WAMU CAPITAL CORP.; WELLS
FARGO & COMPANY; WELLS FARGO
ASSET SECURITIES CORPORATION;
WELLS FARGO BANK, NATIONAL
ASSOCIATION; and DEFENDANTS JOHN
DOE 1-50,

                    Defendants.

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), no party having served an answer or a motion for

summary judgment, Plaintiff Federal Home Loan Bank of Boston hereby voluntarily dismisses

all claims asserted against Sandler O'Neil & Partners, L.P. in this action with prejudice and

without costs.

Dated: June 29, 2012                      Respectfully submitted,

                                    /s/ Amy Williams-Derry
                                    Lynn Lincoln Sarko
                                    lsarko@kellerrohrback.com
                                    Derek W. Loeser
                                    dloeser@kellerrohrback.com
                                    Amy Williams-Derry
                                    awilliams-derry@kellerrohrback.com
                                    KELLER ROHRBACK L.L.P.
                                    1201 Third Avenue, Suite 3200
                                    Seattle, Washington 98101
                                    (206) 623-1900, Fax (206) 623-3384

Thomas G. Shapiro, BBO No. 454680
tshapiro@shulaw.com
Adam M. Stewart, BBO No. 661090
astewart@shulaw.com
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
(617) 439-3939,  Fax:  (617) 439-0134

KELLER ROHRBACK P.L.C.
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822

***Attorneys for Plaintiff Federal Home Loan
Bank of Boston***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.


/s/ Amy Williams-Derry

Dated:  June 29, 2012                                       Amy Williams-Derry