UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL HOME LOAN BANK OF
BOSTON,

                    Plaintiff,

        v.

ALLY FINANCIAL, INC. F/K/A GMAC
LLC, et al.,

                    Defendants.

Civil Action No. 11-10952-GAO

**STIPULATION AND [PROPOSED] ORDER REGARDING
MOTION TO DISMISS BRIEFING**

This Stipulation is entered into by and between Plaintiff and Defendants in the above-
captioned action, and is further to the Parties' May 17, 2011 and August 26, 2011 stipulations
regarding the timing to respond to Plaintiff's Complaint.  Because of the scope of the issues to be
briefed, and the efficiencies that will result from the collective briefing of those issues, the
Parties, by and through their undersigned counsel, stipulate to, and request that the Court
approve, the parameters of any motion to dismiss briefing, including page limitations and
deadlines, as set forth herein.

**WHEREAS**, on June 29, 2012, Plaintiff filed an Amended Complaint asserting claims
against eighty Defendants arising out of its purchase of over one hundred different mortgage-
backed securities ("MBS");

**WHEREAS**, some of the named Defendants issued credit ratings concerning the MBS
offerings at issue (the "Rating Agency Defendants")[1] and other Defendants were involved in the

---

[1] The "Rating Agency Defendants," as defined in the Amended Complaint and as adopted herein, include
Fitch, Inc., Moody's Corporation, Moody's Investors Service, Inc., Standard & Poor's Financial Services LLC, and
The McGraw-Hill Companies, Inc.

origination, securitization, or underwriting of the MBS offerings at issue (the "Securities Defendants");[2]

**WHEREAS**, Plaintiff has asserted seven causes of action in the Amended Complaint, three of which are directed against some or all of the Rating Agency Defendants and four of which are directed against some or all of the Securities Defendants; and

**WHEREAS**, the Defendants anticipate filing motions to dismiss some or all of the claims asserted against them.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, through their undersigned counsel and subject to the Court's approval, as follows:

1.      The Rating Agency Defendants shall file a joint opening brief in support of their motion to dismiss some or all of the claims against them, which shall be no more than forty-five (45) pages in length.  The Securities Defendants shall file a separate joint opening brief in support of their motion to dismiss some or all of the claims against them, which shall be no more than sixty (60) pages in length.  Additionally, any Defendant may file a supplemental, individual brief not to exceed ten (10) pages in support of a motion to dismiss to address any unique issues with respect to that Defendant.  All opening briefs must be filed on or before October 11, 2012.

2.      In opposing the Rating Agency Defendants' motion(s) to dismiss, Plaintiff shall have the same total number of pages as used by the Rating Agency Defendants, and may in its discretion allocate those pages in one or more briefs. Similarly, in opposing the Securities Defendants' motion(s) to dismiss, Plaintiff shall also have the same total number of pages as used by the Securities Defendants, and may in its discretion allocate those pages in one or more briefs.  All opposition briefs shall be filed on or before January 16, 2013.

3.      The Parties further agree, subject to this Court's approval, that reply briefs in support of their motions to dismiss may be filed by the Defendants.  To the extent this Court, by

---

[2] The "Securities Defendants," as defined in the Amended Complaint include all Defendants named in Paragraphs 34 through 121 of the Amended Complaint (*i.e.*, all Defendants other than the Rating Agency Defendants).   That definition is adopted herein except insofar as it encompasses Residential Accredit Loans, Inc. and Residential Funding Company, LLC f/k/a Residential Funding Corporation, as to which this proceeding has been automatically stayed by virtue of 11 U.S.C. § 362, and which entities are not signatories to this Stipulation.

endorsing this Stipulation, allows reply briefs to be filed, the reply briefs shall not exceed half the number of pages of the opening brief with which the reply is associated.  All reply briefs shall be filed on or before March 4, 2013.

Dated:  July 13, 2012

**SO ORDERED:**

_____
O'Toole, J.

Dated: _____, 2012

*[signature pages follow on next page]*

Respectfully submitted by the Parties,

Plaintiff:

FEDERAL HOME LOAN BANK OF
BOSTON,

By their attorneys,

___/s/ Amy Williams-Derry_____
KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Amy Williams-Derry
Awilliams-derry@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, Washington  98101
(206) 623-1900, Fax: (206) 623-3384

KELLER ROHRBACK P.L.C.*
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona  85012
(602) 248-0088, Fax: (602) 248-2822
*Pending admission pro hac vice*

Thomas G. Shapiro, BBO No. 454680
Adam M. Stewart, BBO No. 661090
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
(617) 439-3939, Fax: (617) 439-0134
tshapiro@shulaw.com
astewart@shulaw.com

Defendants:

BEAR STEARNS ASSET BACKED
SECURITIES I LLC; THE BEAR STEARNS
COMPANIES, LLC (F/K/A THE BEAR
STEARNS COMPANIES INC.);
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; EMC MORTGAGE
CORPORATION; J.P. MORGAN
ACCEPTANCE CORPORATION I; J.P.
MORGAN MORTGAGE ACQUISITION
CORP.; J.P. MORGAN SECURITIES, LLC
(F/K/A BEAR, STEARNS & CO. INC. AND
J.P. MORGAN SECURITIES, INC.);
JPMORGAN CHASE & CO.; JPMORGAN
SECURITIES HOLDINGS, LLC; WAMU
CAPITAL CORP., JPMORGAN CHASE
BANK, N.A.

By their attorneys,
___/s/ Beth I.Z. Boland_____
Beth I.Z. Boland (BBO #553654)
Christina N. Davilas (BBO #655477)
Jacqueline S. Delbasty (BBO #676284)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Kenneth I. Schacter
Theo J. Robins
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378

Robert H. Baron
Karin A. DeMasi
J. Wesley Earnhardt
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

BANC OF AMERICA FUNDING
CORPORATION; BANK OF AMERICA
CORPORATION; BANK OF AMERICA,
NATIONAL ASSOCIATION; MERRILL
LYNCH & CO., INC.; MERRILL LYNCH
MORTGAGE INVESTORS, INC.; MERRILL
LYNCH MORTGAGE LENDING, INC.;
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,

By their attorneys,
    /s/ James. R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, MA  02108
Tel: (617) 573-4800
Fax: (617) 573-4822


UBS AMERICAS INC.; UBS REAL ESTATE
SECURITIES INC.; UBS SECURITIES LLC;
MORTGAGE ASSET SECURITIZATION
TRANSACTIONS, INC.,

By their attorneys,
    /s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, MA  02108
Tel: (617) 573-4800
Fax: (617) 573-4822

BARCLAYS CAPITAL INC. AND BCAP
LLC,

By their attorneys,

    /s/ Gary R. Greenberg                   
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG LLP
One International Place
Boston, MA  02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Ihsan Dogramaci
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY  10019
Tel: (212) 506-5155
Fax: (212) 506-5151

CAPITAL ONE FINANCIAL
CORPORATION; CAPITAL ONE,
NATIONAL ASSOCIATION; CHEVY CHASE
FUNDING LLC,

By their attorneys,

   /s/ Patrick T. Voke
Patrick T. Voke (BBO #553033)
Kevin G. Kenneally (BBO #550050)
Kenneth J. DeMoura (BBO #548910)
LeClair Ryan, A Professional Corporation
One International Place, 11th Floor
Boston, MA  02110
Tel: (617) 502-8229
Fax: (617) 502-8201

James A. Murphy
Cameron S. Matheson (BBO # 636628)
Murphy & McGonigle, P.C.
4870 Sadler Rd., Suite 301
Glen Allen, VA  23060
Tel: (804) 762-5330
Fax: (804) 762-5360

CITICORP MORTGAGE SECURITIES, INC.;
CITIGROUP FINANCIAL PRODUCTS, INC.;
CITIGROUP GLOBAL MARKETS INC.;
CITIGROUP GLOBAL MARKETS REALTY
CORP.; CITIGROUP INC.; CITIGROUP
MORTGAGE LOAN TRUST INC.;
CITIMORTGAGE, INC.,

By their attorneys,

    /s/ Michael R. Gottfried

Michael R. Gottfried (BBO #542156)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02210
Tel: (857) 488-4200
Fax: (857) 488-4201

Brad S. Karp (*pro hac vice* application to be
filed)
Susanna M. Buergel (*pro hac vice* application to
be filed)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373- 3000
Fax: (212) 757-3990

COUNTRYWIDE FINANCIAL
CORPORATION; COUNTRYWIDE HOME
LOANS, INC.; COUNTRYWIDE
SECURITIES CORP.; CWALT, INC.;
CWMBS, INC.,

By their attorneys,

____/s/ Kirsten Nelson Cunha_____
Kirsten Nelson Cunha (BBO #634520)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4320
Fax: (646) 848-4320

Adam S. Hakki
Daniel C. Lewis
Brian G. Burke
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Tel: (212) 848-4320
Fax: (646) 848-4320

CREDIT SUISSE (USA), INC.; CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.; CREDIT SUISSE
HOLDINGS (USA), INC.; CREDIT SUISSE
SECURITIES (USA) LLC; DLJ MORTGAGE
CAPITAL, INC.,

By their attorneys,

____/s/ Jonathan Sablone_____
Jonathan Sablone (BBO #632998)
Matthew T. McLaughlin (BBO #660878)
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110
Tel: (617) 345-1000
Fax: (617) 345-1300

Richard W. Clary
Julie A. North
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700

DB STRUCTURED PRODUCTS, INC.; DB
U.S. FINANCIAL MARKET HOLDING
CORPORATION; DEUTSCHE ALT-A
SECURITIES, INC.; DEUTSCHE BANK
SECURITIES INC.; MIT HOLDINGS INC.;
MORTGAGEIT SECURITIES CORP.;
MORTGAGEIT, INC., MORTGAGEIT
HOLDINGS, INC.

By their attorneys,

   ___/s/ Jennifer Giordano_____
Jennifer Giordano (BBO #650537)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304
Tel: (202) 637-1013
Fax: (202) 637-2201

Jamie L. Wine
Jason C. Hegt
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Tel: (212) 906-1396
Fax: (212) 751-4864

GOLDMAN, SACHS & CO.

By their attorneys,

_____/s/Anthony A. Bongiorno_____
Anthony A. Bongiorno (BBO #554356)
Matthew A. Martel (BBO #641064)
Kevin M. Bolan (BBO #657841)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4000
Fax: (617) 535-3800

Richard H. Klapper
Theodore Edelman
Stephanie G. Wheeler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

RBS ACCEPTANCE INC. F/K/A
GREENWICH CAPITAL ACCEPTANCE,
INC.; RBS FINANCIAL PRODUCTS INC.
F/K/A GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.; RBS HOLDINGS USA
INC. F/K/A GREENWICH CAPITAL
HOLDINGS, INC.; RBS SECURITIES INC.
F/K/A GREENWICH CAPITAL MARKETS,
INC.,

By their attorneys,

   /s/ Kathy B. Weinman
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO # 670325)
COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA  02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Thomas C. Rice
Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017
Tel: (212) 455-2000
Fax: (212) 455-2502

IMH ASSETS CORP.; IMPAC FUNDING
CORPORATION; IMPAC MORTGAGE
HOLDINGS, INC.; IMPAC SECURED
ASSETS CORP.,

By their attorneys,

___/s/ Philip A O'Connell, Jr._____
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Tel: (617) 235-6802
Fax: (617) 235-6899

Justin N. Kattan
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

MORGAN STANLEY; MORGAN STANLEY
& CO. INCORPORATED; MORGAN
STANLEY CAPITAL I INC.; MORGAN
STANLEY MORTGAGE CAPITAL
HOLDINGS LLC,

By their attorneys,

___/s/ Frances S. Cohen_____
Frances S. Cohen (BBO #542811)
Brandon L. Bigelow (BBO #651143)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02109
Tel: (617) 951-8000
Fax: (617) 951-8736

James P. Rouhandeh
Edmund Polubinski III (BBO #643548)
Daniel J. Schwartz
Nicole Vanatko
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

NOMURA ASSET ACCEPTANCE
CORPORATION; NOMURA CREDIT &
CAPITAL, INC.; NOMURA HOLDING
AMERICA, INC.; NOMURA SECURITIES
INTERNATIONAL, INC.,

By their attorneys,

___/s/ Stephen D. Poss_____
Stephen D. Poss (BBO #551760)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1886
Fax: (617) 523-1231

ALLY FINANCIAL, INC. F/K/A GMAC INC.
F/K/A GMAC LLC; GMAC MORTGAGE
GROUP LLC F/K/A GMAC MORTGAGE
GROUP, INC.,

By their attorneys,

 /s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts  02109
Tel: (617) 523-6655
Fax: (617) 248-9877

WELLS FARGO & CO.; WELLS FARGO
ASSET SECURITIES CORPORATION;
WELLS FARGO BANK, N.A.,

By their attorneys,

_____/s/ David L. Ward_____
David L. Ward (BBO #565813)
John K. Wells (BBO #671345)
MICHAELS, WARD & RABINOVITZ, LLP
One Beacon Street, 2nd Floor
Boston, MA 02108
Tel: (617) 350-4040
Fax: (617) 350-4050

George M. Garvey
Christian K. Wrede
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave.
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (415) 683-5153

Michael J. Mongan
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA  94105
Tel: (415) 521-4051
Fax: (415) 644-6951

FITCH, INC.,

By their attorneys,

___/s/ Bruce E. Falby_____
Bruce E. Falby (BBO # 554143)
DLA PIPER LLP
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100

Martin Flumenbaum
Roberta A. Kaplan (*pro hac vice* application to be filed)
Julia Tarver-Mason Wood
Andrew J. Ehrlich (*pro hac vice* application to be filed)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3300
Fax: (212) 492-0029

STANDARD & POOR'S FINANCIAL
SERVICES LLC AND THE MCGRAW-HILL
COMPANIES, INC.,

By their attorneys,

_____/s/ William T. Hogan III_____
William T. Hogan III (BBO# 237710)
Patrick T. Clendenen (BBO# 564165)
Heather L. Bennett (BBO# 673083)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, MA 02109-2127
Tel: (617) 573-4700
Fax: (617) 573-4710

Floyd Abrams
Susan Buckley
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005
Tel: (212) 701-3000
Fax: (212) 269-5420

MOODY'S CORPORATION AND MOODY'S
INVESTORS SERVICE, INC.,

By their attorneys,

_____/s/ Ralph T. Lepore, III_____
Ralph T. Lepore, III (BBO #294420)
Elizabeth M. Mitchell (BBO # 638146)
HOLLAND & KNIGHT
10 St. James Avenue, 11th Floor
Boston, MA  02116
Tel: (617) 523-2700
Fax: (617) 523-6850

Joshua M. Rubins
James J. Coster
James I. Doty
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 818-9200
Fax: (212) 818-9606

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that copies will be sent via electronic mail to those indicated as non-registered participants on July 13, 2012.

/s/ Jacqueline S. Delbasty
Jacqueline S. Delbasty