UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                              Plaintiff,<br><br>      v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC, et al.,<br><br>                            Defendants. | Civil Action No. 11-10952-GAO |

## **NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.5.2(c), notice is hereby given of the withdrawal of Nikki J. Fisher, formerly of the law firm of Bingham McCutchen LLP, One Federal Street, Boston, MA, as attorney for Defendants Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage LLC (f/k/a EMC Mortgage Corporation), J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.), J.P. Morgan Chase & Co., JPMorgan Securities Holdings, LLC, Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), and WaMu Capital Corporation.

This notice is not intended to affect the appearances of any other attorneys, including those other attorneys from the law firm of Bingham McCutchen LLP and Cravath, Swaine and Moore LLP already on record as counsel in the above-captioned matter.

Respectfully submitted,

/s/ Nikki J. Fisher_____
Nikki J. Fisher, BBO #660268

BEAR STEARNS ASSET BACKED SECURITIES I, LLC; THE BEAR STEARNS COMPANIES, LLC (F/K/A THE BEAR STEARNS COMPANIES INC.); STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; EMC MORTGAGE CORPORATION; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN SECURITIES, LLC (F/K/A BEAR, STEARNS & CO. INC. AND J.P. MORGAN SECURITIES, INC.); JPMORGAN CHASE & CO.; JPMORGAN SECURITIES HOLDINGS, LLC; WAMU CAPITAL CORP., JPMORGAN CHASE BANK, N.A.

/s/ Jacqueline S. Delbasty_____
Beth I.Z. Boland (BBO #553654)
Christina N. Davilas (BBO #655477)
Jacqueline S. Delbasty (BBO #676284)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Tel: (617) 951-8000
Fax: (617) 951-8736
beth.boland@bingham.com
christina.davilas@bingham.com
jacqueline.delbasty@bingham.com

Of Counsel:
Kenneth I. Schacter
Theo J. Robins
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378
kenneth.schacter@bingham.com
theo.robins@bingham.com

A/74998284.1

                          Of Counsel:
                          Robert H. Baron
                          Karin A. DeMasi
                          J. Wesley Earnhardt
                          CRAVATH, SWAINE & MOORE LLP
                          Worldwide Plaza
                          825 Eight Avenue
                          New York, NY 10019
                          Tel: (212) 474-1000
                          Fax: (212) 474-3700

Dated: July 23, 2012

A/74998284.1

## CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that copies will be sent via electronic mail to those indicated as non-registered participants on July 23, 2012.

                                        /s/ Jacqueline S. Delbasty
                                        Jacqueline S. Delbasty