UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
FEDERAL HOME LOAN BANK OF            :
BOSTON,                              :
                                     :
                Plaintiff,           :   Civil Action No.  11-10952-GAO
         v.                          :
                                     :
ALLY FINANCIAL, INC. F/K/A           :
GMAC LLC, ET AL.                     :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE***

NOW COMES KEVIN M. BOLAN, a member of the bar of this Court and counsel to Defendant Goldman, Sachs & Co., and respectfully requests that this Court permit the *pro hac vice* admission of Attorney Kamil E. Redmond of the law firm of Sullivan & Cromwell LLP.  In support of this Motion, counsel states:

1. Sullivan & Cromwell LLP has been retained to assist in the representation of the Goldman, Sachs & Co. in the above-captioned matter.  Sullivan & Cromwell LLP is located at 125 Broad Street, New York, New York 10004.  The telephone number of the firm is (212) 558-4000.  The fax number of the firm is (212) 558-3588.

2. Attorney Redmond is a member in good standing of the bar of the jurisdiction in which she is admitted to practice.  No disciplinary proceedings are pending against her, nor has she been suspended or disbarred in any jurisdiction.

3. Attorney Redmond is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In accordance with Local Rule 83.5.3, this Motion is further supported by the Certification of Attorney Redmond, filed contemporaneously herewith.

WHEREFORE, Goldman, Sachs & Co. respectfully requests that this Court:

A.  Allow the *pro hac vice* admission of Attorney Kamil E. Redmond; and

B.  Grant such other and further relief as is just and proper.

> Respectfully submitted,
>
> /s/ Kevin M. Bolan
> Kevin M. Bolan (BBO #657841)
> McDermott Will & Emery LLP
> 28 State Street
> Boston, Massachusetts 02109-1775
> Telephone: (617) 535-4000
> Facsimile: (617) 535-3800
> kbolan@mwe.com
>
> *Counsel for Defendant Goldman, Sachs & Co.*

Dated: August 15, 2012

## LOCAL RULE 7.1(a)(2) CERTIFICATE

Pursuant to LR 7.1(a)(2), the undersigned counsel certifies that counsel for defendant Goldman, Sachs & Co. has conferred with counsel for the plaintiffs and that counsel for plaintiffs assent to this motion.

/s/ Kevin M. Bolan
Kevin M. Bolan

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2012.

/s/ Kevin M. Bolan
Kevin M. Bolan

DM_US 37483183-1.022714.0198