# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
FEDERAL HOME LOAN BANK OF          :
BOSTON,                            :
                                   :
                Plaintiff,         :   Civil Action No.  11-10952-GAO
        v.                         :
                                   :
ALLY FINANCIAL, INC. F/K/A         :
GMAC LLC, ET AL.                   :
                                   :
                Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## CERTIFICATION FOR ADMISSION
## *PRO HAC VICE* OF KAMIL E. REDMOND, ESQ.

Pursuant to Local Rule 83.5.3, Kamil E. Redmond certifies as follows:

1. I am an associate in the law firm Sullivan & Cromwell LLP, located at 125 Broad Street, New York, New York 10004-2498. The telephone number of the firm is (212) 558-4000. The fax number of the firm is (212) 558-3588.

2. I am currently a member in good standing of the Bar of the State of New York.

3. No disciplinary proceedings are pending against me, nor have I been suspended or disbarred in any jurisdiction.

4. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 15th day of August, 2012.

/s/ Kamil E. Redmond
Kamil E. Redmond
redmondka@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

DM_US 37483206-1.022714.0198