UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------x
FEDERAL HOME LOAN BANK OF        :
BOSTON,                          :
                                 :
              Plaintiff,         :        Civil Action No.  11-10952-GAO
       v.                        :
                                 :
ALLY FINANCIAL, INC. F/K/A       :
GMAC LLC, ET AL.                 :
                                 :
              Defendants.        :
---------------------------------x
```

### NOTICE OF WITHDRAWAL OF APPEARANCE
### OF YAVAR BATHAEE

Please take notice that Yavar Bathaee hereby withdraws his appearance of record on behalf of defendant Goldman, Sachs & Co.  Defendant Goldman, Sachs & Co. continues to be represented by counsel of record from McDermott Will & Emery, 28 State Street, Boston, MA and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY.

                    Respectfully submitted,

                    /s/ Yavar Bathaee
                    Yavar Bathaee
                    bathaeey@sullcrom.com
                    Sullivan & Cromwell LLP
                    125 Broad Street
                    New York, NY 10004-2498
                    Tel: (212) 558-4000
                    Fax: (212) 558-3588

Dated:  September 17, 2012

## **CERTIFICATE OF SERVICE**

   I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 17, 2012.

             /s/ Yavar Bathaee

DM_US 36479719-1.022714.0198