UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | : | |
| | : | Civil Action No. 11-cv-10952 |
| Plaintiff, | : | |
| v. | : | |
| ALLY FINANCIAL, INC., et al., | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Turner P. Smith of Curtis, Mallet-Prevost, Colt & Mosle LLP as counsel of record for Defendants Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., and IMH Assets Corp. in the above-captioned matter.

DATED: September 25, 2012

                            CURTIS, MALLET-PREVOST, COLT &
                                MOSLE LLP

                            /s/ *Turner P. Smith*
                            Turner P. Smith (BBO# 470340)
                            Curtis, Mallet-Prevost, Colt & Mosle LLP
                            101 Park Avenue
                            New York, NY  10178
                            Tel:  (212) 696-6121
                            Fax:  (917) 368-8821
                            tsmith@curtis.com

                            *Attorneys for defendants Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., and IMH Assets Corp.*

13086154

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on September 25, 2012.

      /s/ *Turner P. Smith*_____

      Turner P. Smith

13086154