# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
:
FEDERAL HOME LOAN BANK OF BOSTON,    :
:          Case No. 11-cv-10952
:
Plaintiff,          :
:
v.          :
:
ALLY FINANCIAL, INC., et al.,    :
:
Defendants.          :
_____:

### NOTICE OF WITHDRAWAL OF APPEARANCE
### OF SNR Denton US LLP

Please take notice that Philip A. O'Connell, Jr., Sandra D. Hauser, Patrick Fitzmaurice and Justin N. Kattan hereby withdraw their appearance of record on behalf of Defendants Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., and IMH Assets Corp.  These parties remain represented by Turner P. Smith, Esq. of Curtis, Mallet-Prevost, Colt & Mosle LLP.

DATED: SEPTEMBER 25, 2012

SNR DENTON US LLP

_____/s/_____
Philip A. O'Connell, Jr. (BBO# 649343)
SNR Denton US LLP
101 Federal Street
Suite 2750
Boston, MA  021109
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Attorneys for defendants Impac Funding Corporation, Impac Mortgage Holdings, Inc., Impac Secured Assets Corp., and IMH Assets Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 25, 2012, 2011.

_____/s/_____

Philip A. O'Connell, Jr.