**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>Defendants. | No. 1:11 Civ. 10952 (GAO) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF KATHERINE YOUNG FERGUS**

Please take notice that Katherine Young Fergus hereby withdraws her appearance of record on behalf of Defendants Citicorp Mortgage Securities Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., CitiMortgage Inc.  These parties remain represented by Duane Morris, LLP.

Dated:   Boston, Massachusetts
        November 2, 2012

By:  /s/ Katherine Y. Fergus
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, Massachusetts 02110
Tel.  (857) 488-4200
Fax: (857) 488-4201
kyfergus@duanemorris.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 2, 2012.

                                              /s/ Rachel E. Morse
                                              Rachel E. Morse (BBO #675589)