# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>    Defendants. | No. 1:11 Civ. 10952 (GAO) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Rachel E. Morse as counsel of record for the Defendants Citicorp Mortgage Securities Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Citigroup Global Markets Realty Corp., Citigroup Inc., Citigroup Mortgage Loan Trust Inc., CitiMortgage Inc. in the above-captioned matter.

Dated:  Boston, Massachusetts  
    November 2, 2012

By:  /s/ Rachel E. Morse  
Rachel E. Morse (BBO# 675589)  
DUANE MORRIS LLP  
100 High Street, Suite 2400  
Boston, Massachusetts 02110  
Tel. (857) 488-4200  
Fax: (857) 488-4201  
remorse@duanemorris.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 2, 2012.

                                          /s/ Rachel E. Morse
                                          Rachel E. Morse