UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FEDERAL HOME LOAN BANK OF BOSTON,

          Plaintiff,

      v.

ALLY FINANCIAL, INC., *et al.*,

          Defendants.

Case No. 11-CV-10952 (GAO)

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

PLEASE TAKE NOTICE that Vincent Mekles hereby withdraws his appearance of record on behalf of Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (n/k/a MIT Holdings, Inc.), MortgageIT, Inc., and MortgageIT Securities Corp., in this matter.

PLEASE TAKE FURTHER NOTICE that Jennifer L. Giordano, Jamie L. Wine, and Jason C. Hegt of Latham & Watkins LLP, remain counsel of record for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (n/k/a MIT Holdings, Inc.), MortgageIT, Inc., and MortgageIT Securities Corp.

Dated: January 4, 2013

          Respectfully submitted,

          LATHAM & WATKINS LLP

By:    /s/ Vincent Mekles
       Vincent Mekles (*admitted pro hac vice*)
       885 Third Avenue

New York, NY 10022
Tel: (212) 906-1200
vincent.mekles@lw.com

*Attorneys for Defendants Deutsche Bank*
*Securities, Inc., Deutsche Alt-A Securities,*
*Inc., DB Structured Products, Inc., DB U.S.*
*Financial Markets Holding Corporation,*
*MortgageIT Holdings, Inc. (n/k/a MIT*
*Holdings, Inc.), MortgageIT, Inc., and*
*MortgageIT Securities Corp.*

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on January 4, 2013.

/s/ Vincent Mekles
Vincent Mekles