UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLY FINANCIAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:11-CV-10952-GAO |

## NOTICE OF APPEARANCE OF STEVEN J. PACINI

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Steven J. Pacini of Latham & Watkins LLP as counsel of record for the Defendants Deutsche Bank Securities Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (k/n/a MIT Holdings, Inc.), MortgageIT, Inc. and MortgageIT Securities Corp., in the above-captioned matter.

Dated: January 9, 2013                                            Respectfully submitted,

/s/ Steven J. Pacini
Steven J. Pacini (BBO #676132)
LATHAM & WATKINS LLP
John Hancock Tower, 20th Floor
200 Clarendon Street
Boston, MA 02116
Tel:   617.948.6000
Fax:   617.948.6001

Richard D. Owens
Jamie L. Wine
Wendy P. Harper
Jason C. Hegt
LATHAM & WATKINS LLP
855 Third Avenue, Suite 1000
New York, NY 10022-4834
Tel:     (212) 906-1200
Fax:    (212) 751-4864

*Counsel for Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (k/n/a MIT Holdings, Inc.) MortgageIT, Inc. and MortgageIT Securities Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2013.

/s/ Steven J. Pacini
Steven J. Pacini (BBO #676132)