UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                                    Plaintiff,<br>v.<br><br>ALLY FINANCIAL, INC., et al.,<br><br>                                    Defendants. | Civil Action No. 1:11-CV-10952-GAO |

## NOTICE OF APPEARANCE OF WILLIAM J. TRACH

Pursuant to Local Rule 83.5.2(a), please enter the appearance of William J. Trach of Latham & Watkins LLP as counsel of record for the Defendants Deutsche Bank Securities Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (k/n/a MIT Holdings, Inc.), MortgageIT, Inc. and MortgageIT Securities Corp., in the above-captioned matter.

Dated: January 9, 2013

Respectfully submitted,

/s/ William J. Trach
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
John Hancock Tower, 20th Floor
200 Clarendon Street
Boston, MA 02116
Tel:   617.948.6000
Fax:  617.948.6001

        Richard D. Owens
        Jamie L. Wine
        Wendy P. Harper
        Jason C. Hegt
        LATHAM & WATKINS LLP
        855 Third Avenue, Suite 1000
        New York, NY 10022-4834
        Tel:   (212) 906-1200
        Fax:   (212) 751-4864

*Counsel for Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (k/n/a MIT Holdings, Inc.) MortgageIT, Inc. and MortgageIT Securities Corp.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2013.

        /s/ William J. Trach
        William J. Trach (BBO #661401)