UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>ALLY FINANCIAL, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 1:11-CV-10952-GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JENNIFER L. GIORDANO

　　PLEASE TAKE NOTICE that Jennifer L. Giordano withdraws her appearance of record on behalf of Defendants Deutsche Bank Securities Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (n/k/a MIT Holdings, Inc.), MortgageIT, Inc. and MortgageIT Securities Corp., in this matter.

　　PLEASE TAKE FURTHER NOTICE that these parties remain represented by Latham & Watkins LLP.  Attorneys William J. Trach and Steven J. Pacini are appearing as counsel for these parties, and attorneys Richard D. Owens, Jamie L. Wine, Wendy P. Harper and Jason C. Hegt will remain as counsel of record for these parties.

Dated: January 9, 2013　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/Jennifer L. Giordano
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer L. Giordano (BBO #650537)
　　　　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　　　　555 Eleventh Street NW, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004-1304
　　　　　　　　　　　　　　　　　　　　　　　　Tel:　　(202) 637-2200
　　　　　　　　　　　　　　　　　　　　　　　　Fax:　　(202) 367-2201

>Richard D. Owens
>Jamie L. Wine
>Wendy P. Harper
>Jason C. Hegt
>LATHAM & WATKINS LLP
>855 Third Avenue, Suite 1000
>New York, NY 10022-4834
>Tel:    (212) 906-1200
>Fax:    (212) 751-4864
>
>*Counsel for Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc., DB Structured Products, Inc., DB U.S. Financial Markets Holding Corporation, MortgageIT Holdings, Inc. (n/k/a MIT Holdings, Inc.) MortgageIT, Inc. and MortgageIT Securities Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2013.

>/s/ Jennifer L. Giordano
>Jennifer L. Giordano (BBO #650537)