# PLAINTIFF'S APPENDIX I

## PLAINTIFF'S RESPONSE TO DEFENDANTS' APPENDIX C:  SUBSTANTIATED FACTS CITED FROM OTHER CIVIL LITIGATION

Where the Bank has cited to other complaints, it has not—as Defendants suggest—relied on "unsubstantiated" allegations.  Rather, as noted below, the Bank has cited concrete facts described in those complaints, including facts based on loan-file reviews, statements from former employees, and the results of government investigations.

| Para(s) in Am. Compl. | Case | Source(s) of Facts Cited |
|---|---|---|
| 256, 828 | Complaint, *United States v. Bank of Am. Corp.*, No. 1:12-cv-00361 (D.D.C., filed Mar. 12, 2012). | Department of Justice (DOJ) investigation |
| 273-297 | Pleadings, *SEC v. Mozilo*, No. CV 2:09-03994 (C.D. Cal., filed June 4, 2009). | SEC investigation; documents produced through discovery, including internal emails, memoranda, meeting minutes, presentations, and deposition testimony |
| 298-99, 347 | Complaint, *People v. Countrywide Fin. Corp.*, No. LC083076 (Cal. Super. Ct., filed June 24, 2008). | California Attorney General investigation |
| 300-02, 347 | Complaint, *People v. Countrywide Fin. Corp.*, No. 08-22994 (Ill. Cir. Ct., Ch., filed June 25, 2008). | Illinois Attorney General investigation |
| 303, 347 | Complaint, *State v. Countrywide Fin. Corp.*, No. 08-40390945 (Conn. Super. Ct., filed Aug. 5, 2008). | Connecticut Attorney General investigation |
| 306, 343 | Complaint, *Zachary v. Countrywide Fin. Corp.*, No. 08-0214 (S.D. Tex., filed Jan. 17, 2008). | Former Countrywide employee / Whistleblower |

| Para(s) in Am. Compl. | Case | Source(s) of Facts Cited |
|---|---|---|
| 307-13, 343 | Class Action Pleadings, *Johnson v. KB Home*, No. 2:09-972 (D. Ariz., filed May 7, 2009). | Internal documents obtained in discovery |
| 314-15 | Complaint, *MBIA Ins. Corp. v. Countrywide Home Loans, Inc.*, No. 602825-2008 (N.Y. Sup. Ct., filed Sept. 30, 2008). | Re-underwriting of mortgage loans performed by MBIA |
| 316-18 | Complaint, *Ambac Assurance Corp. v. Countrywide Home Loans, Inc.*, No. 651612-2010 (N.Y. Sup. Ct., filed Sept. 28, 2010). | Re-underwriting of mortgage loans performed by Ambac |
| 319-21 | Complaint, *Fin. Guar. Ins. Co. v. Countrywide Home Loans, Inc.*, No. 650736-2009 (N.Y. Sup. Ct., filed Dec. 11, 2009). | Re-underwriting of mortgage loans performed by FGIC |
| 322-25 | Amended Complaint, *Syncora Guarantee Inc. v. Countrywide Home Loans, Inc.*, No. 650042/2009 (N.Y. Sup. Ct., filed May 6, 2010). | Re-underwriting of mortgage loans performed by Syncora |
| 345-47 | Complaint, *Commonwealth v. Countrywide Fin. Corp.*, No. 10-1169 (Mass Super. Ct.). | Massachusetts Attorney General Investigation. |
| 358, 361-62, 581, 694, 707, 733 | Pleadings, *Ambac Assurance Corp. v. EMC Mortg. LLC*, No. 650421/2011 (N.Y. Sup. Ct., filed July 18, 2011). | Internal documents produced in discovery; Re-underwriting of mortgage loans performed by Ambac |
| 359-60 | Complaint, *Fed. Hous. Fin. Agency v. JPMorgan Chase & Co.*, No. 1:11-cv-06188 (S.D.N.Y., filed Sept. 2, 2011). | Internal documents and emails from EMC |

| Para(s) in Am. Compl. | Case | Source(s) of Facts Cited |
|---|---|---|
| 363 | Complaint, *Syncora Guarantee Inc. v. EMC Mortg. Corp.*, No. 1:09-cv-03106 (S.D.N.Y., filed Mar. 31, 2009). | Re-underwriting of mortgage loans performed by Syncora |
| 364 | Complaint, *Bear Stearns Mortg. Funding Trust 2007-AR4 v. EMC Mortg. LLC*, No. 7546-CS (Del. Ch., filed June 4, 2012). | Re-underwriting of mortgage loans performed by the Separate Trustee appointed on behalf of the Trust for the BSMF 2007-AR4 securitization. |
| 381 | First Amended Complaint, *Syncora Guarantee Inc. v. J.P. Morgan Sec. LLC*, No. 651566/2011 (N.Y. Sup. Ct., filed June 24, 2011). | Internal Bear Stearns email obtained in discovery |
| 401-04, 407 | Complaint, *MBIA Ins. Corp. v. IndyMac ABS, Inc.*, No. BC422358 (Cal. Super. Ct., filed Sept. 22, 2009). | Re-underwriting of mortgage loans performed by MBIA |
| 405, 407 | Complaint, *Syncora Guar. Inc. v. FDIC*, No 1:08-cv-05842 (S.D.N.Y., filed June 27, 2008) (original caption: "XL Capital Assurance Inc. v. IndyMac Bank, F.S.B."). | Re-underwriting of mortgage loans performed by Syncora |
| 406-07 | Complaint, *Fin. Guar. Ins. Co. v. IndyMac Bank, F.S.B.*, No. 1:08-cv-06010 (S.D.N.Y., filed July 1, 2008). | Re-underwriting of mortgage loans performed by FGIC |
| 408 | Complaint, Deutsche Bank Nat'l Trust Co. v. FDIC, No. 2:09-3852 (C.D. Cal., filed May 29, 2009). | Investigation by Trustee of numerous IndyMac PLMBS, including three of the Certificates |
| 438-50 | Pleadings, *People v. First Am. Corp.*, No. 406796-2007 (N.Y. Sup. Ct., filed Nov. 1, 2007). | New York Attorney General investigation; internal documents and emails produced in response to subpoena |
| 456 | Amended Complaint, *Deutsche Bank Nat'l Trust Co. v. FDIC*, No. 09-cv-1656 (D.D.C., filed Sept. 8, 2010). | Investigation by Trustee of numerous WaMu PLMBS |

| Para(s) in Am. Compl. | Case | Source(s) of Facts Cited |
|---|---|---|
| 484-85, 572, 575 | *In re Wells Fargo Mortg.-Backed Sec. Litig.*, No. 5:09-cv-1376 (N.D. Cal., filed Mar. 27, 2009) (original caption: Gen. Ret. Sys. of City of Detroit v. Wells Fargo Mortg. Backed Sec. 2006-AR18 Trust). | Statements from confidential sources; internal AHM emails |
| 505-06 | Complaint, *People v. Wells Fargo & Co.*, No. 09-26434 (Ill. Cir. Ct., filed July 31, 2009). | Illinois Attorney General investigation |
| 507-10 | First Amended Complaint, *City of Memphis v. Wells Fargo Bank, N.A.*, No. 09-cv-2857 (W.D. Tenn., filed Apr. 7, 2010). | Sworn declarations from six former Wells Fargo employees |
| 511-12 | Third Amended Complaint, *Mayor and City Council of Baltimore v. Wells Fargo Bank, N.A*, No. 08-cv-00062 (D. Md., filed Oct. 21, 2010) (Attachment A -Declaration of Elizabeth M. Jacobson). | Declaration from former Wells Fargo employee |
| 534-40 | Examiner's *Report*, In re Lehman Bros. Holdings Inc., No. 08-13555 (Bankr. S.D.N.Y., unsealed Mar. 11, 2010). | Bankruptcy Examiner's Report; internal Lehman Brothers documents and emails |
| 574, 576-80 | Consolidated Amended Class Action Complaint, *In re Am. Home Mortg. Sec. Litig.*, No. 2:07-MD-1898 (E.D.N.Y., filed June 4, 2008). | Internal AHM documents and emails |
| 594 | Complaint, *Mass. Bricklayers v. Deutsche Alt-A Sec., Inc.*, No. 2:08-03178 (E.D.N.Y., filed June 18, 2009). | Statement from former AHM Vice President |
| 594 | Complaint, *Phoenix Light SF Ltd. v. Ace Sec. Corp.*, No. 650422/2012 (N.Y. Sup. Ct., filed May 14, 2012). | Statement from independent appraiser who performed appraisals for AHM |

| Para(s) in Am. Compl. | Case | Source(s) of Facts Cited |
|---|---|---|
| 610 | Notice of Removal, Schwartz, as Trustee in Bankruptcy for *Roland Rodriguez v. Independent Appraisals, LLC*, No. 1:11-cv-11051 (D. Mass., filed June 13, 2011) (attaching Complaint, Schwartz, as Trustee in Bankruptcy for Roland Rodriguez v. Independent Appraisals, LLC., Civ. No. 2011-01411-A (Mass. Super. Ct.)). | Bankruptcy Trustee's review of mortgage application and appraisal reports. |
| 611 | First Amended Complaint, *Royster v. MortgageIT, Inc.*, No. 11-cv-00262 (C.D. Cal., filed Apr. 26, 2011). | Borrower allegations |
| 612-13 | Complaint, *Mayes v. MortgageIT, Inc.*, No. 3:07-cv-01642 (S.D. Cal., filed Aug. 20, 2007). | Borrower allegations |
| 622 | Complaint, *CitiMortgage, Inc. v. Silver State Fin. Servs., Inc.*, No 4:07-cv-01533 (E.D. Mo., filed Aug. 29, 2007). | Review of 48 loans by Controlling Person Defendant CitiMortgage, Inc. |
| 624-26 | Notice of Removal Ex. A, *City of Ann Arbor Emps.' Ret. Sys. v. Citigroup Mortg. Loan Trust, Inc.*, No. 2:08-cv-1418 (E.D.N.Y., filed Apr. 7, 2008) (Class Action Complaint, City of Ann Arbor Emps.' Ret. Sys. v. Citigroup Mortg. Loan Trust, Inc., No. 08-005187 (N.Y. Sup. Ct., filed Mar. 19, 2008)). | Describing specific loans |
| 647-53 | Assurance of Discontinuance, *In re Morgan Stanley & Co. Inc.*, No. 10-2538 (Mass. Super. Ct., filed June 24, 2010). | Massachusetts Attorney General investigation |

| Para(s) in Am. Compl. | Case | Source(s) of Facts Cited |
|---|---|---|
| 734-35 | Complaint, *Assured Guar. Corp. v. EMC Mortg. LLC*, No 650805/2012 (N.Y. Sup. Ct., filed Mar. 15, 2012). | EMC Independent Auditors Report for 2005 and 2006; other internal documents; depositions of two former Senior Managing Director |
| 823-27 | Complaint, *Commonwealth of Mass. v. Bank of Am., N.A.*, Civ. No. 11-4363 (Mass. Super. Ct., filed Dec. 1, 2011). | Massachusetts Attorney General investigation |