# PLAINTIFF'S APPENDIX III

## INDEX OF FACTUAL ALLEGATIONS

**A.**   **Originator-Specific Facts Regarding Underwriting Abandonment**

| Complaint Citation | Originator(s) |
|---|---|
| ¶¶ 271-350 | Countrywide |
| ¶¶ 351-91 | Bear Stearns Residential Mortgage and EMC Mortgage |
| ¶¶ 392-416 | IndyMac Bank |
| ¶¶ 417-482 | Washington Mutual Mortgage Securities Corp |
| ¶¶ 483-513 | Wells Fargo |
| ¶¶ 514-32 | Ameriquest Mortgage |
| ¶¶ 550-69 | Chase Home Finance and JPMorgan Chase |
| ¶¶ 570-596 | AHM |
| ¶¶ 597-615 | MortgageIT |
| ¶¶ 616-28 | Silver State |
| ¶¶ 629-36 | Alliance Bancorp |
| ¶¶ 637-60 | Morgan Stanley Mortgage Capital |
| Appx. IX ¶¶ 1-9 | Bank of America |
| Appx. IX ¶¶ 10-16 | BankUnited |
| Appx. IX ¶¶ 17-22 | Brooks America Mortgage |
| Appx. IX ¶¶ 23-37 | Chevy Chase and B.F. Saul |
| Appx. IX ¶¶ 38-53 | CitiMortgage |
| Appx. IX ¶¶ 54-65 | Credit Suisse and DLJ Mortgage Capital |
| Appx. IX ¶¶ 66-78 | Decision One Mortgage |
| Appx. IX ¶¶ 79-84 | Downey Savings & Loan |
| Appx. IX ¶¶ 85-99 | First Horizon Home Loan |
| Appx. IX ¶¶ 100-09 | First National Bank of Nevada and First National Bank of Arizona |
| Appx. IX ¶¶ 110-119 | Flagstar Bank |
| Appx. IX ¶¶ 120-40 | GMAC Mortgage, Residential Funding Corporation, and HomeComings Financial |
| Appx. IX ¶¶ 141-65 | GreenPoint Mortgage |
| Appx. IX ¶¶ 166-75 | HomeBanc Mortgage |
| Appx. IX ¶¶ 176-81 | Metrocities |
| Appx. IX ¶¶ 182-205 | National City Mortgage |
| Appx. IX ¶¶ 206-16 | Ohio Savings Bank |
| Appx. IX ¶¶ 217-21 | OwnIt Mortgage Solutions |
| Appx. IX ¶¶ 222-33 | PHH Mortgage |
| Appx. IX ¶¶ 234-38 | Southstar Funding and Opteum Financial Services |
| Appx. IX ¶¶ 239-48 | SunTrust Mortgage |
| Appx. IX ¶¶ 250-61 | Thornburg Mortgage Home Loans |
| Appx. IX ¶¶ 262-70 | Wachovia Mortgage |
| Appx. IX ¶¶ 271-87 | Wilmington Finance |

B.   **Originator-Specific Confidential Sources**

| Complaint Citation | CS # | Originator(s) |
|---|---|---|
| ¶¶ 327-349 | 1-2, 4-5 | Countrywide |
| ¶¶ 365-73 | 6-7 | Bear Stearns Residential Mortgage and EMC Mortgage |
| ¶¶ 410-14 | 9-12 | IndyMac Bank |
| ¶¶ 457-79 | 13-19 | Washington Mutual Mortgage Securities Corp |
| ¶¶ 487-502 | 20-24 | Wells Fargo |
| ¶¶ 564-67 | 28-29 | Chase Home Finance and JPMorgan Chase |
| ¶¶ 582-85, 593 | 31 | AHM |
| Appx. IX ¶¶ 2-8 | 39 | Bank of America |
| Appx. IX ¶¶ 24-34 | 40 | Chevy Chase and B.F. Saul |
| Appx. IX ¶¶ 39-52 | 41-42 | CitiMortgage |
| Appx. IX ¶¶ 69-76 | 43 | Decision One Mortgage |
| Appx. IX ¶¶ 92-95 | 44 | First Horizon Home Loan |
| Appx. IX ¶¶ 134-39 | 45, 47 | GMAC Mortgage, Residential Funding Corporation, and HomeComings Financial |
| Appx. IX ¶¶ 145-48 | 46 | GreenPoint Mortgage |
| Appx. IX ¶¶ 169-74 | 60-61 | HomeBanc Mortgage |
| Appx. IX ¶¶ 188-200 | 56, 58-59 | National City Mortgage |
| Appx. IX ¶¶ 192, 201, 220 | 49 | OwnIt Mortgage Solutions |
| Appx. IX ¶¶ 223-29 | 50 | PHH Mortgage |
| Appx. IX ¶¶ 240-48 | 51 | SunTrust Mortgage |
| Appx. IX ¶¶ 257-60 | 52 | Thornburg Mortgage Home Loans |
| Appx. IX ¶¶ 263-68 | 53 | Wachovia Mortgage |
| Appx. IX ¶¶ 272-86 | 54-55 | Wilmington Finance |

C.   **Loan File Reviews Demonstrating Material Underwriting Defects**

| Complaint Citation | Originator(s) |
|---|---|
| ¶¶ 375-77 | EMC Mortgage |
| ¶¶ 378-80 | Bear Stearns Residential Mortgage |
| ¶¶ 587-89 | AHM |
| ¶¶ 599-608 | MortgageIT |
| ¶¶ 617-19, 640-42 | Silver State |
| ¶¶ 631-35 | Alliance Bancorp |
| ¶¶ 643-46 | Morgan Stanley |
| Appx. IX ¶¶ 19-20 | Brooks America |
| Appx. IX ¶¶ 87-88 | First Horizon |
| Appx. IX ¶ 108 | FNB Arizona |
| Appx. IX ¶¶ 177-80 | Metrocities |
| Appx. IX ¶¶ 209-15 | Ohio Savings Bank |
| Appx. IX ¶¶ 230-31 | PHH |
| Appx. IX ¶¶ 236-37 | Opteum Financial / SouthStar |

The Bank also complemented its own loan file reviews by citing re-underwriting and forensic reviews performed by certain governmental entities and monoline insurers.

| Complaint Citation | Originator(s) |
| --- | --- |
| ¶¶ 315, 318, 321, 324-25 | Countrywide |
| ¶¶ 362-64 | EMC |
| ¶¶ 396, 404-05 | IndyMac |
| Appx. IX ¶¶ 55-58, 60-62 | Credit Suisse and DLJ |
| Appx. IX ¶¶ 112-17 | Flagstar |
| Appx. IX ¶¶ 123-25, 128-32 | GMAC, RFC, HomeComings |
| Appx. IX ¶¶ 157-60 | GreenPoint |

**D.   Originator-Specific Allegations Regarding Appraisal Manipulation**

| Complaint Citation | Originator(s) |
| --- | --- |
| ¶¶ 307-13, 324-26, 331-32, 339 | Countrywide |
| ¶¶ 362, 368, 372, 375, 380-89 | Bear Stearns Residential Mortgage and EMC Mortgage |
| ¶¶ 394-97, 413-14 | IndyMac Bank |
| ¶¶ 422-23, 433-50, 461-80 | Washington Mutual Mortgage Securities Corp |
| ¶¶ 498-502 | Wells Fargo |
| ¶¶ 518-19 | Ameriquest Mortgage |
| ¶¶ 556, 566 | Chase Home Finance and JPMorgan Chase |
| ¶¶ 587, 590-94 | AHM |
| ¶¶ 609-10 | MortgageIT |
| ¶¶ 623-26 | Silver State |
| ¶¶ 633-36 | Alliance Bancorp |
| ¶¶ 654-58 | Morgan Stanley Mortgage Capital |
| Appx. IX ¶¶ 13-14 | BankUnited |
| Appx. IX ¶¶ 29-30 | Chevy Chase and B.F. Saul |
| Appx. IX ¶ 49 | CitiMortgage |
| Appx. IX ¶¶ 59, 63-64 | Credit Suisse and DLJ Mortgage Capital |
| Appx. IX ¶¶ 75-76 | Decision One Mortgage |
| Appx. IX ¶¶ 81, 83 | Downey Savings & Loan |
| Appx. IX ¶¶ 89-91 | First Horizon Home Loan |
| Appx. IX ¶ 103 | First National Bank of Nevada and First National Bank of Arizona |
| Appx. IX ¶¶ 128-32, 135-36 | GMAC Mortgage, Residential Funding Corporation, and HomeComings Financial |
| Appx. IX ¶¶ 149, 151, 161-63 | GreenPoint Mortgage |
| Appx. IX ¶¶ 177-78 | Metrocities |
| Appx. IX ¶¶ 196-97, | National City Mortgage |

| | |
|---|---|
| 202 | |
| Appx. IX ¶¶ 212-15 | Ohio Savings Bank |
| Appx. IX ¶¶ 231-32 | PHH Mortgage |
| Appx. IX ¶ 253 | Thornburg Mortgage Home Loans |
| Appx. IX ¶¶ 263-68 | Wachovia Mortgage |

### E.     Appraisal Reviews Demonstrating USPAP Violations

| Complaint Citation | Originator(s) |
|---|---|
| ¶¶ 382-86 | EMC |
| ¶¶ 387-88 | Bear Stearns |
| ¶¶ 590-92 | AHM |
| ¶ 609 | MortgageIT |
| ¶ 623 | Silver State |
| ¶¶ 654-58 | Morgan Stanley |
| Appx. IX ¶¶ 89-90 | First Horizon |
| Appx. IX ¶¶ 212-15 | Ohio Savings Bank |
| Appx. IX ¶ 232 | PHH |

### F.     Originator-Specific Factual Allegations Regarding Predatory Lending

| Complaint Citation | Originator(s) |
|---|---|
| ¶¶ 298, 303, 341-49 | Countrywide |
| ¶ 365-66, 369 | Bear Stearns Residential Mortgage and EMC Mortgage |
| ¶ 394 | IndyMac Bank |
| ¶¶ 420, 451-56 | Washington Mutual Mortgage Securities Corp |
| ¶¶ 505-513 | Wells Fargo |
| ¶¶ 522-29 | Ameriquest Mortgage |
| ¶¶ 611-613 | MortgageIT |
| ¶ 649 | Morgan Stanley Mortgage Capital |
| Appx. IX ¶ 31 | Chevy Chase and B.F. Saul |
| Appx. IX ¶ 52 | CitiMortgage |
| Appx. IX ¶ 64 | Credit Suisse and DLJ Mortgage Capital |
| Appx. IX ¶ 77 | Decision One Mortgage |
| Appx. IX ¶ 111 | Flagstar Bank |
| Appx. IX ¶¶ 126, 139 | GMAC Mortgage, Residential Funding Corporation, and HomeComings Financial |
| Appx. IX ¶ 164 | GreenPoint Mortgage |
| Appx. IX ¶¶ 202-04 | National City Mortgage |
| Appx. IX ¶ 242 | SunTrust Mortgage |
| Appx. IX ¶ 276 | Wilmington Finance |

### G.    Materiality of Misstatements

| Complaint Citation | Material Misstatement |
|---|---|
| ¶¶ 6, 9-11, 209, 840 | Compliance with underwriting guidelines |
| ¶¶ 854-63 | Compliance with appraisal standards; Loan-to-Value ratios |
| ¶¶ 211-15, 737-39, 891-93 | Triple-A credit ratings |
| ¶¶ 252, 900-04 | Compliance with predatory lending laws |
| ¶¶ 210, 680, 912-14 | Due diligence |
| ¶¶ 811-19, 919 | Valid assignment and transfer of mortgages and promissory notes |
| ¶ 890 | Compound high risk mortgages |

### H.    The Bank's Reliance on Each Misrepresentation was Justifiable

| Complaint Citation | Misstatement |
|---|---|
| ¶ 840 | Compliance with underwriting guidelines |
| ¶¶ 858, 861 | Compliance with appraisal standards; Loan-to-Value ratios |
| ¶¶ 4, 211, 215, 802-810, 891 | Triple-A credit ratings |
| ¶¶ 900-904 | Compliance with predatory lending laws |
| ¶¶ 210, 912-914 | Due diligence |
| ¶ 919 | Valid assignment and transfer of mortgages and promissory notes |
| ¶ 840 | Compound high risk mortgages |

### I.    Allegations that Defendants Should Have Known Each Category of Representation was Materially Misleading

| Complaint Citation | Misstatement |
|---|---|
| ¶ 846 | Compliance with underwriting guidelines |
| ¶ 865 | Compliance with appraisal standards; Loan-to-Value ratios |
| ¶¶ 892, 897 | Triple-A credit ratings |
| ¶ 907 | Compliance with predatory lending laws |
| ¶ 918 | Due diligence |
| ¶ 928 | Valid assignment and transfer of mortgages and promissory notes |
| ¶ 846 | Compound high risk mortgages |