# PLAINTIFF'S APPENDIX IV

## ENTITIES FROM WHICH PLAINTIFF DIRECTLY PURCHASED EACH CERTIFICATE

| Certificate | Entity from which Bank Directly Purchased Certificate | Status of Entity | Proof of Transaction | Loeser Ex.[1] |
|---|---|---|---|---|
| AHMA 2006-6 A1A | Countrywide Sec. Corp. | Defendant | Trade Confirmation | A |
| AHMA 2007-2 A1 | Countrywide Sec. Corp. | Defendant | Trade Confirmation | B |
| AHMA 2007-5 A1 | Countrywide Sec. Corp. | Defendant | Trade Confirmation | C |
| ARMT 2006-1 6A1 | Credit Suisse Sec. (USA) LLC | Defendant | Trade Confirmation | D |
| ARMT 2006-2 6A1 | Credit Suisse Sec. (USA) LLC | Defendant | Trade Confirmation | E |
| ARMT 2006-3 4A2 | Credit Suisse Sec. (USA) LLC | Defendant | Trade Confirmation | F |
| ARMT 2007-1 5A1 | Credit Suisse Sec. (USA) LLC | Defendant | Trade Confirmation | G |
| ARMT 2007-2 2A21 | Credit Suisse Sec. (USA) LLC | Defendant | Trade Confirmation | H |
| BAFC 2005-H 7A1 | Banc of America Sec. LLC | Succeeded by Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. ("MLPFS") | Trade Confirmation | I |
| BAFC 2006-D 1A1 | Banc of America Sec. LLC | Succeeded by Def. MLPFS | Trade Confirmation | J |
| BALTA 2005-10 11A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | K |
| BALTA 2005-8 11A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | L |
| BALTA 2005-9 11A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | M |
| BALTA 2006-1 11A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | N |
| BALTA 2006-2 11A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | O |
| BALTA 2006-3 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | P |
| BALTA 2006-4 11A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | Q |
| BALTA 2006-4 13A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | R |
| BALTA 2006-5 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | S |
| BALTA 2006-6 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Ticket Confirmation | T |

[1] Exhibit to Declaration of Derek W. Loeser in Support of Plaintiff's Opposition to Defendants' Joint Motion to Dismiss the Amended Complaint.

| Certificate | Entity from which Bank Directly Purchased Certificate | Status of Entity | Proof of Transaction | Loeser Ex.[1] |
|---|---|---|---|---|
| BALTA 2006-7 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | U |
| BALTA 2007-1 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | V |
| BALTA 2007-2 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | W |
| BALTA 2007-3 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | X |
| BCAP 2006-AA1 A1 | Barclays Capital Inc. | Defendant | Trade Confirmation | Y |
| BSMF 2006-AR1 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | Z |
| BSMF 2006-AR2 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | AA |
| BSMF 2006-AR3 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | AB |
| BSMF 2006-AR5 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | AC |
| BSMF 2007-AR1 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | AD |
| BSMF 2007-AR4 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | AE |
| BSMF 2007-AR5 1A1A | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | AF |
| CCMFC 2006-2A A1 | Barclays Capital Inc. | Defendant | Trade Confirmation | AG |
| CCMFC 2007-1A A1 | Credit Suisse Sec. (USA) LLC | Defendant | Trade Confirmation | AH |
| CCMFC 2007-1A A1 | Barclays Capital Inc. | Defendant | Trade Confirmation | AI |
| CCMFC 2007-2A A1 | Barclays Capital Inc. | Defendant | Trade Confirmation | AJ |
| CMALT 2007-A4 1A7 | Morgan Stanley & Co. Inc. | Defendant | Trade Confirmation | AK |
| CMLTI 2005-9 1A1 | Citigroup Global Mkts. Inc. | Defendant | Trade Confirmation | AL |
| CWALT 2005-16 A4 | UBS Sec. LLC | Defendant | Trade Confirmation | AM |
| CWALT 2005-86CB A10 | Morgan Stanley & Co. Inc. | Defendant | Trade Confirmation | AN |
| CWALT 2006-OA16 A2 | Countrywide Sec. Corp. | Defendant | Trade Confirmation | AO |
| CWALT 2006-OA8 1A1 | UBS Sec. LLC | Defendant | Trade Confirmation | AP |
| CWALT 2007-OA4 A1 | Goldman, Sachs & Co. | Defendant | Trade Confirmation | AQ |
| CWALT 2007-OA9 A1 | Countrywide Sec. Corp. | Defendant | Trade Confirmation | AR |
| CWHL 2005-2 2A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | AS |
| DBALT 2006-AR2 1A1 | Deutsche Bank Sec. Inc. | Defendant | Trade Confirmation | AT |
| DBALT 2006-AR2 1A2 | Deutsche Bank Sec. Inc. | Defendant | Trade Confirmation | AU |
| DBALT 2006-AR3 A2 | Deutsche Bank Sec. Inc. | Defendant | Trade Confirmation | AV |
| DBALT 2006-AR4 A1 | Deutsche Bank Sec. Inc. | Defendant | Trade Confirmation | AW |

[1] Exhibit to Declaration of Derek W. Loeser in Support of Plaintiff's Opposition to Defendants' Joint Motion to Dismiss the Amended Complaint.

| Certificate | Entity from which Bank Directly Purchased Certificate | Status of Entity | Proof of Transaction | Loeser Ex.[1] |
|---|---|---|---|---|
| DBALT 2006-AR5 1A1 | Deutsche Bank Sec. Inc. | Defendant | Trade Confirmation | AX |
| DBALT 2007-AR1 A1 | Deutsche Bank Sec. Inc. | Defendant | Trade Confirmation | AY |
| DSLA 2005-AR1 2A1A | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | AZ |
| DSLA 2005-AR2 2A1A | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | BA |
| GPMF 2005-AR1 A2 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | BB |
| GPMF 2005-AR2 A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | BC |
| GPMF 2005-AR4 4A1A | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | BD |
| GPMF 2006-AR3 4A1 | Citigroup Global Mkts. Inc. | Defendant | Trade Confirmation | BE |
| HVMLT 2005-10 2A1A | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | BF |
| HVMLT 2006-7 2A1A | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | BG |
| HVMLT 2006-8 2A1A | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | BH |
| HVMLT 2007-1 2A1A | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | BI |
| IMM 2005-7 A1 | UBS Sec. LLC | Defendant | Trade Confirmation | BJ |
| IMSA 2005-2 A1 | Countrywide Sec. Corp. | Defendant | Trade Confirmation | BK |
| IMSA 2006-2 1A2A | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | BL |
| INDX 2005-AR12 2A1A | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | BM |
| INDX 2005-AR4 2A1A | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | BN |
| INDX 2005-AR8 2A1A | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | BO |
| INDX 2006-AR19 1A1 | MLPFS | Defendant | Trade Confirmation | BP |
| JPALT 2006-A1 1A1 | J.P. Morgan Sec. Inc. | Defendant | Trade Confirmation | BQ |
| JPALT 2006-A2 1A1 | J.P. Morgan Sec. Inc. | Defendant | Trade Confirmation | BR |
| JPALT 2006-A3 1A1 | J.P. Morgan Sec. Inc. | Defendant | Trade Confirmation | BS |
| JPALT 2007-A2 12A1 | J.P. Morgan Sec. Inc. | Defendant | Trade Confirmation | BT |
| JPMMT 2005-ALT1 2A1 | Deutsche Bank Sec. Inc. | Defendant | Trade Confirmation | BU |
| LUM 2005-1 A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | BV |
| LUM 2006-3 11A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | BW |
| LUM 2006-3 11A1 | UBS Sec. LLC | Defendant | Trade Ticket Confirmation | BX |
| LUM 2006-6 A1 | Barclays Capital Inc. | Defendant | Trade Confirmation | BY |
| LUM 2006-7 2A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | BZ |

[1] Exhibit to Declaration of Derek W. Loeser in Support of Plaintiff's Opposition to Defendants' Joint Motion to Dismiss the Amended Complaint.

| Certificate | Entity from which Bank Directly Purchased Certificate | Status of Entity | Proof of Transaction | Loeser Ex.[1] |
|---|---|---|---|---|
| LUM 2007-2 1A1 | Citigroup Global Mkts. Inc. | Defendant | Trade Confirmation | CA |
| MANA 2007-A3 A2A | MLPFS | Defendant | Trade Confirmation | CB |
| MARM 2005-7 2A1 | Citigroup Global Mkts. Inc. | Defendant | Trade Confirmation | CC |
| MARM 2005-8 1A1 | UBS Sec. LLC | Defendant | Trade Confirmation | CD |
| MARM 2007-R5 A1 | UBS Sec. LLC | Defendant | Trade Confirmation | CE |
| MHL 2006-1 1A2 | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | CF |
| MSM 2006-13AX A1 | Morgan Stanley & Co. Inc. | Defendant | Trade Confirmation | CG |
| MSM 2006-16AX 2A1 | Morgan Stanley & Co. Inc. | Defendant | Trade Confirmation | CH |
| MSM 2006-8AR 1A2 | Morgan Stanley & Co. Inc. | Defendant | Trade Confirmation | CI |
| MSM 2006-9AR A3 | Morgan Stanley & Co. Inc. | Defendant | Trade Confirmation | CJ |
| MSM 2007-2AX 2A2 | Morgan Stanley & Co. Inc. | Defendant | Trade Confirmation | CK |
| MSM 2007-5AX 2A2 | Morgan Stanley & Co. Inc. | Defendant | Trade Confirmation | CL |
| MSM 2007-7AX 2A1 | Morgan Stanley & Co. Inc. | Defendant | Trade Confirmation | CM |
| NAA 2006-AF2 5A1 | Nomura Sec. Int'l, Inc. | Defendant | Trade Confirmation | CN |
| NAA 2006-AR4 A2 | Greenwich Capital Mkts., Inc. | Defendant | Trade Confirmation | CO |
| NAA 2006-AR4 A2 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | CP |
| NAA 2007-1 2A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | CQ |
| NAA 2007-3 A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | CR |
| RALI 2005-QA9 NB41 | UBS Sec. LLC | Defendant | Trade Confirmation | CS |
| RALI 2006-QA2 1A1 | Citigroup Global Mkts. Inc. | Defendant | Trade Confirmation | CT |
| RALI 2006-QA3 A1 | Deutsche Bank Sec. Inc. | Defendant | Trade Confirmation | CU |
| RALI 2006-QO10 A1 | Goldman, Sachs & Co. | Defendant | Trade Confirmation | CV |
| RALI 2007-QS6 A29 | Barclays Capital Inc. | Defendant | Trade Confirmation | CW |
| SAMI 2005-AR2 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | CX |
| SAMI 2005-AR3 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | CY |
| SAMI 2005-AR6 2A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | CZ |
| SAMI 2006-AR4 4A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | DA |
| SAMI 2006-AR6 1A1 | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | DB |
| SAMI 2006-AR7 A1A | Bear, Stearns & Co. Inc. | Defendant | Trade Confirmation | DC |

[1] Exhibit to Declaration of Derek W. Loeser in Support of Plaintiff's Opposition to Defendants' Joint Motion to Dismiss the Amended Complaint.

| Certificate | Entity from which Bank Directly Purchased Certificate | Status of Entity | Proof of Transaction | Loeser Ex.[1] |
|---|---|---|---|---|
| WFMBS 2006-AR12 1A1 | Banc of America Sec. LLC | Succeeded by Def. MLPFS | Trade Confirmation | DD |

---

[1] Exhibit to Declaration of Derek W. Loeser in Support of Plaintiff's Opposition to Defendants' Joint Motion to Dismiss the Amended Complaint.