EXHIBIT DA

# BEAR STEARNS

BEAR, STEARNS & CO. INC.
383 MADISON AVENUE
NEW YORK, N.Y.10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY
BEAR, STEARNS SECURITIES CORP.
ONE METROTECH CENTER NORTH
BROOKLYN, NEW YORK 11201-3859
(212) 272-1000

TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION ARE CONTAINED ON THE REVERSE SIDE

| ACCOUNT NUMBER | ACCT. EXEC | TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|---|---|
| 52-15893-9-0 | 0JY2 | 05/12/06 | 06/30/06 | 051206-19870 |

| PRINCIPAL |
|---|
| 67,607,000.00 |

| INTEREST |
|---|
| 0.00 |

| NET AMOUNT |
|---|
| 67,607,000.00 |

FHLB BOSTON
111 HUNTINGTON AVE
BOSTON MA  02199-7614

PRINTED: 06/29/06

| AS PRINCIPAL WE | ORIGINAL FACE | PRICE | POOL | INT DAYS | | CURRENT FACTOR |
|---|---|---|---|---|---|---|
| SOLD TO YOU | 67,607,000.00 | 100.00 | 0044189 | 0 | JUN | 1.00000000 |

| CUSIP |
|---|
| 86360QAJ4 |

STRUCTURED ASSET-MTG INVESTMENT, INC
MTG PASS-THRU CERT, SER 2006-AR4 IV-A-1
RATE=5.53        MATURITY DATE=03/25/2036 MONTHLY PAYMENT
ISSUE DATE=06/30/06 FIRST COUPON DATE=07/25/06
CURRENT FACE=67,607,000.00
TRADE RATE=5.53
TO CANCEL PREVIOUS SELL.

This security was sold pursuant to an effective registration statement that is
on file with the SEC at www.sec.gov.  You may request a copy of the final prospectus
by calling 1-866-803-9204.

GRAY30

EXHIBIT DB

**BEAR STEARNS**

BEAR, STEARNS & CO. INC.
383 MADISON AVENUE
NEW YORK, N.Y. 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY
BEAR, STEARNS SECURITIES  CORP.
ONE METROTECH CENTER NORTH
BROOKLYN, NEW YORK 11201-3859
(212) 272-1000

TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION ARE CONTAINED ON THE REVERSE SIDE

| ACCOUNT NUMBER | ACCT EXEC | TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|---|---|
| 52-15893-9-0 | 0JY2 | 06/09/06 | 08/04/06 | 061206-31340 |

FHLB BOSTON
111 HUNTINGTON AVE
BOSTON MA  02199-7614

| PRINCIPAL |
|---|
| 50,000,000.00 |
| **INTEREST** |
| 0.00 |
| **NET AMOUNT** |
| 50,000,000.00 |

PRINTED: 09/14/06

| AS PRINCIPAL/WE | ORIGINAL FACE | PRICE | POOL | INT DAYS | | CURRENT FACTOR |
|---|---|---|---|---|---|---|
| SOLD TO YOU | 50,000,000.00 | 100.00 | 0046014 | 0 | AUG | 1.00000000 |

| CUSIP |
|---|
| 86360UAA4 |

STRUCTURED ASSET MTG INVESTMENT .INC.
MTG PASS-THRU CERT,SER 2006-AR6 I-A-1
RATE=5.5043        MATURITY DATE=07/25/2036 MONTHLY PAYMENT
ISSUE DATE=08/04/06 FIRST COUPON DATE=08/25/06
CURRENT FACE=50,000,000.00
TRADE RATE=5.50438
IF NOT PREVIOUSLY PROVIDED, OFFERING DOCUMENTATION WILL FOLLOW.
TO REBILL PREVIOUS SELL.

This security was sold pursuant to an effective registration statement that is
on file with the SEC at www.sec.gov.  You may request a copy of the final prospectus
by calling 1-866-803-9204.

GRAY30

EXHIBIT DC

**BEAR STEARNS**

BEAR, STEARNS & CO. INC.
383 MADISON AVENUE
NEW YORK, N.Y.10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY
**BEAR, STEARNS SECURITIES   CORP.**
ONE METROTECH CENTER NORTH
BROOKLYN, NEW YORK 11201-3859
(212) 272-1000

TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION ARE CONTAINED ON THE REVERSE SIDE

| ACCOUNT NUMBER | ACCT. EXEC. | TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|---|---|
| 52-15893-9-0 | 0JY2 | 07/12/06 | 09/05/06 | 071306-30450 |

| PRINCIPAL |
|---|
| 47,500,000.00 |

FHLB BOSTON
111 HUNTINGTON AVE
BOSTON MA   02199-7614

| INTEREST |
|---|
| 0.00 |

| NET AMOUNT |
|---|
| 47,500,000.00 |

PRINTED: 09/05/06

| AS PRINCIPAL/WE SOLD TO YOU | ORIGINAL FACE | PRICE | POOL | INT. DAYS | | CURRENT FACTOR |
|---|---|---|---|---|---|---|
| | 47,500,000.00 | 100.00 | 0046537 | 0 | SEP | 1.00000000 |

| CUSIP |
|---|
| 86361HAA2 |

STRUCTURED ASSET MT G INVESTMENTS, INC
MTG PASS-THRU CERT, SER 2006-AR7 I-A-1A
RATE=5.54          MATURITY DATE=08/25/2036 MONTHLY PAYMENT
ISSUE DATE=09/05/06 FIRST COUPON DATE=09/25/06
CURRENT FACE=47,500,000.00
TRADE RATE=5.54
IF NOT PREVIOUSLY PROVIDED, OFFERING DOCUMENTATION WILL FOLLOW.
TO REBILL PREVIOUS SELL.

This security was sold pursuant to an effective registration statement that is
on file with the SEC at www.sec.gov.  You may request a copy of the final prospectus
by calling 1-866-803-9204.

GRAY30

EXHIBIT DD

Banc of America Securities LLC
Documentation Control Department
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255



FHLB OF BOSTON
ATTN HEATHER PIKE
111 HUNTINGTON AVE FL 24
BOSTON MA 02199-7662

Page 1 of 1

---

Your Representative is:
Banc of America Securities LLC
DAVIS,JAMES
704.387.7724
jamie.h.davis@bankofamerica.com
Orders not accepted via e-mail
*Retain for Tax Purposes*

| Process Date | Trade Date | Settlement Date | Symbol | CUSIP Number | R.R. No | M* | C* | Account Number-T-C |
|---|---|---|---|---|---|---|---|---|
| 08/27/07 | 08/14/07 | 08/17/07 | | 94984GAA5060 | 4JD | 6 | 7 | 220-26088-9-5 |

WELLS FARGO MORTGAGE BACKED SECURITIES TMTGPC/SERIES
2006-AR12I-A-1-VAR R
AS OF 08/14/07                          DUE 09/25/2036
INTEREST PAYS MONTHLY        08/01/06      DATED DATE
IMPACT 08/14/07      11918    CURRENT VAR. RATE    6.026493%
CURRENT FACE:    37,315,729.50  CURRENT FACTOR: 0.74631459
MOODY RATG AAA    S&P RATG N/A    BOOK ENTRY FORM ONLY AVAILABLE
INT/YLD COMPUTED TO 08/17/07    ACCRUES ON 1ST, PAYS ON 25TH

Buy/Sell:          TO CANCEL PREVIOUS BUY
Quantity:          50,000,000
Price:             99.730468
Principal:         37,215,151.93
Interest:          99,947.98
Net Amount:        37,315,099.91

BAS' Auction Rate Securities Procedures are available at www.bofa.com/auctionpractices. BAS will furnish a copy to you upon your request.
We hereby confirm the above transaction subject to conditions on the reverse side. This confirmation shall be deemed correct unless written notice is received.

---

Your Representative is:
Banc of America Securities LLC
DAVIS,JAMES
704.387.7724
jamie.h.davis@bankofamerica.com
Orders not accepted via e-mail
*Retain for Tax Purposes*

| Process Date | Trade Date | Settlement Date | Symbol | CUSIP Number | R.R. No | M* | C* | Account Number-T-C |
|---|---|---|---|---|---|---|---|---|
| 08/27/07 | 08/14/07 | 08/17/07 | | 94984GAA5060 | 4JD | 6 | 7 | 220-26088-9-5 |

WELLS FARGO MORTGAGE BACKED SECURITIES TMTGPC/SERIES
2006-AR12I-A-1-VAR R
DUE 09/25/2036
08/01/06      DATED DATE        INTEREST PAYS MONTHLY
IMPACT 08/14/07      11918    AS OF 08/14/07
CURRENT VAR. RATE    6.026493%
CURRENT FACE:    36,641,697.00  CURRENT FACTOR: 0.73283394
MOODY RATG AAA    S&P RATG N/A    BOOK ENTRY FORM ONLY AVAILABLE
INT/YLD COMPUTED TO 08/17/07    ACCRUES ON 1ST, PAYS ON 25TH

Buy/Sell:          YOU BOUGHT
Quantity:          50,000,000
Price:             99.730468
Principal:         36,542,936.16
Interest:          98,142.62
Net Amount:        36,641,078.78

BAS' Auction Rate Securities Procedures are available at www.bofa.com/auctionpractices. BAS will furnish a copy to you upon your request.
We hereby confirm the above transaction subject to conditions on the reverse side. This confirmation shall be deemed correct unless written notice is received.