# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                    Plaintiff,<br>          v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC, et al.,<br><br>                    Defendants. | Civil Action No. 11-10952-GAO |

## NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed, under seal, with the Court and are available in paper form only:

The Declaration of Amy Williams-Derry in Support of Plaintiff's Opposition to the Credit Rating Agency Defendants' Motions to Dismiss the Amended Complaint for Lack of Personal Jurisdiction and Exhibits 8 through 12 and 15 through 19 thereto.

The sealed documents are maintained in the case file in the Clerk's Office.

Dated:  January 16, 2013            Respectfully submitted,

/s/ Amy Williams-Derry
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

        Thomas G. Shapiro, BBO No. 454680
        tshapiro@shulaw.com
        Adam M. Stewart, BBO No. 661090
        astewart@shulaw.com
        SHAPIRO HABER & URMY LLP
        53 State Street
        Boston, MA  02109
        (617) 439-3939,  Fax:  (617) 439-0134

        KELLER ROHRBACK P.L.C.
        Gary A. Gotto
        ggotto@kellerrohrback.com
        3101 North Central Avenue, Suite 1400
        Phoenix, Arizona 85012
        (602) 248-0088, Fax (602) 248-2822

***Attorneys for Plaintiff Federal Home Loan Bank of Boston***

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on January 16, 2013.

                                                    Amy Williams-Derry
                                                    /s/ Amy Williams-Derry