# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>     Plaintiff,<br><br> v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC; BANC OF AMERICA FUNDING CORPORATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; BARCLAYS CAPITAL INC.; BCAP LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE, NATIONAL ASSOCIATION; CHEVY CHASE FUNDING LLC; CITICORP MORTGAGE SECURITIES, INC.; CITIGROUP FINANCIAL PRODUCTS, INC.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP GLOBAL MARKETS REALTY CORP.; CITIGROUP INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIMORTGAGE, INC.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE SECURITIES CORP.; CREDIT SUISSE (USA), INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE HOLDINGS (USA), INC.; CREDIT SUISSE SECURITIES (USA) LLC; CWALT, INC.; CWMBS, INC.; DB STRUCTURED PRODUCTS, INC.; DB U.S. FINANCIAL MARKET HOLDING CORPORATION; DEUTSCHE ALT-A SECURITIES, INC.; DEUTSCHE BANK SECURITIES INC.; DLJ MORTGAGE CAPITAL, INC.; EMC MORTGAGE CORPORATION; FITCH, | Civil Action No.11-10952-GAO<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT FITCH, INC.** |

1

INC.; GMAC MORTGAGE GROUP LLC F/K/A GMAC MORTGAGE GROUP, INC.; GOLDMAN, SACHS & CO.; IMH ASSETS CORP.; IMPAC FUNDING CORPORATION; IMPAC MORTGAGE HOLDINGS, INC; IMPAC SECURED ASSETS CORP.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN SECURITIES LLC F/K/A BEAR, STEARNS & CO. INC . AND J.P. MORGAN SECURITIES INC.; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; JPMORGAN SECURITIES HOLDINGS LLC; MERRILL LYNCH & CO., INC.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE LENDING, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MIT HOLDINGS INC.; MOODY'S CORPORATION; MOODY'S INVESTORS SERVICE, INC.; MORGAN STANLEY; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; MORTGAGEIT SECURITIES CORP.; MORTGAGEIT, INC.; NOMURA ASSET ACCEPTANCE CORPORATION; NOMURA CREDIT & CAPITAL, INC.; NOMURA HOLDING AMERICA, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; RBS ACCEPTANCE INC. F/K/A GREENWICH CAPITAL ACCEPTANCE, INC.; RBS FINANCIAL PRODUCTS INC. F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.; RBS HOLDINGS USA INC. F/K/A GREENWICH CAPITAL HOLDINGS, INC.; RBS SECURITIES INC. F/K/A GREENWICH CAPITAL MARKETS, INC.; RESIDENTIAL

| |
|---|
| ACCREDIT LOANS, INC.; RESIDENTIAL FUNDING COMPANY, LLC F/K/A RESIDENTIAL FUNDING CORPORATION; STANDARD & POOR'S FINANCIAL SERVICES LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; THE BEAR STEARNS COMPANIES LLC F/K/A THE BEAR STEARNS COMPANIES INC.; THE MCGRAW-HILL COMPANIES, INC.; UBS AMERICAS INC.; UBS REAL ESTATE SECURITIES INC.; UBS SECURITIES LLC; WAMU CAPITAL CORP.; WELLS FARGO & COMPANY; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK, NATIONAL ASSOCIATION; and DEFENDANTS JOHN DOE 1-50,<br><br>                    Defendants. |

## STIPULATION OF DISMISSAL OF DEFENDANT FITCH, INC.

Plaintiff Federal Home Loan Bank of Boston, and Defendant, Fitch, Inc. hereby stipulate and agree that the Amended Complaint for Rescission and Damages, filed June 29, 2012 [Dkt. 180] shall be be dismissed as to Defendant Fitch, Inc. only, without prejudice, each party to bear its own fees and costs.

Dated: Seattle, Washington
         February 12, 2013

                                        KELLER RORHRBACK L.L.P.


                                        By: /s/ Amy Williams-Derry
                                            Lynn Lincoln Sarko
                                            lsarko@kellerrohrback.com
                                            Derek W. Loeser
                                            dloeser@kellerrohrback.com
                                            Amy Williams-Derry
                                            Awilliams-derry@kellerrohrback.com
                                            1201 Third Avenue, Suite 3200
                                            Seattle, Washington  98101
                                            (206) 623-1900

                                                                   SHAPIRO HABER & URMY LLP
                                                                   Thomas G. Shapiro
                                                                   tshapiro@shulaw.com
                                                                   Adam M. Stewart
                                                                   astewart@shulaw.com
                                                                   53 State Street
                                                                   Boston, MA  02109
                                                                   (617) 439-3939

                                                                  KELLER ROHRBACK P.L.C.
                                                                   Gary A. Gotto
                                                                   ggotto@kellerrohrback.com
                                                                   3101 N. Central Avenue, Suite 1400
                                                                   Phoenix, Arizona 85012
                                                                   (602) 248-0088

                                                                  *Counsel for Plaintiff Federal Home*
                                                                   *Loan Bank of Boston*

Dated: Boston, Massachusetts
        February 12, 2013

DLA PIPER LLP


By: /s/ Bruce E. Falby
    Bruce E. Falby (BBO# 544143)
    33 Arch Street, 26th Floor
    Boston, MA  02110
    Tel:  (617) 406-6000 Fax: (617) 406-6100
    bruce.falby@dlapiper.com

*Counsel for Defendant Fitch, Inc.*

Of counsel:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    Martin Flumenbaum
    Julia Tarver-Mason Wood
    Timothy J. Holland
    Christopher L. Filburn
    Andrew J. Erhlich
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Tel: (212) 373-3029 Fax: (212) 492-0029
    mflumenbaum@paulweiss.com
    jwood@paulweiss.com
    tholland@paulweiss.com
    cfilburn@paulweiss.com
    aehrlich@paulweiss.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on February 12, 2013.

      /s/ Amy Williams-Derry
      Amy Williams Derry