UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                                  Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC, et al.,<br><br>                                Defendants. | Civil Action No. 1:11-cv-10952-GAO |

**DECLARATION OF BETH I.Z. BOLAND**

       I, Beth I.Z. Boland, Esq., make this Declaration pursuant to 28 U.S.C. § 1746. I hereby declare as follows:

       1.     I am a partner of the law firm Bingham McCutchen LLP and have been admitted to practice law before the courts of the Commonwealth of Massachusetts and this Court. I respectfully submit this Declaration in support of Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint, executed on March 4, 2013.

       2.     Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of excerpts from the Offering Documents for TMST 2007-1, dated February 20, 2007.

       3.     Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of the Consolidated Amended Complaint for Violation of §§ 11, 12(a)(2) and 15 of the Securities Act of 1933, filed January 20, 2009, in <u>Plumbers' Union Local No. 12 Pension Fund v. Nomura Asset Acceptance Corporation, et al.</u>, No. 08-cv-10446, ECF No. 33 (D. Mass.).

       4.     Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of excerpts from the

Offering Documents for HVMLT 2006-7, dated August 10, 2006.

    5.    Attached hereto as **Exhibit D** is a true and correct copy of excerpts from The Bear Stearns Companies Inc. Form 10-K for the fiscal year ending November 30, 2006.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2013
       Boston, Massachusetts

                                                 /s/  Beth I.Z. Boland
                                                  Beth I.Z. Boland

**CERTIFICATE OF SERVICE**

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 4, 2013.

                                                /s/  Beth I.Z. Boland
                                                  Beth I.Z. Boland