# Exhibit C

PROSPECTUS SUPPLEMENT
(To Prospectus dated August 10, 2006)

**$1,996,709,000**
**(Approximate)**

# HarborView Mortgage Loan Trust
## Mortgage Loan Pass-Through Certificates, Series 2006-7

| Class | Approximate Principal Balance | Pass-Through Rate |
|---|---|---|
| **Class 1A** | $ 756,376,000 | Variable |
| **Class 2A-1A** | $ 687,007,000 | Variable |
| **Class 2A-1B** | $ 286,253,000 | Variable |
| **Class 2A-1C** | $ 171,752,000 | Variable |
| **Class B-1** | $ 29,098,000 | Variable |
| **Class B-2** | $ 14,047,000 | Variable |
| **Class B-3** | $ 11,037,000 | Variable |
| **Class B-4** | $ 10,034,000 | Variable |
| **Class B-5** | $ 10,034,000 | Variable |
| **Class B-6** | $ 10,034,000 | Variable |
| **Class B-7** | $ 11,037,000 | Variable |

**Greenwich Capital Acceptance, Inc.**
*Depositor*

**Greenwich Capital Financial Products, Inc.**
*Sponsor and Seller*

**American Home Mortgage Servicing, Inc.**
*Servicer*

**HarborView Mortgage Loan Trust 2006-7**
*Issuing Entity*

**Wells Fargo Bank, N.A.**
*Master Servicer and Securities Administrator*

**Deutsche Bank National Trust Company**
*Trustee and Custodian*

---

**Consider carefully the risk factors beginning on page S-14 in this prospectus supplement and on page 6 in the prospectus.**

The certificates represent obligations of the trust fund only and do not represent an interest in or obligation of the sponsor, the depositor, their affiliates or any other entity.

This prospectus supplement may be used to offer and sell the certificates only if accompanied by the prospectus.

**The Trust Fund**
- The trust fund will issue 14 classes of certificates, of which the 11 classes listed above are offered by this prospectus supplement and the prospectus.
- The assets of the trust fund will consist primarily of adjustable rate residential mortgage loans. The mortgage loans will be segregated into two loan groups as described in this prospectus supplement.

**The Certificates**
- The certificates represent ownership interests in the trust fund.
- The initial class principal balances of the classes of the offered certificates may vary in the aggregate by 10%.
- Each class of offered certificates will bear interest at the applicable interest rate calculated as described in this prospectus supplement.
- Principal and interest will be payable monthly, as described in this prospectus supplement. The first distribution date will be September 19, 2006.
- Credit enhancement for the offered certificates includes subordination, loss allocation, overcollateralization, excess interest, limited cross-collateralization features and primary mortgage insurance. Amounts payable under a yield maintenance agreement provided by HSBC Bank USA, National Association will be applied to pay certain interest shortfalls, maintain overcollateralization and repay certain losses. The Class 2A-1C Certificates will have the benefit of a financial guaranty insurance policy issued by Ambac Assurance Corporation. Subject to the exceptions and limitations that are described in this prospectus supplement, the financial guaranty insurance policy will guarantee payments of interest and principal to holders of such class of certificates as described in this prospectus supplement.

**Neither the Securities and Exchange Commission nor any state securities commission has approved these securities or determined that this prospectus supplement or the prospectus is accurate or complete. Any representation to the contrary is a criminal offense.**

Greenwich Capital Markets, Inc. (the "Underwriter") will offer the certificates pursuant to this prospectus supplement from time to time in negotiated transactions or otherwise at varying prices to be determined at the time of sale. Proceeds to the depositor with respect to the offered certificates are estimated to be approximately 99.74% of their initial total principal balance plus accrued interest, if applicable, before deducting issuance expenses payable by the depositor, estimated to be approximately $875,000. *See* "Method of Distribution" in this prospectus supplement.

**RBS Greenwich Capital**

August 10, 2006

**INTENTIONALLY LEFT BLANK**

|  |  |
|---|---|
|  | *See "Loan Underwriting Procedures and Standards" in this prospectus and see the prospectus supplement for a description of the characteristics of the related mortgage loans and for a general description of the underwriting guidelines applied in originating the related mortgage loans.* |
| **Aspects of the mortgage loan origination process may result in higher expected delinquencies** | Various factors in the process of originating the mortgage loans in the trust fund may have the effect of increasing delinquencies and defaults on the mortgage loans. These factors may include any or all of the following:<br><br>*Appraisal quality*: During the mortgage loan underwriting process, appraisals are generally obtained on each prospective mortgaged property. The quality of these appraisals may vary widely in accuracy and consistency. Because in most cases the appraiser is selected by the mortgage loan broker or lender, the appraiser may feel pressure from that broker or lender to provide an appraisal in the amount necessary to enable the originator to make the loan, whether or not the value of the property justifies such an appraised value. Inaccurate or inflated appraisals may result in an increase in the number and severity of losses on the mortgage loans.<br><br>*Stated income underwriting guidelines*: Most underwriting guidelines applied in the origination of mortgage loans have several different levels of documentation requirements applicable to prospective borrowers. There has recently been an increasing number of mortgage loans originated under "stated income" programs, which permit an applicant to qualify for a mortgage loan based upon monthly income as stated on the mortgage loan application, if the applicant meets certain criteria. Typically no verification of monthly income is required under stated income programs, which increases the risk that these borrowers have overstated their income and may not have sufficient income to make their monthly mortgage loan payments. You should consider the risk that a higher number of mortgage loans originated under stated income programs may result in increased delinquencies and defaults on the mortgage loans in the trust fund. |

13

*Underwriting guideline exceptions*: Although mortgage originators generally underwrite mortgage loans in accordance with their pre-determined loan underwriting guidelines, from time to time and in the ordinary course of business, originators will make exceptions to these guidelines. Loans originated with exceptions may result in a higher number of delinquencies and loss severities than loans originated in strict compliance with the designated underwriting guidelines.

*Non-owner occupied properties*: Mortgage Loans secured by properties acquired by investors for the purposes of rental income or capital appreciation, or properties acquired as second homes, tend to have higher seventies of default than properties that are regularly occupied by the related borrowers. In a default, real property investors who do not reside in the mortgaged property may be more likely to abandon the related mortgaged property, increasing the severity of the default.

*Broker and correspondent origination versus retail origination*: Mortgage loans that have been originated on behalf of the originators by unaffiliated brokers or correspondents rather than directly by the originators themselves may experience a higher rate of delinquencies and defaults. In particular, a substantial number of subprime mortgage loans are originated by brokers rather than directly by the related originators.

*Fraud*: Fraud committed in the origination process may increase delinquencies and defaults on the mortgage loans. For example, a borrower may present fraudulent documentation to a lender during the mortgage loan underwriting process, which may enable the borrower to qualify for a higher balance or lower interest rate mortgage loan than the borrower would otherwise qualify for. In addition, increasingly frequent incidences of identity theft involving borrowers, particularly in the case of mortgage loans originated by brokers and under streamlined origination programs, may result in an increased number of fraudulent mortgage loans that are not secured by a mortgaged property. To the extent that the trust fund includes any mortgage loans originated electronically over the Internet, these originations are more likely to be fraudulent. You should consider the potential effect of fraud by borrowers, brokers and other third parties on the yield on your securities.

*Self-employed borrowers*: Self-employed borrowers may be more likely to default on their mortgage loans than salaried or commissioned borrowers and generally have less predictable income. In addition, many self-employed borrowers are small business owners who may be personally liable for their business debt. Consequently, you should consider that a higher number of self-employed borrowers may result in increased defaults on the mortgage loans in the trust fund.

*First time borrowers*: First time home buyers are often younger, have shorter credit histories, are more highly leveraged and have less experience with undertaking mortgage debt and maintaining a residential property than other borrowers. The presence of loans with first time buyers in the mortgage pool may increase the number of defaults on the mortgage loans.

Although the aspects of the mortgage loan origination process described above may be indicative of the performance of the mortgage loans, information regarding these factors may not be available for the mortgage loans in the trust fund, unless specified in the prospectus supplement.

*See "Loan Underwriting Procedures and Standards" in this prospectus and see the prospectus supplement for a description of the characteristics of the related mortgage loans and for a general description of the underwriting guidelines applied in originating the related mortgage loans.*