UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                Plaintiff,<br>      v.<br><br>ALLY FINANCIAL, INC. ET AL,<br><br>                Defendants. | Case No. 1:11-cv-10952-GAO |

**<u>NOTICE OF APPEARANCE</u>**

Pursuant to Local Rule 83.5.2(a), kindly enter the appearance of Gary R. Greenberg of Greenberg Traurig LLP as counsel for Defendants Bear Stearns Asset Backed Securities I, LLC; The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.); Structured Asset Mortgage Investments II, Inc.; EMC Mortgage Corporation; J.P. Morgan Acceptance Corporation I; J.P. Morgan Mortgage Acquisition Corp.; J.P. Morgan Securities LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities Inc.); JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; JPMorgan Securities Holdings LLC; and WaMu Capital Corp., in the above-captioned matter.

Respectfully submitted

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts  02110
Telephone:  (617) 310-6000
Facsimile:  (617) 310-6001
greenbergg@gtlaw.com

*Counsel for Defendants Bear Stearns Asset Backed Securities I, LLC; The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.); Structured Asset Mortgage Investments II, Inc.; EMC Mortgage Corporation; J.P. Morgan Acceptance Corporation I; J.P. Morgan Mortgage Acquisition Corp.; J.P. Morgan Securities LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities Inc.); JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; JPMorgan Securities Holdings LLC; and WaMu Capital Corp.*

Dated:  March 25, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants and, pursuant to agreement, upon counsel of record for all defendants by electronic mail on March 25, 2013.

/s/  Gary R. Greenberg