UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>Defendants. | CIVIL ACTION<br>NO. 11-cv-10952-GAO |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please take notice of the appearance of Michael C. Moran, of Bingham McCutchen LLP, as attorney for defendants Morgan Stanley, Morgan Stanley & Co. Inc., Morgan Stanley Capital I Inc., and Morgan Stanley Mortgage Capital Holdings LLC in this matter.

Dated:  August 2, 2013

Respectfully submitted,

**MORGAN STANLEY, MORGAN STANLEY & CO. INC., MORGAN STANLEY CAPITAL I INC., AND MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,**

By its attorneys,

*/s/ Michael C. Moran*
Timothy P. Burke, BBO #558893
timothy.burke@bingham.com
Patrick Strawbridge, BBO #678274
patrick.strawbridge@bingham.com
Michael C. Moran, BBO #666885
michael.moran@bingham.com
**BINGHAM McCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Phone:  (617) 951-8000
Fax:  (617) 951-8736

A/75661224.1

Edmund Polubinski III, BBO #643548
polubinski@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Phone:  (212) 450-4000
Fax:  (212) 701-5800

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 2, 2013.

/s/ *Michael C. Moran*
michael.moran@bingham.com