UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| ALLY FINANCIAL, INC., *et al.*, | ) NO. 11-cv-10952-GAO |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF FRANCES S. COHEN

Please take notice that pursuant to District of Massachusetts Local Rule 83.5.2, attorney Frances S. Cohen of Bingham McCutchen LLP hereby withdraws her appearance of record on behalf of Defendants Morgan Stanley, Morgan Stanley & Co. Inc., Morgan Stanley Capital I Inc., and Morgan Stanley Mortgage Capital Holdings LLC (the "Morgan Stanley Defendants"). The Morgan Stanley Defendants will continue to be represented by counsel of record Timothy P. Burke, Patrick Strawbridge, and Michael C. Moran of Bingham McCutchen LLP, and Edmund Polubinski III of Davis Polk & Wardwell LLP.

Dated: August 2, 2013

A/75649215.1

**MORGAN STANLEY, MORGAN STANLEY & CO. INC., MORGAN STANLEY CAPITAL I INC., AND MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,**

By its attorneys,

/s/Frances S. Cohen
Frances S. Cohen, BBO #542811
frances.cohen@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA  02110-1726
tel. (617) 951-8000
fax (617) 951-8736

Edmund Polubinski III, BBO #643548
polubinski@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
tel. (212) 450-4000
fax (212) 701-5800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 2, 2013.

/s/ *Frances S. Cohen*
Frances S. Cohen

A/75649215.1