UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10952-GAO

FEDERAL HOME LOAN BANK OF BOSTON,
Plaintiff,

v.

ALLY FINANCIAL, INC., et al.,
Defendants.

ORDER
November 26, 2013

O'TOOLE, D.J.

After careful review of the parties' submissions, the Court declines to reconsider its Opinion and Order (dkt. no. 292) denying the motion (dkt. no. 194) to dismiss for lack of personal jurisdiction by Moody's Investors Service, Inc., and Moody's Corporation. In moving for reconsideration, Moody's offers no new arguments or legal principles that the Court has not already considered. The Motion (dkt. no. 302) for Reconsideration by Moody's is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge