# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

December 24, 2013

Via ECF Filing

Honorable George A. O'Toole, Jr.,
   John Joseph Moakley U.S. Courthouse,
     1 Courthouse Way, Suite 2300,
       Boston, Massachusetts  02210.

        Re:   *Federal Home Loan Bank of Boston* v. *Ally Financial, Inc., et al.*, No. 11 Civ. 10952.

Dear Judge O'Toole:

      I represent the JPMorgan, Bear Stearns and WaMu defendants in the above-referenced action, and I write on behalf of all parties to request a short adjournment to January 10, 2014, of the deadline for filing a joint statement in anticipation of the initial scheduling conference, and, if the Court prefers, of the scheduling conference itself.

      On December 18, 2013, Your Honor scheduled an initial scheduling conference in this matter for January 13, 2014 by filing a Notice of Scheduling Conference (Dkt. No. 343).  Pursuant to that Notice and Local Rule 16.1, the parties are required to file a joint statement on January 2, 2014, seven business days before the January 13 conference.  While counsel for all parties participated in a productive meet-and-confer session yesterday, December 23, 2013, a number of important matters require additional discussion and client consultation.  Although counsel of record will not be engaged in trial, which pursuant to the Court's Notice would provide a basis for requesting a continuance of the conference date, in consideration of the size and complexity of this action, and the inevitable difficulties in reaching clients and counsel

Honorable George A. O'Toole, Jr., -2-

who are taking pre-scheduled vacations during the holidays, the parties request a short adjournment of the deadline for filing the joint statement so that the parties can continue to meet-and-confer with an aim toward narrowing the issues to be addressed at the initial scheduling conference. If the Court prefers, the parties are also agreeable to an adjournment of the initial scheduling conference to a date convenient for the Court soon after January 13, 2014.

       The parties will attempt to call chambers on Thursday, December 26, 2013, to answer any questions Your Honor may have regarding this request.

       Sincerely,

/s/ Penny Shane
Penny Shane
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

cc:    All Counsel