UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC, et al.,<br><br>                    Defendants. | Civil Action No. 1:11-cv-10952-GAO |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on December 18, 2013, the Court filed a Notice of Scheduling Conference scheduling an initial conference in the above-captioned action for January 13, 2014 (Dkt. No. 343);

WHEREAS, on December 23, 2013, the parties met and conferred in accordance with the Notice of Scheduling Conference, Rule 26(f) of the Federal Rule of Civil Procedure (the "Rules") and Local Rule 16.1;

WHEREAS, pursuant to Rule 26(a)(1)(C) and Local Rule 26.2(a), disclosure required by Rule 26(a)(1) must be made at or within 14 days after the meeting required by Rule 26(f) and Local Rule 16.1 "[u]nless otherwise ordered by the judge";

WHEREAS, the parties have met and conferred and have agreed, subject to the approval of the Court, to extend the time for the parties to file Rule 26(a)(1) disclosures pursuant to Rule 26(a)(1)(C) and Local Rule 26.2(a);

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective undersigned counsel, subject to approval of the Court, as follows:

1. The deadline for filing Rule 26(a)(1) disclosures pursuant to Rule 26(a)(1)(C) and Local Rule 26.2(a) is adjourned *sine die*;

2. The parties will submit one or more proposed deadlines for filing Rule 26(a)(1) disclosures to the Court in a proposed scheduling order at the time the parties submit their Local Rule 16.1 joint statement.

Dated: January __, 2014

                                            **SO ORDERED:**

                                            _____
                                            George A. O'Toole, Jr., U.S.D.J.

Respectfully submitted by the Parties,

Plaintiff:

FEDERAL HOME LOAN BANK OF BOSTON,

By its attorneys,

/s/ Amy Williams-Derry
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
KELLER ROHRBACK L.L.P
1201 Third Avenue, Suite 3200
Seattle, Washington  98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384

Thomas G. Shapiro, BBO No. 454680
tshapiro@shulaw.com
Adam M. Stewart, BBO No. 661090
astewart@shulaw.com
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
Tel:  (617) 439-3939
Fax:  (617) 439-0134

Gary A. Gotto
ggotto@kellerrohrback.com
KELLER ROHRBACK P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona  85012
Tel:  (602) 248-0088
Fax:  (602) 248-2822

Defendants:

BEAR STEARNS ASSET BACKED SECURITIES I LLC; THE BEAR STEARNS COMPANIES, LLC (F/K/A THE BEAR STEARNS COMPANIES INC.); STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; EMC MORTGAGE LLC (F/K/A EMC MORTGAGE CORPORATION); J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN SECURITIES LLC (F/K/A BEAR, STEARNS & CO. INC. AND J.P. MORGAN SECURITIES INC.); JPMORGAN CHASE & CO.; JPMORGAN SECURITIES HOLDINGS, LLC; JPMORGAN CHASE BANK, N.A.; WAMU CAPITAL CORP.,

By their attorneys,

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG LLP
One International Place
Boston, MA  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001

Penny Shane
Darrell S. Cafasso
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

UBS AMERICAS INC.; UBS REAL ESTATE SECURITIES INC.; UBS SECURITIES LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.,

By their attorneys,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108
Tel: (617) 573-4800
Fax: (617) 573-4822


BARCLAYS CAPITAL INC. AND BCAP LLC,

By their attorneys,

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Joseph J. Frank
Matthew L. Craner
Charles J. Ha
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Tel: (212) 506-5155
Fax: (212) 506-5151

CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE, NATIONAL ASSOCIATION; CHEVY CHASE FUNDING LLC,

By their attorneys,

/s/ Patrick T. Voke
Patrick T. Voke (BBO #553033)
Kevin G. Kenneally (BBO #550050)
Kenneth J. DeMoura (BBO #548910)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
One International Place, 11th Floor
Boston, MA 02110
Tel: (617) 502-8229
Fax: (617) 502-8201

Kenneth J. DeMoura (BBO #548910)
DEMOURA SMITH LLP
One International Place, 14th Floor
Boston, MA 02110
Tel: (617) 535-7531

James A. Murphy
Cameron S. Matheson (BBO # 636628)
MURPHY & MCGONIGLE, P.C.
4870 Sadler Rd., Suite 301
Glen Allen, VA 23060
Tel: (804) 762-5330
Fax: (804) 762-5360

-6-

CITICORP MORTGAGE SECURITIES, INC.; CITIGROUP FINANCIAL PRODUCTS, INC.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP GLOBAL MARKETS REALTY CORP.; CITIGROUP INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIMORTGAGE, INC.,

By their attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO #542156)
Rachel E. Morse (BBO #675589)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02210
Tel: (857) 488-4200
Fax: (857) 488-4201

Brad S. Karp
Bruce Birenboim
Susanna M. Buergel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

CREDIT SUISSE (USA), INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE HOLDINGS (USA), INC.; CREDIT SUISSE SECURITIES (USA) LLC; DLJ MORTGAGE CAPITAL, INC.,

By their attorneys,

/s/ Jonathan Sablone
Jonathan Sablone (BBO #632998)
Matthew T. McLaughlin (BBO #660878)
NIXON PEABODY, LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300

Richard W. Clary
Michael T. Reynolds
Julie A. North
Lauren A. Moskowitz
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
Tel:  (212) 474-1000
Fax:  (212) 474-3700

DB U.S. FINANCIAL MARKETS HOLDING CORPORATION; DB STRUCTURED PRODUCTS, INC.; DEUTSCHE ALT-A SECURITIES, INC.; DEUTSCHE BANK SECURITIES INC.; MORTGAGEIT SECURITIES CORP.; MORTGAGEIT, INC.; MORTGAGEIT HOLDINGS, INC. (n/k/a MIT HOLDINGS, INC.),

By their attorneys,

/s/ William J. Trach
William J. Trach (BBO #661401)
Steven J. Pacini
LATHAM & WATKINS LLP
John Hancock Tower, 20th Floor
200 Clarendon Street
Boston, MA  02116
Tel:  (617) 880-4516

Richard D. Owens
Jamie L. Wine
Jason C. Hegt
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
Tel:  (212) 906-1396
Fax:  (212) 751-4864

RBS ACCEPTANCE INC. F/K/A GREENWICH CAPITAL ACCEPTANCE, INC.; RBS FINANCIAL PRODUCTS INC. F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.; RBS HOLDINGS USA INC. F/K/A GREENWICH CAPITAL HOLDINGS, INC.; RBS SECURITIES INC. F/K/A GREENWICH CAPITAL MARKETS, INC.,

By their attorneys,

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO # 670325)
COLLORA, LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1000
Fax: (617) 371-1037

Thomas C. Rice
Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

Michael D. Kibler
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Tel: (310) 407-7500
Fax: (310) 407-7502

IMH ASSETS CORP.; IMPAC FUNDING CORPORATION; IMPAC MORTGAGE HOLDINGS, INC.; IMPAC SECURED ASSETS CORP.,

By their attorneys,

/s/ Turner P. Smith
Turner P. Smith
CURTIS MALLET-PREVOST, COLT & MOSLE, LLP
101 Park Avenue, Suite 3500
New York, NY  10178
Tel:  (212) 696-6000
Fax:  (212) 697-1559


MORGAN STANLEY; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,

By their attorneys,

/s/ Timothy P. Burke
Timothy P. Burke
Michael C. Moran
Patrick Strawbridge
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA  02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736

James P. Rouhandeh
Edmund Polubinski III (BBO #643548)
Daniel J. Schwartz
Scott Wilcox
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800

NOMURA ASSET ACCEPTANCE CORPORATION; NOMURA CREDIT & CAPITAL, INC.; NOMURA HOLDING AMERICA, INC.; NOMURA SECURITIES INTERNATIONAL, INC.,

By their attorneys,

/s/ Stephen D. Poss
Stephen D. Poss (BBO #551760)
Daniel P. Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Tel:  (617) 570-1886
Fax:  (617) 523-1231


STANDARD & POOR'S FINANCIAL SERVICES LLC AND THE MCGRAW-HILL COMPANIES, INC.,

By their attorneys,

/s/ William T. Hogan III
William T. Hogan III (BBO# 237710)
Patrick T. Clendenen (BBO# 564165)
Heather L. Bennett (BBO# 673083)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, MA  02109-2127
Tel:  (617) 573-4700
Fax:  (617) 573-4710

Floyd Abrams
Susan Buckley
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005
Tel:  (212) 701-3000
Fax:  (212) 269-5420

MOODY'S CORPORATION AND
MOODY'S INVESTORS SERVICE, INC.,

By their attorneys,

/s/ Ralph T Lepore, III
Ralph T. Lepore, III (BBO #294420)
Elizabeth M. Mitchell (BBO # 638146)
HOLLAND & KNIGHT
10 St. James Avenue, 11th Floor
Boston, MA  02116
Tel:  (617) 523-2700
Fax:  (617) 523-6850

James J. Coster
Joshua M. Rubins
David R. Lurie
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 818-9200
Fax:  (212) 818-9606

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that copies will be sent via electronic mail to those indicated as non-registered participants on January 3, 2014.

      /s/ Gary R. Greenberg
      Gary R. Greenberg