UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10952-GAO

FEDERAL HOME LOAN BANK OF BOSTON,
Plaintiff,

v.

ALLY FINANCIAL, INC., et al.,
Defendants.

ORDER
December 30, 2016

O'TOOLE, D.J.

After hearing, Federal Home Loan Bank of Boston's Renewed Motion to Sever Claims against Moody's and to Transfer (dkt. no. 511) is GRANTED for substantially the reasons advanced by the Bank in its supporting memorandum and reply brief. Severance and transfer of the Bank's remaining claims against Moody's Investors Service, Inc. and Moody's Corporation is in the interest of justice. See 28 U.S.C. § 1631; see also Fed. Home Loan Bank of Bos. v. Moody's Corp., 821 F.3d 102, 119-20 (1st Cir. 2016), cert. denied, 137 S. Ct. 304 (2016); Britell v. United States, 318 F.3d 70, 73-76 (1st Cir. 2003). Therefore, it is hereby ORDERED that those claims be severed and transferred pursuant to 28 U.S.C. § 1631 to the United States District Court for the Southern District of New York.

/s/ George A. O'Toole, Jr.
United States District Judge