UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FEDERAL HOME LOAN BANK OF BOSTON,

Plaintiff,

v.

ALLY FINANCIAL, INC. F/K/A GMAC LLC, *et al.*,

Defendants.

Civil Action No. 1:11-cv-10952-GAO

## ORDER GRANTING JOINT MOTION TO REMAND

Having reviewed the record, including the parties' Joint Motion to Remand and accompanying memorandum of law, the Court finds that it lacks subject-matter jurisdiction over this action. Accordingly, the Court remands this action to the Superior Court for the Commonwealth of Massachusetts, Suffolk County for further proceedings.

It is SO ORDERED.

DATED: February 6, 2017

George A. O'Toole, Jr., U.S.D.J.